IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-1077**

ROCKY MOUNTAIN GUN OWNERS, and
TATE MOSGROVE,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

**REQUEST REGARDING INADVERTENT FILING**

---

The undersigned inadvertently file the complaint for Case No. 23-cv-1076 in this matter. See Docket Number 2. It is respectfully requested that this document be stricken from this case docket.

Respectfully submitted this 28th day of April 2023.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com

1