IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-KLM

ROCKY MOUNTAIN GUN OWNERS, and
TATE MOSGROVE,

    Plaintiffs,

v.

JARED S. POLIS, in his Official Capacity as Governor of the State of Colorado,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Request Regarding Inadvertent Filing [#3] (the "Motion"), which the Court interprets as a motion to withdraw a filing.

    IT IS HEREBY **ORDERED** that Motion [#3] is **GRANTED**.  The Complaint [#2], which Plaintiffs state was inadvertently filed shall be deemed **WITHDRAWN**.  The correct Complaint in this case is [#1] in the docket.

    Dated: May 9, 2023

--

1