IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-1077-KLM

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

**WAVIER AND ACCEPTANCE OF SERVICE**

---

      The undersigned hereby states that he is Defendant's attorney and he has received the Complaint and a Summons in this matter. Pursuant to Fed.R.Civ.P. 4(d), the undersigned accepts service on behalf of Defendant and waives personal service.

      This waiver of service is not to be construed as an admission of the truth of any allegation in the pleadings, and Defendant reserves all rights and defenses of any kind.

*/s/ Grant T. Sullivan*
Signature

Printed Name:  Grant T. Sullivan

Date:  6/8/23

1