IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-KLM

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

    Plaintiffs,

v.

JARED S. POLIS, in his Official Capacity as Governor of the State of Colorado,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte.  This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c).  Although a signed Consent/Non-Consent Form has not yet been filed, Plaintiff has filed a Motion for Preliminary Injunction [#12].  *See* D.C.COLO.LCivR 40.1(c)(2)(a) (discussing assignment of cases in which a motion for injunctive relief has been filed).  Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated: June 8, 2023

--