**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01077-JLK

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

Grant T. Sullivan hereby enters his appearance on behalf of the Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado, in the above captioned matter. Mr. Sullivan is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motion, and briefs filed with the Court to the undersigned Grant T. Sullivan, Assistant Solicitor General.

Respectfully submitted this 12th day of June, 2023,

        PHILIP J. WEISER
        Attorney General

        */s/ Grant T. Sullivan*
        GRANT T. SULLIVAN, No.40151*
        Assistant Solicitor General
        Public Officials Unit | State Services Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Telephone:  720.508.6349
        grant.sullivan@coag.gov

        *Attorney for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado*
        *Counsel of Record

3

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2023, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Blvd
Wheat Ridge, CO 80033
barry@arringtonpc.com

                                  */s/ Carmen Van Pelt*