**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01077-JLK

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

    Michael T. Kotlarczyk hereby enters his appearance on behalf of the Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado, in the above captioned matter. Mr. Kotlarczyk is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motion, and briefs filed with the Court to the undersigned Michael T. Kotlarczyk, Senior Assistant Attorney General.

Respectfully submitted this 12th day of June, 2023,

>PHILIP J. WEISER
>Attorney General
>
>*/s/ Michael T. Kotlarczyk*
>MICHAEL T. KOTLARCZYK, No.43250*
>Senior Assistant Attorney General
>Public Officials Unit | State Services Section
>Ralph L. Carr Colorado Judicial Center
>1300 Broadway, 6th Floor
>Denver, CO 80203
>Telephone:  720.508.6187
>mike.kotlarczyk@coag.gov
>
>*Attorney for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado*
>*Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2023, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Blvd
Wheat Ridge, CO 80033
barry@arringtonpc.com

                                              */s/ Carmen Van Pelt*