IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-1077-JLK**

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

### UNOPPOSED MOTION FOR TATE MOSGROVE TO APPEAR ELECTRONICALLY AT JULY 6 HEARING

---

Plaintiffs Rocky Mountain Gun Owners ("RMGO"), Tate Mosgrove ("Mosgrove"), and Adrian S. Pineda ("Pineda") move the Court for leave to allow Mosgrove to appear electronically at the July 6, 2023, hearing.

**CERTIFICATION**: Undersigned counsel has consulted with counsel for Defendant regarding this motion. Defendant does not oppose this motion.

1. Plaintiffs filed their motion for preliminary injunction on June 7, 2023 (ECF # 12).

2. The Court set a hearing on Plaintiffs' motion for preliminary injunction for July 6, 2023 (ECF # 17).

1

3.      Plaintiff Mosgrove will be in Japan from July 1 to August 14 on a previously scheduled trip. Mosgrove is, therefore, unavailable to appear in person at the July 6 hearing.

4.      Accordingly, Plaintiffs move the Court to allow Mosgrove to testify at the hearing, if necessary, electronically.

5.      No party will be prejudiced by the requested relief and the interests of justice will be served thereby. Defendant does not oppose the requested relief.

WHEREFORE, Plaintiffs respectfully request leave to allow Mosgrove to appear electronically at the July 6 hearing.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington