IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-JLK

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE,
ADRIAN S. PINEDA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## ORDER OF TRANSFER

THIS MATTER comes before the Court upon review of the file. This case is closely related to Case No. 23-cv-01076-PAB, with one of the same plaintiffs and the same defendant in each case and common questions of fact and/or law. Accordingly, in keeping with the Court's customary practice, this case is being transferred to the judge having the oldest filing number assigned to the cases drawn. That judge is Chief Judge Brimmer. Pursuant to D.C.COLO. LCivR 40.1(a), with approval and consent of Chief Judge Brimmer, it is

ORDERED that the Clerk shall transfer this case to Chief Judge Brimmer. All future pleadings shall be designated as 23-cv-01077-PAB.

The pending hearing and deadlines ordered by Judge Kane are vacated.

DATED this 21st day of June, 2023.

BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE