## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-PAB

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

---

## UNOPPOSED MOTION TO EXCEED PAGE LIMITS

---

      Defendant, Jared S. Polis, in his official capacity, respectfully requests an order permitting him to file a Response to Plaintiffs' Motion for a Preliminary Inunction not to exceed 25 pages.  As good cause, Defendant states:

      1.      On June 7, 2023, Plaintiffs filed a Motion for Preliminary Injunction, Dkt. 12.  On June 9, 2023, this case was assigned to Judge John L. Kane, who ordered the Defendant to file a Response to the Preliminary Injunction by June 22, 2023.  Dkts. 15; 16.

      2.      This action raises complex issues of great public interest that arises under the Supreme Court's recent decision in *NYSRPA v. Bruen*, 142 S. Ct. 2111 (2022).  *Bruen* adopted a two-step test, with the second step requiring the government to justify a regulation challenged under the Second Amendment by "demonstrating that it is consistent with the Nation's historical tradition of firearm regulation."  *Id.* at 2130.  To adequately address this new legal standard and

set forth the relevant factual history of firearm regulation throughout this Nation's past 250 years, Defendant requires an additional ten pages.

3.      Defendant further states that Plaintiffs' Motion for Preliminary Injunction was 17 pages, despite Plaintiffs not having the burden of the historical analysis required under *Bruen*'s second step.  Dkt. 12.  Thus, the default 15-page limit for the Response to the Preliminary Injunction is not adequate for the Defendant to both respond to the specific legal arguments Plaintiffs raised in their Motion and to set forth the Nation's history of firearm regulation that justifies Colorado's new law.

4.      Defendant further states that Defendant's counsel previously prepared and nearly filed a Response brief on June 22, 2023, that was consistent with Judge Kane's Practice Standards not requiring specific page limits for briefs, before this case was transferred to Chief Judge Brimmer on June 21, 2023.  Dkt. 24.  Chief Judge Brimmer has now ordered the Defendant to file the Response brief on or before June 29, 2023.  Dkt. 25.

5.      Under D.C.COLO.LCivR. 7.1, counsel for Defendant conferred with counsel for Plaintiffs by email concerning the relief in this motion.  Plaintiffs do not oppose the requested relief with an agreement that Plaintiffs may file a 15-page Reply brief.

Therefore, Defendant respectfully requests an order permitting him to file a Response to Plaintiffs' Motion for a Preliminary Injunction not to exceed 25 pages and for Plaintiffs to file a Reply not to exceed 15 pages.

Dated: June 23, 2023

PHILIP J. WEISER
Attorney General

*/s/ Matthew J. Worthington*_____
*GRANT T. SULLIVAN**
   Assistant Solicitor General
*MICHAEL KOTLARCZYK**
   Senior Assistant Attorney General
*MATTHEW J. WORTHINGTON**
   Assistant Attorney General
Colorado Attorney General's Office
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: grant.sullivan@coag.gov; mike.kotlarczyk@coag.gov;
matt.worthington@coag.gov

*Attorneys for Defendant Governor Jared Polis*

*Counsel of Record

<u>**CERTIFICATE OF SERVICE**</u>

 I hereby certify that on June 23, 2023, I served a true and complete copy of the foregoing **UNOPPOSED MOTION TO EXCEED PAGE LIMITS,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Blvd
Wheat Ridge, CO 80033
barry@arringtonpc.com

*/s/ Carmen Van Pelt*