IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-1077-PAB**

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

      Plaintiffs submit the following notice of supplemental authority.

      On July 14, 2023, the United States Court of Appeals for the Eleventh Circuit issued an order vacating the panel decision in *NRA v. Bondi*, 61 F.4th 1317 (11th Cir. 2023). The order vacating the panel decision is attached.

      The vacated panel decision in *Bondi* is the primary authority upon which the State relied on in its response in opposition to Plaintiffs' motion for preliminary injunction. A vacated opinion is void and thus has no legal effect whatever. *United States v. Mejia-Duarte*, 780 F. App'x 730, 737 (11th Cir. 2019); *Peoples v. CCA Det. Centers*, 449 F.3d 1097 (10th Cir. 2006) (vacated panel decision has no precedential value).

1

In summary, the primary authority upon which the State relied in its opposition brief is not good law.

*/s/ Barry K. Arrington*

_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*

_____
Barry K. Arrington