**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 23-cv-1077-PAB**

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

___

## MOTION FOR TEMPORARY RESTRAINING ORDER
___

Plaintiffs submit the following Motion for Temporary Restraining Order.

### INTRODUCTION

This action is a challenge to the constitutionality of Senate Bill 23-169 enacted by the Colorado General Assembly and signed by Governor Polis on April 27, 2023 ("SB23-169"). SB-23-169 prohibits law-abiding adults over the age of 18 but under the age of 21 from purchasing a firearm of any type. As such, it is unconstitutional under the Second Amendment.

SB23-169 will become effective on August 8, 2023. On June 7, 2023, Plaintiffs filed their motion for preliminary injunction (ECF 12). That motion is now fully briefed. As set forth in the motion, Plaintiffs reserved the option of applying for a temporary restraining order shortly prior to the effective date of SB23-169 if there had been no ruling on the motion. *See* ECF 12, p. 2. The Act will become effective in five days. Hence, Plaintiffs hereby move the Court to enter a temporary restraining order for the reasons set forth below.

1

# ARGUMENT

## I.  Certification

The undersigned certifies that he conferred with counsel for Defendant regarding this motion. Defendant opposes this motion.

## II.  Standard for Temporary Restraining Order

A party seeking a TRO must show (1) a likelihood of success on the merits; (2) a likelihood that the movant will suffer irreparable harm in the absence of preliminary relief; (3) that the balance of equities tips in the movant's favor; and (4) that the injunction is in the public interest.  *RoDa Drilling Co. v. Siegal*, 552 F.3d 1203, 1208 (10th Cir. 2009).  A showing of probable irreparable harm is the single most important prerequisite for the issuance of a TRO; therefore, the moving party must first demonstrate that such injury is likely before the other requirements will be considered.  *A.K. by & through Moyer v. Cherry Creek Sch. Dist. No. 5*, 2020 WL 2197920, at *2 (D. Colo. 2020), *quoting, First W. Capital Mgmt. Co. v. Malamed*, 874 F.3d 1136, 1141 (10th Cir. 2017). The loss of constitutional freedoms "for even minimal periods of time, unquestionably constitutes irreparable injury." *Heideman v. South Salt Lake City*, 348 F.3d 1182, 1190 (10th Cir.2003) (citation omitted).  The third and fourth factors identified in *Roda Drilling*, *supra*, also weigh in favor of Plaintiffs.  When a law is likely unconstitutional, the government's interest in enforcing the law does not outweigh that of individuals in securing the protection of their constitutional rights. *Awad v. Ziriax*, 670 F.3d 1111, 1131 (10th Cir. 2012).  Finally, "it is always in the public interest to prevent the violation of a party's constitutional rights."  *Id*. at 1132.

### III.	Plaintiffs Are Entitled to a Temporary Restraining Order

The requirements for obtaining a temporary restraining order "are essentially the same as those for a preliminary injunction order." *People's Tr. Fed. Credit Union v. Nat'l Credit Union Admin. Bd.*, 350 F. Supp. 3d 1129, 1138 (D.N.M. 2018); 13 Moore's Federal Practice ¶ 65.36(1), at 65-83 (3d ed. 2004). Accordingly, Plaintiffs incorporate their arguments in support of their motion for a preliminary injunction. See ECF 12, ECF 30, and ECF 32.

WHEREFORE, Plaintiffs respectfully move the Court to issue a temporary restraining order preventing the constitutional law from going into effect on August 8, 2023. Plaintiffs have attached a form of TRO.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210
Voice:  (303) 205-7870; Fax:  (303) 463-0410
Email:  barry@arringtonpc.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington