IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-PAB

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

## STIPULATED EXTENSION FOR TIME TO RESPOND

Under District of Colorado Local Civil Rule 6.1(a), the Plaintiffs Rocky Mountain Gun Owners, Tate Mosgrove, Adrian S. Pineda, and Defendant Jared S. Polis stipulate to an extension of Defendant's deadline to respond to the First Amended Complaint (Doc. 9).

    1.    Plaintiffs sent Defendant a request to waive service of the summons and complaint on June 8, 2023. Defendant executed the waiver the same day. Accordingly, Defendant's response to the complaint is due today, August 7, 2023. *See* Fed. R. Civ. P. 4(d)(3).

    2.    Under the Local Civil Rules, the parties may agree to one extension of not more than 21 days to respond to a pleading or amended pleading. D.C.Colo.LCivR. 6.1.

    3.    The parties have not previously stipulated to an extension of time in this matter.

    4.    Accordingly, under Local Civil Rule 6.1, the parties stipulate to a 21-day extension of time for the Defendant to respond to the Complaint, to and including August 28, 2023.

Dated: August 7, 2023

| | |
|---|---|
| /s/ Barry K. Arrington<br>Barry K. Arrington<br>Arrington Law Firm<br>4195 Wadsworth Boulevard<br>Wheat Ridge, Colorado 80033<br>Voice: (303) 205-7870<br>Email: barry@arringtonpc.com | PHILIP J. WEISER<br>Attorney General<br><br>/s/ Matthew J. Worthington<br>*Grant Sullivan*,<br>Assistant Solicitor General<br>*Michael T. Kotlarczyk*,<br>Senior Assistant Attorney General<br>*Matthew J. Worthington*,<br>Assistant Attorney General<br>1300 Broadway<br>Denver, CO 80203<br>Telephone: (720) 508-6000<br>Email: grant.sullivan@coag.gov;<br>mike.kotlarczyk@coag.gov;<br>matt.worthington@coag.gov<br><br>*Attorneys for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado*<br>*Counsel of Record |

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 7, 2023, I served a true and complete copy of the foregoing **STIPULATED EXTENSION FOR TIME TO RESPOND,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Blvd
Wheat Ridge, CO 80033
barry@arringtonpc.com

                    /s/ Carmen Van Pelt