IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01077-PAB-NRN

ROCKY MOUNTAIN GUN OWNERS, *et. al*,
    Plaintiffs,
v.
JARED POLIS, in his official capacity as Governor of Colorado,
    Defendant.

## NOTICE OF APPEAL

Defendant Jared Polis, the Governor of the State of Colorado, hereby gives notice of his appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's August 7, 2023 order, which enjoined the Governor "and his officers, agents, servants employees, and all persons in concert or participation with them . . . from enforcing SB23-169." *See* Dkt. 37; *see also* 28 U.S.C. § 1292(a)(1) (courts of appeal have jurisdiction over district court orders ranting an injunction).

Dated: August 11, 2023

                                              PHILIP J. WEISER
                                              Attorney General

                                              *s/ Matthew J. Worthington*
                                              *Grant T. Sullivan*, Assistant Solicitor General\*
                                              *Michael T. Kotlarczyk,* Senior Assistant Attorney General\*
                                              *Matthew J. Worthington*, Assistant Attorney General\*
                                              1300 Broadway, 6th Floor
                                              Denver, CO 80203
                                              Telephone: (720) 508-6000
                                              Email: grant.sullivan@coag.gov; mike.kotlarczyk@coag.gov;
                                              matt.worthington@coag.gov
                                              *Attorneys for Defendant Governor Jared Polis*
                                              \*Counsel of Record

## CERTIFICATE OF SERVICE

  I hereby certify that on August 11, 2023, I served a true and complete copy of the foregoing **NOTICE OF APPEAL** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com

*Attorney for Plaintiffs*

                *s/ Carmen Van Pelt*
                Carmen Van Pelt