# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-PAB

ROCKY MOUNTAIN GUN OWNERS, et al.,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## DECLARATION OF NICHOLAUS BAUMGART

I, Nicholaus Baumgart, pursuant to 28 U.S.C. § 1746, do depose and state as follows:

1. I am employed by the Colorado Bureau of Investigation ("CBI") as a Instacheck Unit Program Manager since March 1,2022. As part of my duties, I am familiar with CBI's process of collecting and maintaining certain demographic statistics regarding firearms purchases in Colorado, including data on purchases by age of the buyer.

2. Attached hereto is a true a correct copy of a data set regarding firearm purchases in Colorado by 18-to-20-year-olds from August 5,2023 to August 10,2023.

EXHIBIT 1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __10th_ day of _____August_____, 2023.

_____
Nicholaus Baumgart

| August 5 - 11 | |
|---|---|
| No Record - Approve | 21 |
| Docs Received - Approve | 24 |
| Docs Recieved - Deny | 1 |
| No Response 3 Day - Approve | 8 |
| Agency Refused - Approve | |
| Total Ran | 54 |
| | |
| Overall Total Processed Since 10/14/2022 | 6112 |