IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-PAB-NRN

ROCKY MOUNTAIN GUN OWNERS, et al.
    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,
    Defendant.

**UNOPPOSED MOTION TO EXPEDITE BRIEFING ON MOTION TO STAY THE PRELIMINARY INJUNCTION ORDER**

Jared Polis, in his official capacity as Governor of the State of Colorado, moves to expedite briefing on the motion to stay the preliminary injunction order, filed contemporaneously herewith.

1. Upon conferral, Plaintiffs' counsel stated they do not oppose this motion.

2. On August 7, 2023, this Court preliminarily enjoined Colorado's SB23-169, which raises the minimum age to purchase a firearm from 18 to 21. This new law is a critical component of Colorado's broader effort to combat gun violence, teen suicide, and mass shootings. As a result, the Governor is immediately appealing the preliminary injunction order and has filed a motion to stay the preliminary injunction order pending appeal. The Governor must first seek the stay in the district court before requesting relief in the appellate court. Fed. R. App. P. 8(a)(1).

3. The Court's preliminary injunction allows high school- and college-aged students to purchase firearms that they otherwise would be ineligible to buy. With the school year about to commence, the Governor seeks to obtain an answer on his request for stay—from this Court,

the Tenth Circuit, or both—before students return to the classroom. As such, the Governor has acted expeditiously by filing his appeal and seeking a stay of the preliminary injunction order within just four days of the Court's order.

4. To keep the process moving, the Governor proposes that Plaintiffs' response to the motion to stay the preliminary injunction be filed within four days of today (rather than the default 21 days), and that no reply be allowed absent leave of the Court. This expedited schedule will allow the Court to promptly address the requested stay and, if necessary, allow the Governor to seek further expedited relief in the Tenth Circuit. *Cf. McClendon v. City of Albuquerque*, 79 F.3d 1014, 1020 (10th Cir. 1996) (explaining an emergency stay of an injunction pending appeal must be sought "at the earliest practicable time"). Plaintiffs do not oppose this requested relief.

5. Accordingly, the Governor respectfully requests that this Court enter an order requiring that Plaintiffs file their response to the motion to stay the preliminary injunction order no later than four days from today, and that no reply be allowed absent leave of the Court.

Dated: August 11, 2023

        PHILIP J. WEISER
        Attorney General

        *s/ Grant T. Sullivan*
        *Grant T. Sullivan*, Assistant Solicitor General\*
        *Michael T. Kotlarczyk,* Senior Assistant Attorney General\*
        *Matthew J. Worthington*, Assistant Attorney General\*
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Telephone: (720) 508-6000
        Email: grant.sullivan@coag.gov; mike.kotlarczyk@coag.gov; matt.worthington@coag.gov
        *Attorneys for Defendant Governor Jared Polis*
        \*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I served a true and complete copy of the foregoing **UNOPPOSED MOTION TO EXPEDITE BRIEFING ON MOTION TO STAY THE PRELIMINARY INJUNCTION ORDER,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Blvd
Wheat Ridge, CO 80033
barry@arringtonpc.com

*/s/ Carmen Van Pelt*