**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01077-PAB

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

---

**GOVERNOR'S ANSWER TO FIRST AMENDED COMPLAINT [DOC. 9]**

---

Defendant Jared S. Polis, in his official capacity as Governor of the State of Colorado, answers the allegations in the Complaint as follows:

**INTRODUCTION**

1.      Admit the first sentence of paragraph 1. Deny that SB23-169 was signed by the Governor on April 27, 2023, or will become effective on August 4, 2023, and affirmatively state that the act was signed on April 28, 2023, and has an August 7, 2023 effective date. Deny the third sentence and affirmatively state that the act speaks for itself. Deny the fourth sentence.

**PARTIES**

2.      The Governor is without sufficient knowledge to admit or deny the allegations in paragraph 2 and so denies them.

3.      The Governor is without sufficient knowledge to admit or deny the allegations in paragraph 3 and so denies them.

4.       The Governor is without sufficient knowledge to admit or deny the allegations in paragraph 4 and so denies them.

5.       Admit.

6.       Deny that the Governor has direct authority to enforce SB23-169. Affirmatively state that the Governor has waived his Eleventh Amendment immunity, for this case only and only for prospective equitable relief, to allow this matter to proceed against him.

## JURISDICTION AND VENUE

7.       Admit that, if Plaintiffs have standing and the case is ripe (neither of which Governor concedes at this stage), the cited provisions of law confer subject matter jurisdiction on the Court.

8.       Admit that the cited provisions of law authorize Plaintiffs to request declaratory relief and attorney fees. Deny that Plaintiffs are entitled to such relief.

9.       Admit.

## GENERAL ALLEGATIONS

10.       Admit that paragraph 10 quotes part of the Second Amendment.

11.       Admit that *McDonald v. City of Chicago* makes the Second Amendment applicable to the states through the Fourteenth Amendment.

12.       Admit that paragraph 12 accurately quotes part of SB23-169.

13.       Admit that paragraph 13 accurately quotes from *New York State Rifle & Pistol Association, Inc. v. Bruen*.

14.       The Governor is without sufficient knowledge to admit or deny the allegations in the first or third sentences of paragraph 14 and so denies them. The fourth sentence accurately

2

quotes from *New York State Rifle & Pistol Association, Inc. v. Bruen*. Deny the remaining allegations in paragraph 14.

15.    Deny.

16.    The Governor admits that the first and third sentences of paragraph 16 accurately describe the decision in *Fraser v. BATFE*. Deny the remaining allegations in paragraph 16.

17.    Deny.

## FIRST CLAIM FOR RELIEF

18.    The Governor incorporates his prior responses.

19.    Deny.

20.    Deny.

21.    Deny.

22.    Deny.

## GENERAL DENIAL

The Governor denies any allegations not specifically admitted above. The Governor denies that Plaintiffs are entitled to any of the relief requested.

## AFFIRMATIVE DEFENSES

(1) Plaintiffs lack standing.

(2) This case is not ripe for determination.

(3) The Complaint fails to state a claim for which relief can be granted.

(4) Plaintiffs cannot satisfy the factors for a preliminary or permanent injunction.

(5)  The Governor enjoys sovereign immunity against Plaintiffs' claims, except that he

has waived his sovereign immunity, only in this case, only in his official capacity,

and only for prospective equitable relief.

(6)  The Governor reserves the right to raise additional affirmative defenses.


Dated: August 28, 2023                    PHILIP J. WEISER
                                          Attorney General

                                          */s/ Matthew J. Worthington*
                                          *Grant Sullivan*, Assistant Solicitor General
                                          *Michael T. Kotlarczyk*, Senior Assistant Attorney General
                                          *Matthew J. Worthington*, Assistant Attorney General
                                          1300 Broadway, Denver, CO 80203
                                          Telephone: (720) 508-6152
                                          Email: grant.sullivan@coag.gov;
                                          mike.kotlarczyk@coag.gov; matt.worthington@coag.gov

                                          *Attorney for Defendant Jared Polis, in his official capacity as*
                                          *Governor of the State of Colorado*
                                          *Counsel of Record


**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, I served a true and complete copy of the foregoing **GOVERNOR'S ANSWER TO FIRST AMENDED COMPLAINT [DOC. 9],** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Blvd
Wheat Ridge, CO 80033
barry@arringtonpc.com


                                          */s/ Carmen Van Pelt*