**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01077-PAB

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

    Assistant Solicitor General, Grant T. Sullivan, counsel for Jared S. Polis, in his official capacity as Governor of the State of Colorado, hereby respectfully moves to withdraw as counsel of record in this action.

    In support of this motion, Mr. Sullivan states as follows:

    1.    Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this motion.

    2.    The withdrawing attorney will soon be concluding his employment with the Colorado Department of Law.

    3.    The withdrawing attorney certifies that he has complied with all outstanding order of the Court.

    4.    Attorneys Michael T. Kotlarczyk and Matthew J. Worthington remain active counsel for the Governor.

Respectfully submitted this 22nd day of December, 2023.

PHILIP J. WEISER
Attorney General

s/ Grant T. Sullivan
*Grant T. Sullivan*
Assistant Solicitor General
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone:  720-508-6349
E-Mail:  grant.sullivan@coag.gov

*Attorney for Defendant Jared S. Polis*
*Counsel of Record