IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 23-cv-01077-PAB-NRN

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

---

**UNOPPOSED
MOTION TO STAY MATTER**

---

Plaintiffs submit the following Unopposed Motion to Stay Matter.

**Certificate of Conferral**: The undersigned has conferred with Defendant's counsel regarding this motion. Defendant does not oppose this motion.

1.    Whether to stay a matter rests within the sound discretion of the trial court. *Wang v. Hsu*, 919 F.2d 130, 130 (10th Cir. 1990). In evaluating a request for a stay, the *String Cheese* factors guide the Court's determination. Those factors are:(1) plaintiff's interests in proceeding expeditiously with the civil action and the potential prejudice to plaintiff of a delay; (2) the burden on the defendants; (3) the convenience to the court; (4) the interests of persons not parties to the civil

1

litigation; and (5) the public interest. *String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955 at *2 (D.Colo. Mar. 30, 2006).

2. Factor 1: Plaintiffs are requesting the stay and are therefore waiving any interest they may have in proceeding expeditiously.

3. Factor 2: Defendant has stated that he does not oppose this motion and has therefore waived any claim to assert that he would be unduly burdened by a stay.

4. Factor 3: This factor weighs most heavily in favor of a stay. The preliminary injunction entered by the Court is on appeal in the Tenth Circuit. It is anticipated that the Tenth Circuit will provide significant guidance regarding the law governing this case. That guidance will in turn likely impact the matters that are relevant for discovery and expert testimony. Thus, it would appear to be in the interest of judicial economy for the parties to focus their efforts on the appeal (Plaintiff's Answer Brief is due February 7, 2024) and to await that guidance before proceeding further in this matter.

5. Factors 4: Plaintiffs are not aware of any third parties with an interest in this matter.

6. Factor 5: The public interest will be served by awaiting guidance from the Tenth Circuit.

7. No party will be prejudiced by the requested relief and this matter is unopposed.

WHEREFORE, Plaintiffs move the Court to stay this matter pending resolution of the appeal currently pending in the Tenth Circuit.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington