IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-PAB-NRN

ROCKY MOUNTAIN GUN OWNERS,
ADRIAN S. PINEDA, and
MATTHEW M. L. NEWKIRK

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## GOVERNOR'S ANSWER TO SECOND AMENDED COMPLAINT [DOC. 74]

Defendant Jared S. Polis, in his official capacity as Governor of the State of Colorado, answers the allegations in the Complaint as follows:

### INTRODUCTION

1. Admit the first sentence of paragraph 1, except deny that SB23-169 was signed by the Governor on April 27, 2023, and affirmatively state that the act was signed on April 28, 2023. Deny the second sentence and affirmatively state that the act speaks for itself. Deny the third sentence.

### PARTIES

2. The Governor is without sufficient knowledge to admit or deny the allegations in paragraph 2 and so denies them.

3. The Governor is without sufficient knowledge to admit or deny the allegations in paragraph 3 and so denies them.

4. The Governor is without sufficient knowledge to admit or deny the allegations in paragraph 4 and so denies them.

5. Admit.

6. Deny that the Governor has direct authority to enforce SB23-169. Affirmatively state that the Governor has waived his Eleventh Amendment immunity, for this case only and only for prospective equitable relief, to allow this matter to proceed against him.

## JURISDICTION AND VENUE

7. Admit that, if Plaintiffs have standing and the case is ripe (neither of which Governor concedes at this stage), the cited provisions of law confer subject matter jurisdiction on the Court.

8. Admit that the cited provisions of law authorize Plaintiffs to request declaratory relief and attorney fees. Deny that Plaintiffs are entitled to such relief.

9. Admit.

## GENERAL ALLEGATIONS

10. Admit that paragraph 10 quotes part of the Second Amendment.

11. Admit that *McDonald v. City of Chicago* makes the Second Amendment applicable to the states through the Fourteenth Amendment.

12. Admit that paragraph 12 accurately quotes part of SB23-169.

13. Admit that paragraph 13 accurately quotes from *New York State Rifle & Pistol Association, Inc. v. Bruen*.

14. The Governor is without sufficient knowledge to admit or deny the allegations in the first or third sentences of paragraph 14 and so denies them. The fourth sentence accurately

quotes from *New York State Rifle & Pistol Association, Inc. v. Bruen*. Deny the remaining allegations in paragraph 14.

15. Deny.

16. Deny.

17. Because paragraph 17 does not identify, with specificity, the facts it intends to incorporate from prior pleadings, the governor is without sufficient information to admit or deny those facts and so denies them.

18. The Governor admits that the United States Court of Appeals for the Tenth Circuit issued an opinion in this case, but affirmatively state that the Tenth Circuit reversed this Court's *grant* of a preliminary injunction, rather than affirming this Court's *denial* of a preliminary injunction. The Governor is without sufficient knowledge to admit or deny the remaining allegations in paragraph 18 and so denies them.

## FIRST CLAIM FOR RELIEF

19. The Governor incorporates his prior responses.

20. Deny.

21. Deny.

22. Deny.

23. Deny.

## GENERAL DENIAL

The Governor denies any allegations not specifically admitted above. The Governor denies that Plaintiffs are entitled to any of the relief requested.

## AFFIRMATIVE DEFENSES

(1) Plaintiffs lack standing.

(2) The Complaint fails to state a claim for which relief can be granted.

(3) Plaintiffs cannot satisfy the factors for a permanent injunction.

(4) The Governor enjoys sovereign immunity against Plaintiffs' claims, except that he has waived his sovereign immunity, only in this case, only in his official capacity, and only for prospective equitable relief.

(5) The Governor reserves the right to raise additional affirmative defenses.

Dated: February 11, 2025

PHILIP J. WEISER
Attorney General

*/s/ Peter G. Baumann*
*Joseph G. Michaels*, Assistant Solicitor General*
*Peter G. Baumann*, Senior Assistant Attorney General*
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6152
Email: peter.baumann@coag.gov
joseph.michaels@coag.gov

*Attorney for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado*
*Counsel of Record