## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-PAB-NRN

ROCKY MOUNTAIN GUN OWNERS,
ADRIAN S. PINEDA, and
MATTHEW M. L. NEWKIRK

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## THE GOVERNOR'S UNOPPOSED MOTION
## TO FILE ANSWER OUT OF TIME

    Defendant Jared S. Polis, in his official capacity as Governor of the State of Colorado, respectfully requests an Order permitting him to file his Answer to the Amended Complaint [Doc. 74] one day late. As good cause, the Governor states:

    1.    On January 27, 2025, while this case was administratively closed and with the Governor's consent, Plaintiffs filed an Amended Complaint [Doc. 74]. Under Fed. R. Civ. P. 15(a)(3), the Governor's Answer to that Complaint was due within 14 days, or by February 10, 2025.

    2.    On January 31, 2025, the Court reopened the case [Doc. 75], and on February 5, 2025, Magistrate Judge Neureiter entered the parties' stipulated schedule for further proceedings [Doc. 76].

3. Yesterday, undersigned counsel was finalizing an Answer to the Amended Complaint, when he received notification from his children's daycare that one of his children was sick.

4. While picking up and caring for that sick child, undersigned counsel failed to finalize and file the Answer. Once counsel realized his error, he filed the Answer as quickly as possible this morning.

5. The error was undersigned counsel's alone.

6. No party will be prejudiced by extending the Governor's Answer deadline by an additional day. The Complaint was amended primarily to add a new Plaintiff, and that addition was the result of extensive conferrals between the parties. Neither the substance of the Complaint, nor the Governor's defenses, were affected by the amendments.

7. Moreover, the Governor's delay in filing an Answer will not prejudice any party, because the parties' stipulated schedule for cross-motions for summary judgment remains unaffected.

8. Consistent with D.C. Colo. LCivR 7.1, undersigned counsel conferred with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose the relief requested in this Motion.

9. Consistent with D.C. Colo. LCivR 6.1(c), undersigned counsel is simultaneously serving a copy of this Motion on his client.

Accordingly, the Governor respectfully requests and Order permitting him to file his Answer to the Amended Complaint out of time, specifically on February 11, 2025, as opposed to February 10, 2025.

Dated: February 11, 2025          PHILIP J. WEISER
                                                          Attorney General

                                                          */s/ Peter G. Baumann*
                                                          *Joseph G. Michaels*, Assistant Solicitor General*
                                                          *Peter G. Baumann*, Senior Assistant Attorney General*
                                                          1300 Broadway, Denver, CO 80203
                                                          Telephone: (720) 508-6152
                                                          Email: peter.baumann@coag.gov
                                                          joseph.michaels@coag.gov

                                                 *Attorney for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado*
                                                 *Counsel of Record