# Exhibit A - Plaintiffs' Rule 26 Disclosures

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action 23-cv-01077-PAB-NRN**


ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

       Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

       Defendant.

_____

## PLAINTIFFS' INITIAL DISCLOSURES
_____

       Plaintiffs submit the following initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1)(A):

*1. The name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.*

       1.      Tate Mosgrove, c/o Plaintiffs' counsel. Mr. Mosgrove will testify regarding his age and the infringement of his Second Amendment rights caused by the challenged law.

       2.      Adrian S. Pineda, c/o Plaintiffs' counsel. Mr. Mosgrove will testify regarding his age and the infringement of his Second Amendment rights caused by the challenged law.

       3.      Dudley Brown, President of Rocky Mountain Gun Owners, c/o Plaintiffs' counsel.  Mr. Brown will have information regarding RMGO's members' desire to exercise their Second Amendment rights and how the challenged law infringes on those rights.

4.      Taylor Rhodes, Executive Director of Rocky Mountain Gun Owners, c/o Plaintiffs' counsel.  Mr. Rhodes will have information regarding RMGO's members' desire to exercise their Second Amendment rights and how the challenged law infringes on those rights.

5.      All persons who submit declarations and/or affidavits in this case concerning the subject matter of such declarations/affidavits.

6.      Any person necessary for impeachment or rebuttal.

7.      Any person disclosed by any other party.

8.      Any persons necessary to authenticate or lay the foundation for any exhibit.

*2.  A copy--or a description by category and location--of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.*

1. Any document attached or referred to in any pleading.

2. Any document necessary for impeachment and/or rebuttal.

3. Any document disclosed by any other party.

*3. A computation of each category of damages claimed by the disclosing party--who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered*

Plaintiffs seek prospective injunctive and declaratory relief.

*4. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

N/A

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard

2

Wheat Ridge, Colorado 80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com

## CERTIFICATE OF SERVICE

On October 1, 2023, undersigned counsel emailed a copy of the Complaint and this motion to the following members of the Attorney General's Second Amendment team:

Grant T. Sullivan, Assistant Solicitor General
Michael Kotlarczyk, Senior Assistant Attorney General
Matthew J. Worthington, Assistant Attorney General

at the following email addresses:

grant.sullivan@coag.gov;
mike.kotlarczyk@coag.gov;
matt.worthington@coag.gov

/s/ Barry K. Arrington
_____

Barry K. Arrington