# Exhibit E - Steinberg Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01077-PAB

ROCKY MOUNTAIN GUN OWNERS,
TATE MOSGROVE, and
ADRIAN S. PINEDA,

       Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

       Defendant.

---

## DECLARATION OF LAURENCE STEINBERG

I, Laurence Steinberg, pursuant to 28 U.S.C. § 1746, do depose and state as follows:

I have been asked to provide an expert opinion on the relationship between Colorado statutes that prohibit the purchase of firearms by persons under the age of 21—specifically those provisions found in Colorado Senate Bill 23-169, which amends Colorado Revised Statutes §§ 18-12-101, 18-12-112, and 18-12-112.5—and the science and research on development in adolescence and young adulthood, as well as the nature of that relationship. In particular, I was asked to opine as to whether the current scientific understanding of development in adolescence and young adulthood supports regulating the purchase of firearms by adults aged 18 to 20 through statutes such as those at issue in this case; and whether the statutes are likely to reduce firearm-related crimes, deaths, and injuries in Colorado.

## I.      QUALIFICATIONS AND BACKGROUND

I am a Distinguished University Professor and the Laura H. Carnell Professor of Psychology and Neuroscience at Temple University. I am a Fellow of the American Psychological

Association (APA), the Association for Psychological Science, and the American Academy of Arts and Sciences, and a member of the Association for Psychological Science. I was President of the Division of Developmental Psychology of the APA and President of the Society for Research on Adolescence. I was also a member of the National Academies' Board on Children, Youth, and Families and chaired the National Academies' Committee on the Science of Adolescence, during which time I oversaw the creation of a comprehensive report on adolescent risk-taking.[1]

I am a developmental psychologist specializing in adolescence, broadly defined as the second decade of life. Throughout this document, "adolescence" refers to the period of development from age 10 to age 20, which is the age range generally accepted within the scientific community.[2] Adolescence can be further divided into three phases: *early adolescence* (10 through 13), *middle adolescence* (14 through 17), and *late adolescence* (18 through 20).[3]

I hold the degrees of A.B. in Psychology from Vassar College (Poughkeepsie, New York) and Ph.D. in Human Development and Family Studies from Cornell University (Ithaca, New York). I received my Ph.D. in 1977 and have been continuously engaged in research on adolescent development since that time. I am the author, editor, or co-author of approximately 500 scientific articles and 17 books on young people. Prior to my faculty appointment at Temple University, where I have been since 1988, I was on the faculty at the University of Wisconsin—Madison (1983-1988) and the University of California, Irvine (1977-1983). From 1997-2007, I directed the

---

[1] Steinberg, L. (Chair), with members of the Committee on the Science of Adolescence of the Institute of Medicine and the National Research Council. (2011). *The science of adolescent risk-taking*. Washington: National Academies Press.

[2] Steinberg, L. (2023). *Adolescence* (13th edition). New York: McGraw-Hill.

[3] Where this report references an age range, such as "from age 10 to age 20," "10 through 13," or "between the ages of 18 and 20," I intend the age range to include both the lower age number and the higher age number. For example, "between the ages of 18 and 20" includes the ages of 18, 19, and 20.

John D. and Catherine T. MacArthur Foundation Research Network on Adolescent Development and Juvenile Justice, a national multidisciplinary initiative on the implications of research on adolescent development for policy and practice concerning the treatment of juveniles in the legal system. I also have been a member of the MacArthur Foundation Research Network on Law and Neuroscience, a national initiative examining the ways in which neuroscientific research may inform and improve legal policy and practice.

Since 1997, my colleagues and I have been studying whether, to what extent, and in what respects adolescents and adults differ in ways that affect their behavior and may inform decisions about the treatment of young people under the law. I have conducted extensive research on decision making, risk-taking, and judgment in adolescence and young adulthood (where young adulthood encompasses the ages of 18-20), including several large-scale studies of age differences in judgment and decision making between ages 10 and 30, in both American and international samples.[4]

My research on adolescent development is widely cited. A 2020 publication in the journal *PLoS Bio* reported an analysis of the publications of close to 7 million scientists with at least five

---

[4] Duell, N., Steinberg, L., Icenogle, G., Chein, J., Chaudary, N., Di Giunta, L., . . . Chang, L. (2018). Age patterns in risk taking around the world. *Journal of Youth and Adolescence*, *47*, 1052-1072; Icenogle, G., Steinberg, L., Duell, N., Chein, J., Chang, L., Chaudary, N., . . . Bacchini, D. (2019). Adolescents' cognitive capacity reaches adult levels prior to their psychosocial maturity: Evidence for a "maturity gap" in a multinational sample. *Law and Human Behavior, 43*, 69-85; Steinberg, L., Albert, D., Cauffman, E., Banich, M., Graham, S., & Woolard, J. (2008). Age differences in sensation seeking and impulsivity as indexed by behavior and self-report: Evidence for a dual systems model. *Developmental Psychology*, *44*, 1764-1778; Steinberg, L., Graham, S., O'Brien, L., Woolard, J., Cauffman, E., & Banich, M. (2009). Age differences in future orientation and delay discounting. *Child Development*, *80*, 28-44; Steinberg, L., Cauffman, E., Woolard, J., Graham, S., & Banich, M. (2009). Are adolescents less mature than adults? Minors' access to abortion, the juvenile death penalty, and the alleged APA "flip-flop". *American Psychologist*, *64*, 583-594; Steinberg, L., Icenogle, G., Shulman, E., Breiner, K., Chein, J., Bacchini, D., . . . Takash, H. (2018). Around the world, adolescence is a time of heightened sensation seeking and immature self-regulation. *Developmental Science*, *21*, 1-13.

citations over the period from 1996-2019, using SCOPUS, the largest scientific citation database.[5]

Each scientist was categorized into one of 22 major fields (e.g., "Psychology and Cognitive

Science") and two of 176 subfields (e.g., "Developmental and Child Psychology"). According to

this analysis, I fall within the top .01% of all scientists in the world, across all fields, in citations.

I am the 20th most frequently cited psychologist in the world and the fourth most frequently cited

developmental psychologist. According to Google Scholar, my scientific papers have been cited

nearly 150,000 times.[6]

I have been qualified as an expert witness in state courts in Alabama, Alaska, Arizona,

Arkansas, California, Colorado, Delaware, the District of Columbia, Florida, Indiana, Kentucky,

Massachusetts, Missouri, Nevada, Ohio, Oregon, Pennsylvania, South Dakota, and Wisconsin, as

well as the U.S. District Courts for the Southern District of New York, the Eastern District of New

York, the District of Connecticut, and in the District of New Mexico. I have also been deposed as

an expert witness in cases in California, Colorado, Florida, Michigan, North Carolina,

Pennsylvania, Rhode Island, and Wisconsin; in U.S. District Courts for the Eastern District of

Michigan, the Western District of Washington, and the District of Colorado; and in the Military

Court of Commission Review in Guantanamo Bay, Cuba. In addition, I was the lead scientific

consultant for the APA when the Association filed amicus curiae briefs in *Miller v. Alabama*, 567

U.S. 460 (2012); *Graham v. Florida*, 560 U.S. 48 (2011); and *Roper v. Simmons*, 543 U.S. 551

(2005). One of my articles, "Less Guilty by Reason of Adolescence," (co-authored with Elizabeth

---

[5] Ioannidis, J.P.A., Boyack K.W. & Baas, J. (2020). Updated science-wide author databases of standardized citation indicators. *PLoS Bio, 18*, e3000918.

[6] Data from Google Scholar, accessed on June 22, 2023, at https://scholar.google.com/citations?hl=en&user=EIO0arEAAAAJ&view_op=list_works&sortby=pubdate

Scott),[7] was cited in the Court's majority opinions in *Roper* and *Miller*, as was the APA amicus brief that I helped draft.

A copy of my *curriculum vitae* is attached as Exhibit 1.

## II.    RETENTION AND COMPENSATION

I am being compensated for my time on this case on an hourly basis at the rate of $500 per hour for all services except testimony. For testimony, I am being compensated at a rate of $5,000, regardless of the length. My compensation is not contingent on the results of my analysis or the substance of any testimony.

## III.    BASIS FOR OPINION AND MATERIAL CONSIDERED

The opinion I provide in this expert report is based on:

- My review of the complaint and preliminary injunction motion filed in this lawsuit;

- My review of the relevant statutory provisions related to this lawsuit;

- My education, expertise, experience, and research in the field of adolescent development; and,

- My review and analysis of the materials cited in the footnotes and text of this report.

## IV.    SUMMARY OF OPINION

Over the past two decades, considerable scientific evidence has accumulated demonstrating that, compared to adults, adolescents—including late adolescents—are more impulsive, more likely to engage in risky and reckless behavior, more influenced by peer pressure, motivated more by rewards than costs or negative consequences, less likely to consider the future consequences of their actions and decisions, and less able to control themselves in emotionally arousing situations.

---

[7] Steinberg, L., & Scott, E. (2003). Less guilty by reason of adolescence: Developmental immaturity, diminished responsibility, and the juvenile death penalty. *American Psychologist*, *58*, 1009-1018.

These characteristics of adolescents are now viewed as normative, driven by processes of brain maturation that are not under the control of young people, and typical of normally developing individuals ages 10 through 20 years old. Importantly, many aspects of psychological and neurobiological immaturity characteristic of individuals between the ages of 14 and 17 (i.e., middle adolescents) are also characteristic of those between ages 18 and 20 (i.e., late adolescents). The heightened impulsivity, recklessness, susceptibility to peer influence, short-sightedness, and difficulties in self-control of late adolescents, relative to adults, makes gun-carrying among people between the ages of 18 and 20 inherently riskier than it is among people who are 21 and older. It is therefore my opinion that Colorado statutes that regulate the purchase of firearms by adults aged 18 to 20 are consistent with current scientific consensus concerning the cognitive, emotional, and social capacities of people this age relative to those who are 21 and older.

## V.     METHODOLOGY

To form the opinions expressed in this report, I reviewed research on psychological and brain development of individuals between the ages of 10 and 20, including research that I have conducted with both national and international colleagues. My opinions are also based on my accumulated knowledge over the course of a career that has spanned more than 45 years, during which time I have published approximately 500 research articles, authored the leading college textbook on adolescence, taught undergraduate and graduate courses on adolescent development, and received more than $80,000,000 in research funding as a Principal Investigator or Co-Principal Investigator from numerous government agencies (e.g., National Institutes of Health, U.S. Department of Justice) and private foundations (e.g., MacArthur Foundation). I have only relied upon studies that used scientifically valid approaches.

## VI.    OPINION AND ANALYSIS

### A.  Brain Development Continues Beyond the Teen Years

For most of the 20th century, scientists believed that brain maturation ended sometime during late childhood, a conclusion based on the observation that the brain reached its adult size and volume by age 10. This conclusion began to be challenged in the late 1990s, as a result of research that examined the brain's internal anatomy as well as patterns of brain activity, rather than focusing solely on the brain's external appearance.[8]

The advent of functional Magnetic Resonance Imaging (fMRI) permitted scientists and researchers to actually observe the brains of living individuals and examine their responses to various stimuli and activities.  The results of this examination demonstrated that key brain systems and structures, especially those involved in self-regulation (i.e., exercising control over one's emotions, impulses, and actions) and higher-order cognition (e.g., advanced thinking abilities, including thinking ahead, planning, accurately perceiving risk, and making reasoned decisions), continue to mature throughout adolescence until at least the age of 21.[9]

Further study of brain maturation conducted during the past decade has revealed that several aspects of brain development affecting judgment and decision-making are not only ongoing during early and middle adolescence, but continue at least until age 21.  As more research

---

[8]  Gogtay, N., et al. (2004). Dynamic mapping of human cortical development during childhood through early adulthood. *Proceedings of the National Academies of Sciences*, *101*, 8174–8179; Giedd, J., Blumenthal, J., Jeffries, N., Castellanos, F., Liu, H., Zijdenbos, A., . . . Rapoport, J. (1999). Brain development during childhood and adolescence: a longitudinal MRI study. *Nature Neuroscience.* 2, 861–863; Sowell, E., Thompson, P., Leonard, C., Welcome, S., Kan, E., & Toga, A. (2004). Longitudinal mapping of cortical thickness and brain growth in normal children. *Journal of Neuroscience*, *24*, 8223–8231.

[9] Casey, B. J., Tottenham, N., Liston, C., & Durston, S. (2005). Imaging the developing brain: What have we learned about cognitive development? *Trends in Cognitive Science, 9,* 104–110.

confirming this conclusion accumulated, by 2015 the notion that brain maturation continues into late adolescence became widely accepted among neuroscientists.[10] This contemporary view of brain development as ongoing at least until age 21 stands in marked contrast to the view held by scientists as recently as 15 years ago.  We now know that, in many respects, individuals between 18 and 20 are more neurobiologically similar to younger teenagers than had previously been thought.  These areas include deficiencies in self-control under conditions of emotional arousal, and a strong interest in sensation seeking, discussed below.

**B.  Psychological Immaturity is Normative During Middle and Late Adolescence**

Like research on brain development, research on cognitive, emotional, and social development during adolescence conducted during the past 15 years also has led scientists to revise the field's understanding of this age period. Conclusions drawn from this psychological research parallel those drawn from recent studies of brain development and indicate that individuals in their late teens and early 20s are less mature than their older counterparts in several important and legally relevant ways.[11] The results of these psychological studies, including many that have been

---

[10] Center for Law, Brain & Behavior at Massachusetts General Hospital (2022). *White Paper on the Science of Late Adolescence: A Guide for Judges, Attorneys and Policy Makers,* https://clbb.mgh.harvard.edu/white-paper-on-the-science-of-late-adolescence; Moisala, M., Salmela, V., Carlson, S., Salmela-Aro, K., Lonka, K., Hakkarainen, K., & Alho, K. (2018). Neural activity patterns between different executive tasks are more similar in adulthood than in adolescence. *Brain and Behavior*, *8*, e01063; Ravindranath, O., Ordaz, S. J., Padmanabhan, A., Foran, W., Jalbrzikowski, M., Calabro, F. J., & Luna, B. (2020). Influences of affective context on amygdala functional connectivity during cognitive control from adolescence through adulthood. Developmental cognitive neuroscience, 45, 100836; Tamnes, C., Herting, M., Goddings, A., Meuwese, R., Blakemore, S., Dahl, R., . . . Mills, K. (2017). Development of the cerebral cortex across adolescence: A multisample study of inter-related longitudinal changes in cortical volume, surface area, and thickness. *Journal of Neuroscience, 37*, 3402-3412; Whitaker, K., Vértes, P., Romero-Garcia, R., Váša, F., Moutoussis, M., Prabhu, G., . . . Bullmore E. (2016). Adolescence is associated with genomically patterned consolidation of the hubs of the human brain connectome. PNAS, 113, 9105-9110.

[11] Center for Law, Brain & Behavior at Massachusetts General Hospital (2022). *White Paper on*

8

conducted by myself and my American and international collaborators, have been found not only in the United States, but around the world.[12]

First, adolescents and people in their early 20s are more likely than older individuals to engage in what psychologists call "sensation-seeking": the pursuit of arousing, rewarding, exciting, or novel experiences.[13] As a consequence of this, young people are more apt to focus on the potential rewards of a given decision than on the potential costs, including the risks to self and others as well as the potential negative consequences of the decision, including potential

---

*the Science of Late Adolescence: A Guide for Judges, Attorneys and Policy Makers.* https://clbb.mgh.harvard.edu/white-paper-on-the-science -of-late-adolescence; Scott, E., Bonnie, R. & Steinberg, L. (2016). Young adulthood as a transitional legal category*, Fordham Law Rev*iew, *85*, 641-666 and Steinberg, L. (2014). *Age of opportunity: Lessons from the new science of adolescence*. New York: Houghton Mifflin, Harcourt.

[12] This conclusion and those referenced in footnotes 15-22 and 25 come from a study my collaborators and I conducted of more than 900 American individuals between the ages of 10 and 30 from five U.S. cities, as well as an international study of more than 5,500 individuals between the ages of 10 and 30 from 11 countries, in which participants completed a computerized test battery and many standardized personality questionnaires assessing such characteristics as sensation seeking, impulsivity, reward sensitivity, susceptibility to peer influence, and risk taking. For study details, see Duell, N., Steinberg, L., Icenogle, G., Chein, J., Chaudary, N., Di Giunta, L., . . . Chang, L. (2018). Age patterns in risk taking around the world. *Journal of Youth and Adolescence, 47,* 1052-1072; Steinberg, L. (2009). Should the science of adolescent brain development inform public policy? *American Psychologist, 64*, 739-750;  Steinberg, L., Icenogle, G., Shulman, E., Breiner, K., Chein, J., Bacchini, D., . . . Takash, H. (2018). Around the world, adolescence is a time of heightened sensation seeking and immature self-regulation. *Developmental Science, 21*, 1-13.

[13] Steinberg, L., Albert, D., Cauffman, E., Banich, M., Graham, S., & Woolard, J. (2008). Age differences in sensation seeking and impulsivity as indexed by behavior and self-report: Evidence for a dual systems model. *Developmental Psychology, 44*, 1764-1778 and Steinberg, L., Icenogle, G., Shulman, E., Breiner, K., Chein, J., Bacchini, D., . . . Takash, H. (2018). Around the world, adolescence is a time of heightened sensation seeking and immature self-regulation. *Developmental Science, 21*, 1-13.

punishment.[14] Other studies have shown that heightened risk-taking among adolescents is due to the greater attention they pay to the potential rewards of a risky choice relative to the potential costs.[15] This tendency is especially pronounced among individuals between the ages of 18 and 20, as evidenced by studies of age differences in risk-taking on experimental gambling tasks that identify the extent to which participants' decisions are more influenced by what they can win versus what they can lose,[16] as well as participants' reports of involvement in both health-related risk-taking (e.g., smoking, drinking while driving, having unprotected sex) and antisocial risk-taking (e.g., fighting, stealing, vandalizing), in which respondents answer a series of questions concerning the relative benefits and costs of various types of risky activity.[17]

Second, adolescents and individuals in their early 20s are less able than older individuals to control their impulses and consider the future consequences of their actions and decisions. In general, adolescents are more short-sighted and less able and less likely to plan ahead than adults. They are less likely than adults to foresee the possible outcomes of their actions and regulate their behavior accordingly.[18] Importantly, significant gains in impulse control continue to occur beyond

---

[14] Cauffman, E., Shulman, E., Steinberg, L., Claus, E., Banich, M., Graham, S., & Woolard, J. (2010). Age differences in affective decision making as indexed by performance on the Iowa Gambling Task. *Developmental Psychology*, *46*, 193-207

[15] For a review, see Shulman, E., Smith, A., Silva, K., Icenogle, G., Duell, N., Chein, J., & Steinberg, L. (2016). The dual systems model: Review, reappraisal, and reaffirmation. *Developmental Cognitive Neuroscience, 17*, 103-117.

[16] This literature is summarized in Cauffman, E., Shulman, E., Steinberg, L., Claus, E., Banich, M., Graham, S., & Woolard, J. (2010). Age differences in affective decision making as indexed by performance on the Iowa Gambling Task. *Developmental Psychology*, *46*, 193-207.

[17] Steinberg, L. (2009). Should the science of adolescent brain development inform public policy? *American Psychologist*, *64*, 739-750.

[18] Grisso, T., Steinberg, L., Woolard, J., Cauffman, E., Scott, E., Graham, S., Lexcen, F., Reppucci, N., & Schwartz, R. (2003). Juveniles' competence to stand trial: A comparison of adolescents' and adults' capacities as trial defendants. *Law and Human Behavior*, *27*, 333-363.

age 18 and into the early 20s. Thus, while it is true that late adolescents (i.e., those between 18 and 20) are less impulsive than younger teenagers, they are more impulsive than people 21 and older. This has been shown in studies using experimental tests of impulsivity and delay of gratification, as well as questionnaires assessing these same variables.[19]

Third, basic cognitive abilities, including memory and logical reasoning, mature before the development of emotional maturity, including the ability to exercise self-control, rein in sensation seeking, properly consider the risks and rewards of alternative courses of action, and resist coercive pressure from others. Thus, a young person who demonstrates advanced cognitive abilities, such as those necessary to succeed in many high school or college classes, may nonetheless be psychologically immature in ways that impair their judgment, increase their susceptibility to peer pressure, and limit their ability to control their emotions and impulses.[20]

As a consequence of this gap between intellectual and emotional maturity, the tendencies of adolescents and people in their early 20s, relative to individuals in their mid- or late 20s, to be more focused on rewards, more impulsive, and more myopic are exacerbated when adolescents are making decisions in situations that are emotionally arousing, including those that

---

[19] Steinberg, L., Graham, S., O'Brien, L., Woolard, J., Cauffman, E., & Banich, M. (2009). Age differences in future orientation and delay discounting. *Child Development*, *80*, 28-44; Steinberg, L., Albert, D., Cauffman, E., Banich, M., Graham, S., & Woolard, J. (2008) Age differences in sensation seeking and impulsivity as indexed by behavior and self-report: Evidence for a dual systems model. *Developmental Psychology*, *44*, 1764-1778; Steinberg, L., Icenogle, G., Shulman, E., Breiner, K., Chein, J., Bacchini, D., . . . Takash, H. (2018). Around the world, adolescence is a time of heightened sensation seeking and immature self-regulation. *Developmental Science*, *21*, 1-13.

[20] Icenogle, G., Steinberg, L., Duell, N., Chein, J., Chang, L., Chaudary, N., . . . Bacchini, D. (2019). Adolescents' cognitive capacity reaches adult levels prior to their psychosocial maturity: Evidence for a "maturity gap" in a multinational sample. *Law and Human Behavior, 43*, 69-85; Steinberg, L., Cauffman, E., Woolard, J., Graham, S., & Banich, M. (2009). Are adolescents less mature than adults? Minors' access to abortion, the juvenile death penalty, and the alleged APA "flip-flop". *American Psychologist*, *64*, 583-594.

generate negative emotions, such as fear, threat, anger, or anxiety.[21] Psychologists distinguish between "*cold cognition*" (i.e., thinking that is exercised under calm or non-arousing circumstances) and "*hot cognition*" (i.e., thinking that is exercised under circumstances that are emotionally arousing or stressful, including, for example, negative emotions such as fear, anger, or perceived threat, as well as positive emotions, such as exuberance or exhilaration). Adolescents' deficiencies in judgment and self-control, relative to adults, are greater under "hot" circumstances in which emotions are aroused than they are under calmer, "cold" circumstances. This includes late adolescents between the ages of 18 and 20.[22]

The combination of heightened attentiveness to rewards and still-maturing impulse control makes middle and late adolescence a time of greater risk-taking than any other stage of development. This has been demonstrated both in studies of risk-taking in psychological

---

[21] Dreyfuss, M., Caudle, K., Drysdale, A., Johnston, N., Cohen, A., Somerville, L., . . . Casey, B. J. (2014). Teens impulsively react rather than retreat from threat. *Developmental Neuroscience, 36,* 220-227; Heller, A., & Casey, B.J., (2016). The neurodynamics of emotion: Delineating typical and atypical emotional processes during adolescence. Developmental Science, 19, 3-18; Lau, J., Britton, J., Nelson, E., Angold, A., Ernst, M., Goldwin, M., . . . Pine, D. (2011). Distinct neural signatures of threat learning in adolescents and adults. *Proceedings of the National Academy of Sciences,108*, 4500-4505; Somerville, L., Jones, R., & Casey, B.J. (2010). A time of change: Behavioral and neural correlates of adolescent sensitivity to appetitive and aversive environmental cues. *Brain and Cognition, 72*, 124-133.

[22] Cohen, A., Breiner, K., Steinberg, L., Bonnie, R., Scott, E., Taylor-Thompson, K., . . . Casey, B.J. (2016). When is an adolescent an adult? Assessing cognitive control in emotional and non-emotional contexts. *Psychological Science, 4*, 549-562; Steinberg, L. (2014). *Age of opportunity: Lessons From the New Science of Adolescence*. New York: Houghton Mifflin Harcourt; Steinberg, L., Cauffman, E., Woolard, J., Graham, S., & Banich, M. (2009). Are adolescents less mature than adults? Minors' access to abortion, the juvenile death penalty, and the alleged APA "flip-flop". *American Psychologist, 64*, 583-594; Steinberg, L., & Icenogle, G. (2019). Using developmental science to distinguish adolescents and adults under the law. *Annual Review of Developmental Psychology, 1*, 21-40.

experiments (when other factors, such as outside influences, can be controlled) and in the analysis of data on risky behavior in the real world.[23]

In recent experimental studies of risk-taking, the peak age for risky decision-making has been determined to be in the late teens and early 20s.[24] This age trend is consistent with epidemiological data on age trends in risky behavior, which show peaks in risk-taking, or in the adverse outcomes of risk-taking, in the late teens and early 20s across a wide range of phenomena, including arrests for violent and non-violent crime, driver deaths, unintended pregnancy, and binge drinking.[25] The sorts of risk-taking that peak in the late teens and early 20s, such as those listed in the previous sentence, generally occur under "hot" circumstances.

## C.  Neuroscientific Explanations of Adolescent Immaturity

Research by many scientists, including myself, has shown that the main underlying cause of psychological immaturity during adolescence and the early 20s is the different timetables along which two important brain systems develop during this period, sometimes referred to as a "maturational imbalance."[26] The system that is responsible for the increase in sensation-seeking

---

[23] Duell, N., Steinberg, L., Icenogle, G., Chein, J., Chaudary, N., Di Giunta, L., . . . Chang, L. (2018). Age patterns in risk taking around the world. *Journal of Youth and Adolescence*, *47*, 1052-1072.

[24] Braams, B., van Duijvenvoorde, A., Peper, J., & Crone, E. (2015). Longitudinal changes in adolescent risk-taking: A comprehensive study of neural responses to rewards, pubertal development and risk taking behavior. *Journal of Neuroscience, 35*, 7226-7238; Shulman, E., & Cauffman, E. (2014). Deciding in the dark: Age differences in intuitive risk judgment. *Developmental Psychology*, *50,* 167-177.

[25]  Willoughby, T., Good, M., Adachi, P., Hamza, C., & Tavernier, R. (2013). Examining the link between adolescent brain development and risk taking from a social-developmental perspective. *Brain and Cognition*, *83*, 315-323.

[26] Casey, B. J., Jones, R., Levita, L., Libby, V., Pattwell, S., Riberry, E., . . . Somerville, L. (2010). The storm and stress of adolescence: Insights from human imaging and mouse genetics. *Developmental Psychobiology*, *52*, 225-235; Shulman, E., Smith, A., Silva, K., Icenogle, G.,

and reward-seeking that takes place in adolescence, which is localized mainly in the brain's limbic system, undergoes dramatic changes very early in adolescence, around the time of puberty. Attentiveness to rewards remains high through the late teen years and into the early 20s. But the system that is responsible for self-control, regulating impulses, thinking ahead, evaluating the rewards and costs of a risky act, and resisting peer pressure, which is localized mainly in the prefrontal cortex, is still undergoing significant maturation well into the mid-20s.[27]

Thus, during middle and late adolescence there is an imbalance between the reward system and the self-control system that inclines adolescents toward sensation-seeking and impulsivity. As this "maturational imbalance" diminishes, during the mid-20s, there are improvements in such capacities as impulse control, resistance to peer pressure, planning, and thinking ahead. In our studies, we find a decline in impulsivity, susceptibility to peer pressure, planning ahead, and delay of gratification as measured both on experimental tasks and questionnaires.[28]

Studies of structural and functional development of the brain are consistent with this view. Specifically, research on neurobiological development shows continued maturation into the

---

Duell, N., Chein, J., & Steinberg, L. (2016). The dual systems model: Review, reappraisal, and reaffirmation. *Developmental Cognitive Neuroscience, 17,* 103-117.

[27] Shulman, E., Harden, K., Chein, J., & Steinberg, L. (2015). Sex differences in the developmental trajectories of impulse control and sensation-seeking from early adolescence to early adulthood. *Journal of Youth and Adolescence*, *44*, 1-17; Steinberg, L. (2008). A social neuroscience perspective on adolescent risk-taking. D*evelopmental Review*, *28*, 78-106; Van Leijenhorst, L., Moor, B. G., Op de Macks, Z. A., Rombouts, S. A. R. B., Westenberg, P. M., & Crone, E. A. (2010). Adolescent risky decisionmaking: Neurocognitive development of reward and control regions. *NeuroImage, 51*, 345–355.

[28] Albert, D., & Steinberg, L. (2011). Judgment and decision making in adolescence. *Journal of Research on Adolescence*, *21*, 211-224; Blakemore, S-J., & T. Robbins, T. (2012). Decision-making in the adolescent brain. *Nature Neuroscience*, *15*, 1184-1191.

early or even mid-20s of brain regions and systems that govern various aspects of self-regulation and higher-order cognitive function. These developments involve structural (i.e., in the brain's anatomy) and functional (i.e., in the brain's activity) changes in the prefrontal and parietal cortices, as well as improved structural and functional connectivity between the limbic system and the prefrontal cortex. The structural changes are primarily the result of two processes: synaptic pruning (the elimination of unnecessary connections between neurons, which allows the brain to transmit information more efficiently), and myelination (the growth of sheaths of myelin around neuronal connections, which functions as a form of insulation that allows the brain to transmit information more quickly).

Although the process of synaptic pruning is largely finished by age 16, myelination continues into the late teens and throughout the 20s.[29] Thus, although the structural development of the prefrontal cortex is largely complete by the end of middle adolescence, the maturation of connections between this region and regions that govern self-regulation and the brain's emotional centers, facilitated by the continued myelination of these connections, continues into late adolescence (at least through age 20) and may not be complete until the mid-20s.[30] As a consequence, late adolescents often have difficulty controlling their impulses, especially in emotionally arousing situations.

---

[29] For reviews of changes in brain structure and function during adolescence and young adulthood, see Blakemore, S-J. (2012). Imaging brain development: The adolescent brain. *Neuroimage*, *61*, 397-406; Engle, R. (2013). The teen brain. *Current Directions in Psychological Science*, *22 (2)* (whole issue); and Luciana, M. (Ed.) (2010). Adolescent brain development: Current themes and future directions. *Brain and Cognition, 72* (2), whole issue; and Spear, L., & Silveri, M. (2016). Special issue on the adolescent brain. *Neuroscience and Biobehavioral Reviews, 70* (whole issue).

[30] Khundrakpam, B, Lewis, J., Zhao, L., Chouinard-Decorte, F., & Evans, A. (2016). Brain connectivity in normally developing children and adolescents. ***NeuroImage, 134***, 192-203.

15

Recent studies that my colleagues and I conducted of middle adolescents, late adolescents, and individuals in their mid-20s illustrate this point. We assessed individuals' impulse control and brain activity while experimentally manipulating their emotional state. We compared performance on a standard test of impulse control as well as brain activity when individuals were emotionally aroused versus when they were not. In order to induce arousal, participants were told that, at any moment, they might hear a very loud, aversive sound (which the researchers had demonstrated at the beginning of the experiment). Under conditions during which individuals were not emotionally aroused, individuals between 18 and 21 exhibited impulse control and patterns of brain activity comparable to those in their mid-20s. But under emotionally arousing conditions, 18- to 21-year-olds demonstrated levels of impulsive behavior and patterns of brain activity that were comparable to those in their mid-teens.[31] In other words, under emotionally arousing circumstances, the brain of an 18- to 21-year-old functions in ways that are similar to that of a 16- or 17-year old.

### D. Individuals Between Ages 18 and 20 Are Members of an Age Group That Is Prone to Risk-Taking and Especially at Risk for Violence, Suicide, Nonsuicidal Self-Injury, and Excessive Drinking

Four forms of risk-taking that peak in the late teens and early 20s are particularly relevant in the context of discussions concerning the regulation of the purchase of firearms by individuals between the ages of 18 and 20. First, according to recent data from the United States Federal Bureau of Investigation (FBI) on arrest rates as a function of age, arrests for violent crime increase between 10 and 19 years, peak in the late teens and early 20s, and decline thereafter, most

---

[31] Cohen, et al. (2016). When is an adolescent an adult? Assessing cognitive control in emotional and non-emotional contexts. *Psychological Science*, *4*, 549-562; Rudolph, M., Miranda-Dominguez, O., Cohen, A., Breiner, K., Steinberg, L., . . . Fair, D. (2017). At risk of being risky: The relationship between "brain age" under emotional states and risk preference. *Developmental Cognitive Neuroscience*, *24*, 93-106.

dramatically after 25.[32] FBI data indicate that arrests of individuals between 18 and 20 for homicide, robbery, and weapons possession are more common than is the case for those who are 21 and older.[33]

Second, according to data from the National Institute of Mental Health,[34] as well as epidemiological studies, suicidal ideation and attempted suicide are higher during late adolescence and young adulthood than any other period of life.[35] Firearms were used in more than half of all suicide attempts.[36]

Third, numerous studies have documented that rates of deliberate self-injury, which, even if not fatal, may have very serious consequences, also peak in middle and late adolescence.[37]

Finally, binge drinking is more frequent during the late teens and early 20s than at any other age.[38] This is significant, because there is a strong association between binge drinking and

---

[32] U.S. Department of Justice. (2020). *Crime in the United States*, 2019.

[33] OJJDP Statistical Briefing Book. Arrest rates by offense and age group, 2019 (rates are per 100,000 in age group). Available: https://www.ojjdp.gov/ojstatbb/crime/ucr.asp?table_in=1. Released on November 16, 2020.

[34] NIMH. (2021). Suicide. Accessed on February 17, 2021 at (https://www.nimh.nih.gov/health/statistics/suicide.shtml#part_155143).

[35] Nock, M., Borges, G., Bromet, E., Cha, C., Kessler, R., & Lee. S. (2008). Suicide and suicidal behavior. *Epidemiologic Reviews, 30*, 133-154.

[36] NIMH. (2021). Suicide. Accessed on February 17, 2021 at (https://www.nimh.nih.gov/health/statistics/suicide.shtml#part_155143).

[37] Jacobson, C., & Gould, M. (2007). Epidemiology and phenomenology of non-suicidal self-injurious behavior among adolescents: A critical review of the literature. *Archives of Suicide Research, 11*, 129-147; Nock, M. (2010). Self-injury. *Annual Review of Clinical Psychology, 6*, 339-363; Rodham, K., & Hawton, K. (2009). *Epidemiology and phenomenology of nonsuicidal self-injury.* In M. K. Nock (Ed.), *Understanding nonsuicidal self-injury: Origins, assessment, and treatment* (p. 37–62). Washington: American Psychological Association.

[38] Patrick, M., Terry-McElrath, Y., Lanza, S., Jager, J., Schulenberg, J., & O'Malley, P. (2019), Shifting age of peak binge drinking prevalence: Historical changes in normative trajectories

violence.[39] Intoxication is a particularly significant contributing factor to homicide and physical assault at all ages, especially in incidents involving personal confrontations, and even more so in those involving firearms.[40]

**E. Under U.S. Law, Different Age Boundaries are Often Drawn for Different Matters**

Plaintiffs in this matter have implied that existing chronological age boundaries established for one purpose should automatically determine the age boundary used for other purposes. However, it is commonplace in the United States to draw different chronological age boundaries for different purposes when different boundaries are warranted.[41] In general, although the presumptive age of majority in the United States is 18, this boundary is frequently adjusted downward (e.g., for purposes of the age of eligibility for driver licensing, which is 16 in most states) or upward (e.g., for purposes of setting a minimum age for the purchase of alcoholic beverages, with is federally mandated to be 21).

---

among young adults aged 18 to 30. *Alcoholism: Clinical and Experimental Research, 43*, 287-298.

[39] Brewer, R., & Swahn, M. (2005). Binge drinking and violence. *JAMA, 294*, 616-619; Macdonald S., Cherpitel, C., Borges, G., DeSouza, A., Giesbrecht, N., & Stockwell, T. (2005). The criteria for causation of alcohol in violent injuries based on emergency room data from six countries. *Addictive Behavior, 30*, 103-113.

[40] Branas, C., Han, S., & Wiebe, D. (2016). Alcohol use and firearm violence, *Epidemiologic Reviews*, *38*, 32–45; Felson, R. B., & Staff, J. (2010). The effects of alcohol intoxication on violent versus other offending. *Criminal Justice and Behavior*, *37*, 1343-1360; Wintemute G., Wright M., Castillo-Carniglia A., Shev, A., & Cerdá, M. (2018). Firearms, alcohol and crime: Convictions for driving under the influence (DUI) and other alcohol-related crimes and risk for future criminal activity among authorized purchasers of handguns. *Injury Prevention, 24*, 68-72.

[41] Steinberg, L., & Icenogle, G. (2019). Using developmental science to distinguish adolescents and adults under the law. *Annual Review of Developmental Psychology*, *1*, 21-40.

Generally speaking, departures from the presumptive age of majority are followed when lawmakers determine that such deviations are in the best interests of young people, society, or both.[42] For example, the driver licensing age is lower than 18 because in previous generations many individuals who were 16 were no longer enrolled in school and had jobs that necessitated driving, either to commute to work or to carry out job responsibilities, which may have been necessary for their (or their family's) financial well-being; although this rationale is not as compelling today as it was in the mid-twentieth century, it is still believed the benefits of permitting people under 18 to drive (e.g., not burdening their parents with having to shuttle their high school aged children to school, extracurricular activities, or social events) are thought to outweigh the costs of allowing them to do so, even though research shows that they are less skilled behind the wheel and more likely to be involved in motor vehicle crashes than are drivers older than 18.

In contrast, the minimum purchase age for alcohol and marijuana (where legal), and increasingly, tobacco, is older than 18 because using these substances may adversely affect young people and endanger others, and it is thought that the public health costs of underage substance use clearly outweigh whatever benefits or perceived benefits that young people may accord to such use.[43]

The potential costs to society of permitting individuals between 18 and 20 to purchase firearms very likely outweigh whatever benefits are conferred to them by permitting such purchases, given that people younger than 21 are relatively more impulsive, more likely to focus on the potential rewards of a risky decision than attend to the potential risks, and more likely to

---

[42] Id.

[43] Id.

commit violent crimes, as this report attests.[44] These characteristics of late adolescents increase the likelihood that firearms they purchase will be discharged recklessly, in the heat of the moment, or unintentionally. Thus, there is good reason to place limits on the purchase of firearms by individuals who are between 18 and 20, as they are members of an age group that is especially at risk for violence, suicide, nonsuicidal self-injury, and excessive drinking. Such restrictions are likely to reduce various forms of firearms violence in Colorado, including suicide, non-fatal self-injury, homicide, non-fatal firearms violence, and other gun-related crimes.

## VII.  CONCLUSION

Based upon the many studies that I have conducted, the studies that I have reviewed, and the knowledge I have acquired during a more than 45-year career of studying adolescent development, I conclude that, on average, individuals aged 18, 19, and 20 are less mature than those 21 and older with respect to their psychological and brain development. Consequently, it is my opinion that Colorado statutes that regulate the purchase of firearms by adults aged 18 to 20 are consistent with the current scientific consensus concerning the cognitive, emotional, and social capacities of people this age relative to those who are 21 and older. These statutes will likely reduce the numbers of firearm homicides, nonhomicide violent crimes, suicides, and accidental firearm injuries in Colorado.

---

[44] Id.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of June, 2023.

Laurence Steinberg

*Curriculum Vitae*

**Laurence Steinberg**

Psychology and Neuroscience
Temple University
Philadelphia, PA  19122
(215) 204-7485
laurence.steinberg@temple.edu
www.laurencesteinberg.com

**PRESENT POSITIONS**

Distinguished University Professor, Temple University (1999-)
Laura H. Carnell Professor, Temple University (1998-)
Professor, Psychology and Neuroscience, Temple University (1988-)
    (previously known as the Department of Psychology)

**EDUCATION**

The Johns Hopkins University, Baltimore, Maryland (1970-71)
Vassar College, Poughkeepsie, New York (1971-74)
    A.B. in Psychology
Cornell University, Ithaca, New York (1974-77)
    Ph.D. in Human Development and Family Studies

**PREVIOUS POSITIONS**

Director, John D. and Catherine T. MacArthur Foundation Research Network on Adolescent
    Development and Juvenile Justice (1997-2007)
Director of Graduate Studies, Department of Psychology, Temple University (1994-1999, 2001-2007)
Director, Division of Developmental Psychology, Department of Psychology, Temple University (1991-
    94)
Professor of Child and Family Studies, University of Wisconsin--Madison (1983-89)
Faculty Associate, National Center on Effective Secondary Schools, School of Education, University of
    Wisconsin--Madison (1985-89)
Associate Professor of Social Ecology, University of California, Irvine (1982-83)
Faculty Associate, Public Policy Research Organization, University of California, Irvine (1979-83)
Associate Director for Undergraduate Studies, Program in Social Ecology, University of California,
    Irvine (1981-82)
Assistant Professor of Social Ecology, University of California, Irvine (1977-82)
Lecturer in Human Development and Family Studies, Cornell University (1976-77)

Steinberg, Laurence                                                                2

## HONORS AND AWARDS

Phi Beta Kappa and Graduation with Honors and Distinction in Psychology, Vassar College (1974)
National Science Foundation Graduate Award, Honorable Mention (1975)
Cornell University Fellowship (1976-1977)
Aspen Institute for Humanistic Studies, Participant, Forum on the First Twenty Years of Life (1982)
Command Performance (Student Initiated Teaching Award), University of California, Irvine (1983)
Faculty Scholar, William T. Grant Foundation, Program in the Mental Health of Children (1983-1988)
Fellow, American Psychological Association, Division 7 (Developmental Psychology) (elected 1987)
Faculty Excellence Award, University of Wisconsin School of Family Resources and Consumer Sciences
        Alumni Association (1988)
Highest Impact Authors in Psychology, 1986-1990, Institute for Scientific Information (1992)
Great Teacher Award, Temple University (1994)
Scientific Core Group Member, John D. and Catherine T. MacArthur Foundation Research Network on
        Psychopathology and Development (1994-2000)
Anathan Family Foundation Visiting Professorship, Western Psychiatric Institute and Clinic, University
        of Pittsburgh Medical Center (November, 1995)
Top Developmental Psychology Authors in Productivity and Impact, *Developmental Review* (1995)
Editor's Choice for non-fiction, *Booklist* (for *Beyond the Classroom*) (1996)
President, Society for Research on Adolescence (1998-2000)
Visiting Scholar, Institute of Child Development, University of Minnesota (April, 1998)
Laura H. Carnell Professor of Psychology, Temple University (1998-)
Gallagher Lecturer, Society for Adolescent Medicine (1999)
Distinguished University Professor, Temple University (1999-)
Visiting Professor of Adolescent Medicine, Morristown Memorial Hospital (December, 1999)
John P. Hill Memorial Award for Outstanding Contributions to the Study of Adolescence, Society for
        Research on Adolescence (2000)
Highly Cited Researcher, Institute for Scientific Information (2001)
Paul W. Eberman Faculty Research Award, Temple University (2003)
Urie Bronfenbrenner Award for Lifetime Contribution to Developmental Psychology in the Service of
        Science and Society, American Psychological Association (2003)
Distinguished Scientist Lecturer, American Psychological Association (2005)
President, Division of Developmental Psychology, American Psychological Association (2007-2008)
Presidential Citation, American Psychological Association (2008)
Fellow, Association for Psychological Science (elected 2008)
Award for Distinguished Contributions to Research in Public Policy, American Psychological
        Association (2009) (citation and biosketch in *American Psychologist*, 2009, *November*, 737-739).
Inaugural Laureate, Klaus J. Jacobs Research Prize for Productive Youth Development (2009)
Stauffer Award for Outstanding Faculty Service, Temple University Alumni Association (2010)
Social Policy Book Award, Society for Research on Adolescence (for *Rethinking Juvenile Justice*) (2010)
Member, John D. and Catherine T. MacArthur Foundation Research Network on Law and Neuroscience
        (2011-2016)
Harrington Distinguished Visiting Professor, Baldwin-Wallace College (2011)
Henry and Bryna David Lectureship, National Academy of Sciences, Washington (2011)
National Associate, National Research Council, The National Academies (elected 2011)
Fellow, American Academy of Arts and Sciences (elected 2013)
Highly Cited Researcher, Institute for Scientific Information (2013, 2014, 2015, 2016, 2017, 2018, 2019)
Elizabeth Hurlock Beckman Award (2014)
Listed in *The World's Most Influential Scientific Minds*, Thomson Reuters (2015)

Steinberg, Laurence                                                          3

Outstanding Contribution Award, American Society of Criminology, Division of Developmental and
    Life-Course Criminology (for Sweeten, G., Piquero, A., & Steinberg, L. (2013). Age and the
    explanation of crime, revisited. *Journal of Youth and Adolescence, 42,* 921-938) (2015)
James McKeen Fellow Award, Association for Psychological Science (2022)
Award for Distinguished Contributions to Developmental Psychology (formerly known as the G. Stanley
    Hall Award), American Psychological Association (2023)


**SELECTED RECENT PROFESSIONAL ACTIVITIES**

Board of Directors, Juvenile Law Center, Philadelphia (2003-2010)
Board on Children, Youth, and Families, The National Academies (2005-2008)
Research Advisory Panel, The National Campaign to Prevent Teen and Unintended Pregnancy (2007-
    2009)
Chair, Committee on the Science of Adolescence, The National Academies (2008-2012)
Lead scientific consultant, Amicus curiae brief filed by the American Psychological Association in U.S.
    Supreme Court cases, *Roper v. Simmons* (2004), *Sullivan v. State of Florida* (2009) *and Graham
    v. State of Florida* (2009), *Miller v. Alabama (2012)*, *Jackson v. Hobbs (2012)*.
Faculty Affiliate, University of Chicago Crime Lab (2010-)
Advisory Board, The University of Virginia Center to Promote Effective Youth Development (2011-)
Member, MacArthur Foundation Research Network on Law and Neuroscience (2011-2016)
Advisory Board, Duke University Center for the Study of Adolescent Risk and Resilience (2013-)
External Advisory Board, Adolescent Brain Cognitive Development (ABCD) Study, National Institutes
    of Health (2015-2021)
Council of Distinguished Scientists, National Commission on Social, Emotional, & Academic
    Development, The Aspen Institute (2016-2019)
Scientific Advisory Committee, Center on the Developing Adolescent, University of California, Berkeley
    (2017-2021)


**BOOKS AND EDITED VOLUMES**

Steinberg, L. (2023). *You and your adult child: How to grow together in challenging times*. New York:
    Simon & Schuster. (Chinese edition, Beijing: China Translation and Publishing House, in press;
    Estonian edition, Tallinn: Uhinenud Publishing).
Steinberg, L. (2023). *Adolescence* (13th edition). New York: McGraw-Hill.
Steinberg, L. (2020). *Adolescence* (12th edition). New York: McGraw-Hill.
Steinberg, L. (2017). *Adolescence* (11th edition). New York: McGraw-Hill.
Steinberg, L. (2014). *Age of opportunity: Lessons from the new science of adolescence*. New York:
    Eamon Dolan/Houghton Mifflin Harcourt. (Audio edition: Brilliance Audio, 2014; paperback
    edition: New York: Harper Paperbacks, 2015; Chinese (complex) edition, Taipei:
    CommonWealth Magazine Co., 2015; Chinese (simplified) edition, Beijing: China Youth Press,
    2016, Beijing: CITIC, 2023; Italian edition, Torino: Codice, 2015, second edition: 2022; Japanese
    edition, Tokyo: Nikkei Business Press, 2015; Korean edition, Goyang: Provence Press, 2022;
    Russian edition, Moscow: Mann, Ivanov, and Ferber, 2017; Turkish edition, Ankara: Imge,
    2017).
Steinberg, L. (2014). *Adolescence* (10th edition). New York: McGraw-Hill.

Steinberg, L. (2011). *You and your adolescent: The essential guide for ages 10 to 25*. New York: Simon & Schuster. (Chinese (simplified) edition, Beijing: PTPress, 2018, Beijing: CITIC, 2023; Turkish edition, Ankara: Imge, 2018).

Steinberg, L. (2011). *Adolescence* (9th edition). New York: McGraw-Hill.

Steinberg, L., Bornstein, M., Vandell, D., & Rook, K. (2011). *Lifespan development*. Belmont, CA: Wadsworth.

Steinberg, L., Vandell, D., & Bornstein, M. (2011). *Development: Infancy through adolescence*. Belmont, CA: Wadsworth. (Korean edition: Seoul: Cengage Learning Korea, 2012).

Steinberg, L. (Chair). (2011). *The science of adolescent risk-taking*. (Washington: National Academies Press), with members of the Committee on the Science of Adolescence of the Institute of Medicine and the National Research Council.

Lerner, R., & Steinberg, L. (Eds.) (2009). *Handbook of adolescent psychology* (3rd edition). New York: Wiley.

Steinberg, L. (Ed.) (2008). *The future of children: Juvenile justice, 18(2)*.

Scott, E., & Steinberg, L. (2008). *Rethinking juvenile justice*. Cambridge: Harvard University Press. (Paperback edition: Cambridge: Harvard University Press, 2010).

Steinberg, L. (2008). *Adolescence* (8th edition). New York: McGraw-Hill.

Steinberg, L. (2005). *Adolescence* (7th edition). New York: McGraw-Hill. (Chinese (simplified) edition, Singapore: McGraw-Hill Education, 2007). (Turkish edition, Ankara: Imge, 2007).

Lerner, R., & Steinberg, L. (Eds.) (2004). *Handbook of adolescent psychology* (2nd edition). New York: Wiley.

Steinberg, L. (2004). *The ten basic principles of good parenting.* New York: Simon & Schuster. (Paperback edition, New York: Simon & Schuster, 2005) (German edition, Düsseldorf: Patmos Verlagshaus, 2005; Brazilian edition, Rio de Janeiro: GMT Editores, 2005; Indonesian edition: Bandung: Kaifa, 2005; Chinese (complex) edition, Taipei: CommonWealth Magazine Co., 2005; Chinese (simplified) edition, Beijing: Peking University Press, 2006; Korean edition, Seoul: Sigma Press, 2006; Portuguese edition, Lisbon: Publicacoes Europa America, 2006; Spanish edition, Barcelona: Ediciones Medici, 2006; Greek edition, Athens: Dioptra Publishing, 2006; Hebrew edition, Israel: Trivaks–Matar Publishing, 2007; German trade paperback edition, Düsseldorf: Patmos, 2008).

Steinberg, L. (2002). *Adolescence* (6th edition). New York: McGraw-Hill.

Steinberg, L. (1999). *Adolescence* (5th edition). New York: McGraw-Hill.

*Protecting youth at work: Health, safety, and development of working children and adolescents in the United States* (Washington, D.C.: National Academy Press, 1998), with members of the Committee on the Health and Safety Implications of Child Labor of the National Academy of Sciences-National Research Council.

McLoyd, V., & Steinberg, L. (Eds.) (1998). *Studying minority adolescents: Conceptual, methodological, and theoretical issues*. Mahwah, NJ: Erlbaum.

Steinberg, L., & Levine, A. (1997). *You and your adolescent: A parent's guide for ages 10 to 20*. (Revised edition). New York: HarperPerennial.

Steinberg, L. (1996). *Adolescence* (4th edition). New York: McGraw-Hill.

Steinberg, L. (in collaboration with B. Brown & S. Dornbusch) (1996). *Beyond the classroom: Why school reform has failed and what parents need to do*. New York: Simon & Schuster. (Paperback edition, New York: Fireside/Simon & Schuster, 1997).

Steinberg, L., & Meyer, R. (1995). *Childhood*. New York: McGraw-Hill.

Steinberg, L. (with W. Steinberg). (1994). *Crossing paths: How your child's adolescence triggers your own crisis*. New York: Simon & Schuster. (Paperback edition, New York: Fireside/Simon & Schuster, 1995).

Steinberg, L. (1993). *Adolescence*. (3rd edition). New York: McGraw-Hill.

Steinberg, Laurence                                                                          5

Steinberg, L., & Belsky, J. (1991). *Infancy, childhood, and adolescence: Development in context*. New York: McGraw-Hill.

Steinberg, L., & Levine, A. (1990). *You and your adolescent: A parent's guide for ages 10 to 20*. New York: Harper & Row. (Paperback edition, New York: HarperPerennial, 1991; U.K. edition, London: Ebury Press, 1992).

Steinberg, L. (1989). *Adolescence* (2nd edition). New York: Alfred A. Knopf.

Steinberg, L. (Ed.). (1987). Sex differences in the family at adolescence. Special issue of the *Journal of Youth and Adolescence*, *16*(3).

Greenberger, E., & Steinberg, L. (1986). *When teenagers work: The psychological and social costs of adolescent employment*. New York: Basic Books. (Paperback edition, New York: Basic Books, 1988).

Steinberg, L. (1985). *Adolescence*. New York: Alfred A. Knopf.

Steinberg, L. (Ed.) (1981). *The life cycle: Readings in human development*. New York: Columbia University Press.

**RESEARCH ARTICLES** (*denotes former or current trainee)

in press

Cavanagh, C., Simmons, C., Liggett O'Malley, R., Frick, P., **Steinberg, L.** & *Cauffman, E. (in press). The moderating role of maternal CU traits in the stability of justice-involved adolescents' CU traits. *Journal of Clinical Child and Adolescent Psychology.* Online ahead of print. 10.1080/15374416.2022.2051522

Fernández-Theoduloz, G., Brunet, N., Godoy, J.C., **Steinberg, L.**, & López-Gómez, A. (in press). Risk sexual behaviors in Uruguayan adolescents: The role of self-regulation and sex-gender. *Trends in Psychology, 31*. Online ahead of print. 10.1007/s43076-023-00284-w

Gamache, J., Clinchard, C., Egan, M., **Steinberg, L.**, Casas, B., & Kim-Spoon, J. (in press). Associations between peer victimization and positive and negative social risk taking in adolescence. *Journal of Youth and Adolescence*.

Kemp, E., Frick, P., Matlasz, T., Clark, J., Robertson, E., Ray, J., Thornton, L., Myers, T., **Steinberg, L.**, & *Cauffman, E. (in press). Developing cutoff scores for the inventory of callous-unemotional traits (ICU) in justice-involved and community samples. *Journal of Clinical Child and Adolescent Psychology*. Online ahead of print. 10.1080/15374416.2021.1955371

Kim-Spoon, J., Lee, T., Clinchard, C., Lindenmuth, M., Brieant, A., **Steinberg, L.**, Deater-Deckard, K., & Casas, B. (in press). Brain similarity as a protective factor in the longitudinal pathway linking household chaos, parenting, and substance use. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging*. Online ahead of print. 10.1016/j.bpsc.2023.04.008

Lansford, J. E., Rothenberg, W. A., Yotanyamaneewong, S., Alampay, L. P., Al-Hassan, S. M., Bacchini, D., Bornstein, M. H., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K. A., Gurdal, S., Liu, Q., Long, Q., Morgenstern, G., Oburu, P., Pastorelli, C., Skinner, A. T., Sorbring, E., Tapanya, S., **Steinberg, L.**, & Uribe Tirado, L. M. (in press). Compliance with health recommendations and vaccine hesitancy during the COVID pandemic in nine countries. *Prevention Science*. Online ahead of print. 10.1007/s11121-022-01399-9.

Steinberg, Laurence                                                              6

Lansford, J., Skinner, A., Godwin, J., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Gurdal, S., Liu, Q., Long, Q., Oburu, P., Pastorelli, C., Sorbring, E., **Steinberg, L.,** Tapanya, S., Uribe Tirado, L., Yotanyamaneewong, S., Alampay, L. Al-Hassan, S., Bacchini, D., & Bornstein, M. (in press). Pre-pandemic psychological and behavioral predictors of responses to the COVID-19 pandemic in nine countries. *Development and Psychopathology.* Online ahead of print. 10.1017/S0954579421001139.

Rothenberg, W.A., Bizzego, A., Esposito, G., Lansford, J.E., Al-Hassan, S.M., Bacchini, D., Bornstein, M.H., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K.A., Gurdal, S., Liu, Q., Long, Q., Oburu, P., Pastorelli, C., Skinner, A.T., Sorbring, E., Tapanya, S., **Steinberg, L.,** Uribe Tirado, L.M., Yotanyamaneewong, S., & Alampay, L.P. (in press). Predicting adolescent mental health outcomes across cultures: A machine learning approach. *Journal of Youth and Adolescence.* Online ahead of print. 10.1007/s10964-023-01767-w

Rowan, Z., Fine, A., Frick, P., **Steinberg, L.,** & *Cauffman, E. (in press). Labeling effects of initial juvenile justice system processing decision on youth interpersonal ties. *Criminology.*

Vaughan, E. P., Speck, J. S., Frick, P. J., Walker, T. M., Robertson, E. L., Ray, J. V., Wall Myers, T. D., Thornton, L. C., **Steinberg, L.,** & *Cauffman, E. (in press). Proactive and reactive aggression: Developmental trajectories and longitudinal associations with callous-unemotional traits, impulsivity, and internalizing emotions. *Development and Psychopathology.* Online ahead of print. 10.1017/S0954579423000317

2023

Baker, A., Galvan, A., Padgaonkar, N., **Steinberg, L.,** Frick, P., & *Cauffman, E. (2023). Characterizing trajectories of anxiety, depression, and criminal offending in male adolescents over the 5 years following their first arrest. *Development and Psychopathology, 35,* 570-586.

Brown, C., Beardslee, J., Frick, P., **Steinberg, L.,** & *Cauffman, E. (2023). Perceived sleep quality predicts aggressive offending in adolescence and young adulthood. *Journal of Child Psychology and Psychiatry,* 64, 320-328.

Buchanan, C. M., Zietz, S., Lansford, J. E., Skinner, A. T., Di Giunta, L., Dodge, K. A., Gurdal, S., Liu, Q., Long, Q., Oburu, P., Pastorelli, C., Sorbring, E., **Steinberg, L.,** Tapanya, S., Uribe Tirado, L. M., Yotanyamaneewong, S., Alampay, L. P., Al-Hassan, S. M., Bacchini, D., Bornstein, M. H., Chang, L., & Deater-Deckard, K. (2023). Typicality and trajectories of problematic and positive behaviors over adolescence in eight countries. *Frontiers in Psychology,* 13. https://doi.org/10.3389/fpsyg.2022.991727 (published online only).

Guryan, J., Ludwig, J., Bhatt, M., Cook, P., Davis, J., Dodge, K., Farkas, G., Fryer, R., Mayer, S., Pollack, H., **Steinberg, L.,** & Stoddard, G. (2023). Not too late: Improving academic outcomes among adolescents. *American Economic Review,* 113, 738-765.

Kan, E., Riano, N. S., Beardslee, J., Frick, P. J., **Steinberg, L.,** & *Cauffman, E. (2023). Race differences in the association between binge drinking and treatment among first-time justice-system-impacted youth. *Alcohol and Alcoholism,* 58, 23-30.

Kapetanovic, S., Zietz, S., Lansford, J. E., Bacchini, D., Bornstein, M. H., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K. A., Gurdal, S., Junla, D., Oburu, P., Pastorelli, C., Skinner, A. T., Sorbring, E., Tapanya, S., **Steinberg, L.,** Uribe Tirado, L. M., Yotanyamaneewong, S., Alampay, L. P., & Al-Hassan, S. M. (2023). Parenting, adolescent sensation seeking, and subsequent substance use: Moderation by adolescent temperament. *Journal of Youth and Adolescence,* 52, 1235-1254.

Patterson, M., Pivnick, L., Mann, F., Grotzinger, A., Monahan, K., **Steinberg, L.,** . . . Harden, K. (2023). A mixed-methods approach to refining and measuring the construct of positive risk-taking in adolescence. *Journal of Research on Adolescence,* 33, 680-700.

Steinberg, Laurence                                                                  7

Robertson, E.L., Ray, J.V., Frick. P.J., Vaughan, E.P., Thornton, L.C., Wall Myers, T.D., **Steinberg, L.**, & *Cauffman, E. (2023). The bidirectional effects of antisocial behavior, anxiety, and trauma exposure: Implications for our understanding of the development of callous-unemotional traits. *Journal of Psychopathology and Clinical Science*, *132*, 445-460.

Rothenberg, W.A., Lansford, J.E., Uribe Tirado, M.L., Yotanyamaneewong, S., Peña Alampay, L., Al-Hassan, S.M., Bacchini, D., Chang, L, Deater-Deckard, K., Di Giunta, L., Dodge, K.A., Gurdal, S., Liu, Q., Long, Q., Oburu, P., Pastorelli, C., Skinner, A.T., Sorbring, E., Tapanya, S., **Steinberg, L.,** & Bornstein, M.H. (2023). The intergenerational transmission of maladaptive parenting and its impact on child mental health: Examining cross-cultural mediating pathways and moderating protective factors. *Child Psychiatry and Human Development.* Online ahead of print, *54*, 870-890.

Rothenberg, W.A., Sorbring, E., Lansford, J.E., Alampay, L., Al-Hassan, S.M., Yotanyamaneewong, S.,., Bacchini, D., Chang, L, Deater-Deckard, K., Di Giunta, L., Dodge, K.A., Gurdal, S., Liu, Q., Long, Q., Oburu, P., Pastorelli, C., Skinner, A.T.,., Tapanya, S., **Steinberg, L.,** Uribe Tirado, M.L., & Seangduean, Y. (2023). Predicting child aggression: The role of parent and child endorsement of reactive aggression across 13 cultural groups in 9 nations. *Aggressive Behavior*, *49*, 183– 197.

Traver, J., Dallaire, D., Frick, P., **Steinberg, L.,** & *Cauffman, E. (2023). The reciprocal relations between well-being and maternal and peer warmth in adolescents involved in the juvenile justice system. *Journal of Adolescence*, 95, 401– 412.

Vaughan, E., Frick, P., Robertson, E., Ray, J., Thornton, L., Wall Myers, T., **Steinberg, L.,** & *Cauffman, E. (2023). Interpersonal relationships and callous-unemotional traits during adolescence and young adulthood: An investigation of bidirectional effects in parent, peer, and romantic relationships. *Clinical Psychological Science*, *11*, 391-408.

2022

Alampay, L., Godwin, J., Lansford, J., Oburu, P., Bornstein, M., Chang, L., Deater-Deckard, K., Rothenberg, W. A., Malone, P. S., Skinner, A. T., Pastorelli, C., Sorbring, E., **Steinberg, L.,** Tapanya, S., Uribe Tirado, L., Yotanyamaneewong, S., Al-Hassan, S., Bacchini, D., Di Giunta, L., Dodge, K., & Gurdal, S. (2022). Change in caregivers' attitudes and use of corporal punishment following a legal ban: A multi-country longitudinal comparison. *Child Maltreatment*. 27, 561-571. (voted 2022 Article of the Year by the *Child Maltreatment* Editorial Board).

Drosdova, A., Thomas, A. Volpert-Esmond, H., **Steinberg, L.,** Frick, P., & *Cauffman, E. (2022). Drug use homophily in adolescent offenders' close friendship groups. *Journal of Youth and Adolescence,* 51, 2046-2059.

Fine, A., Mays, R., Beardslee, J., Frick, P., **Steinberg, L.,** & *Cauffman, E. (2022). Measuring youths' perceptions of police: Evidence from the Crossroads study. *Psychology, Public Policy, and Law*, *28*, 92-107.

Fine, A., Moule Jr., R., Trinkner, R., Frick, P., **Steinberg, L.,** & Cauffman, E. (2022) Legal socialization and individual belief in the code of the streets: A theoretical integration and longitudinal test, *Justice Quarterly, 39*, 1310-1331.

Kan, E., **Steinberg, L.,** Frick, P. J., & Cauffman, E. (2022). Impact of recreational cannabis legalization on cannabis use, other substance use, and drug-related offending among justice-system-involved youth. *Behavioral Sciences & the Law*, 40, 292– 309.

Knowles, A., Rowan, Z., Frick, P.J., **Steinberg, L.,** & *Cauffman, E. (2022*). Examining the relation between estimated life expectancy and delinquency across development: An examination of adolescent males following their first arrest. *Journal of Developmental and Life-Course Criminology*, *8*, 1-24.

Steinberg, Laurence                                                                                    8

Kobulsy, J., Villodas, M., Yoon, D., Wildfeur, R., **Steinberg, L.**, & Dubowitz, H. (2022). Adolescent neglect and health risk. *Child Maltreatment*, 27, 174-184

Rothenberg, W.A., Ali, S., Rohner, R., Lansford, J., Britner, P., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbing, E., **Steinberg, L.**, . . . Deater-Deckard, K. (2022). Effects of parental acceptance-rejection on children's internalizing and externalizing behaviors: A longitudinal, multicultural study. *Journal of Child and Family Studies*, *39*, 29-47.

Sayer, K., Zhang, X., **Steinberg, L.**, & Belsky, J. (2022). Parenting, peers and psychosocial adjustment: Are the same—or different—children affected by each? *Journal of Youth and Adolescence*, *51-* 443-457.

Skinner, A., Çiftçi, L. Jones, S., Klotz, E., Ondrušková, T., Lansford, J., Alampay, L., Al-Hassan, S., Bacchini, D., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Gurdal, S., Liu, Q., Long, Q., Oburu, P., Pastorelli, C., Sorbring, E., Tapanya, S., **Steinberg, L**., Uribe Tirado, L., & Yotanyamaneewong, S. (2022). Adolescent positivity and future orientation, parental psychological control, and young adult internalising behaviours during COVID-19 in nine countries. *Social Sciences, 11*, 75.

Vaughan, E., Speck, J., Frick, P., Robertson, E., Ray, J., Thornton, L., Wall Myers, T., **Steinberg, L.**, & *Cauffman, E. (2022). Longitudinal Associations of parental monitoring and delinquent peer affiliation: The potential influence of parental solicitation and control. *Journal of Adolescence*, *94*, 656-666.

Zietz, S., Cheng, E, Lansford, J., Deater-Deckard, K., Di Giunta, L., Dodge, K., Gurdal, S., Liu, Q., Long, Q., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.**, Tapanya, S., Tirado, L., Yotanyamaneewong, S., Alampay, L., Al-Hassan, S., Bacchini, D., Chang, L., Bornstein, M. (2022). Positive parenting, adolescent adjustment, and quality of adolescent diet in nine countries. *Journal of Adolescence*, *94*, 1130-1131.

Zietz, S., Lansford, J. E., Liu, Q., Long, Q., Oburu, P., Pastorelli, C., Sorbring, E., Skinner, A. T., **Steinberg, L.**, Tapanya, S., Uribe Tirado, L. M., Yotanyamaneewong, S., Alampay, L. P., Al-Hassan, S.M., Bacchini, D., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K. A., Gurdal, S. (2022) A longitudinal examination of the family stress model of economic hardship in seven countries. *Children and Youth Services Review, 143,* 106661.

2021

Andersen, S., **Steinberg, L.**, & Belsky, J. (2021). Beyond early years vs. adolescence: The interactive effects of adversity in both periods on life-course development. *Developmental Psychology*. 57, 1958–1967.

Beardslee, J., Kan, E., Simmons, C., Pardini, D., Peniche, M., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2021). A within-individual examination of the predictors of gun carrying during adolescence and young adulthood among young men. *Journal of Youth and Adolescence*, *50*, 1952-1969.

*Cauffman, E., Beardslee, J., Fine, A., Frick, P., & **Steinberg, L.** (2021). Crossroads in juvenile justice: The impact of initial processing decision on youth five years after first arrest. *Development and Psychopathology*, 33, 700-713.

Chang, L., Liu, Y. Y., Lu, H. J., Lansford, J. E., Bornstein, M. H., **Steinberg, L.**, Deater-Deckard, K., Rothenberg, A.W., Skinner, A. T., & Dodge, K. A. (2021). Slow life history strategies and increases in externalizing and internalizing problems during the COVID-19 pandemic. *Journal of Research on Adolescence*, *31*, 595-607.

Di Giunta, L., *Duell, N., **Steinberg, L.**, Lansford, J. E., Eisenberg, N., Iselin, A. M. R., ... & Gliozzo, G. (2021). Cross-national associations among feedback sensitivity and emotion regulation on preadolescents' school performance. In *EduLearn 21 Proceedings: 13th International Conference on Education and New Learning Technologies Online Conference. 5-6 July, 2021.* (pp. 2579-2580). IATED Academy.

Duckworth, A., Kautz, T., Defnet, A., Satlof-Bedrick, E., Talamas, S., Lira, B., & **Steinberg, L.** (2021) Students attending school remotely suffer socially, emotionally, and academically. *Educational Researcher*, *50*, 479-482.

*Duell, N., & **Steinberg, L.** (2021). Adolescents take positive risks, too. *Developmental Review*, *62*, 100984.

Fine, A., Amemiya, J., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2021). Perceptions of police legitimacy and bias and from ages 13 to 22 among Black, Latino, and White justice-involved males. *Law & Human Behavior, 45*, 243-255.

Kan, E., Knowles, A., Peniche, M., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2021). Neighborhood disorder and risk-taking among justice-involved youth: The mediating role of life expectancy. *Journal of Research on Adolescence*, *31*, 282-298.

Kitzmiller, M.K., Cavanagh, C., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2021). Parental incarceration and the mental health of juvenile offenders: The moderating role of neighborhood disorder. *Psychology, Public Policy, and Law, 27*, 256-267.

Knowles, A., Rowan, Z., **Steinberg, L.**, Frick, P., & *Cauffman, E. (2021). Evading detection during adolescence: The role of criminal capital and psychosocial factors. *Justice Quarterly*, 38, 249-275.

Lansford, J. E., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K. A., Malone, P., Oburu P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.**, . . . Bornstein, M. H. (2021). International collaboration in the study of positive youth development. In R. Dimitrova & N. Wiium (Eds.), *Handbook of positive youth development: Advancing research, policy and practice in global contexts* (pp. 285-208). New York: Springer.

Lansford, J. E., Rothenberg, W. A., Riley, J., Uribe Tirado, L. M., Yotanyamaneewong, S., Alampay, L. P., . . . **Steinberg, L.** (2021). Longitudinal trajectories of four domains of parenting in relation to adolescent age and puberty in nine countries. *Child Development*, *92*, e493-e512.

Lansford, J. E., Rothenberg, W. A., Tapanya, S., Uribe Tirado, L. M., Yotanyamaneewong, S., Alampay, L. P., . . . **Steinberg, L.** (2021). Achieving the sustainable development goals: Evidence from the longitudinal Parenting Across Cultures project. In P. Banati (Ed.), *Sustainable human development: Evidence from longitudinal studies in childhood and adolescence*. Bristol, UK: Bristol University Press.

Lansford, J., Zeitz, S., Al-Hassan, S/. Bacchini, D., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Gurdal, S., Liu, Q., Long, Q., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., Tapanya, S., **Steinberg, L.**, Tirado, L., Yotanyamaneewong, S., & Alampay, L. (2021). Culture and social change in mothers' and fathers' individualism, collectivism, and parenting attitudes. *Social Sciences*, *10*, 459.

*Morris, A. S., Ratliff, E. L., Cosgrove, K. T., & **Steinberg, L.** (2021). We know even more things: A decade review of parenting research. *Journal of Research on Adolescence*, *31*, 870-888.

Padgaonkar, N., Baker, A., Dapretto, M., Galván, A., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2021). Exploring disproportionate minority contact in the juvenile justice system over the year following first arrest. *Journal of Research on Adolescence*, *31*, 317-334.

Pastorelli, C., Zuffianò, A., Lansford, J., Thartori, E., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Gurdal, S., Liu, Q., Long, Q., Skinner, A., Sobring, E., **Steinberg, L.**, . . . Bacchini, D. (2021). Positive youth development: Parental warmth, values, and prosocial behavior in 11 cultural groups. *Journal of Youth Development*, *16*, 379-401.

Steinberg, Laurence                                                          10

Robertson, E., Frick, P., Ray, J., Thornton, L., Wall Myers, T., **Steinberg, L.**, & *Cauffman, E. (2021). Do callous-unemotional traits moderate the effects of the juvenile justice system on later offending behavior? *Journal of Child Psychology and Psychiatry, 62*, 212-222.

Rosenbaum, G., Venkatraman,V., **Steinberg, L.**, & Chein, J., (2021). Do adolescents always take more risks than adults? A within-subjects developmental study of context effects on decision making and processing. *PLoS One, 16*, e0255102.

Rothenberg, W.A., Malti, T., Roisman, G., Lansford, J., Bornstein, M., Tirado, L., . . . **Steinberg, L.** (2021). Cross-cultural associations of four parenting behaviors with child flourishing: Examining cultural specificity and commonality in cultural normativeness and intergenerational transmission processes. *Child Development, 92*, e1138-e1153.

Rothenberg, W.A., Zietz, S.,  Lansford, J., Bornstein, M., Deater-Deckard, K., Dodge, K., . . . **Steinberg, L.** (2021). Four domains of parenting in three ethnic groups in the United States. In J. Lansford, W.A. Rothenberg, & M. Bornstein (Eds.), *Parenting across cultures from childhood to adolescence: Development in nine countries* (pp. 193-226). New York: Routledge.

*Shulman, E., Beardslee, J., Fine, A., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2021). Exposure to gun violence: Associations with anxiety, depressive symptoms, and aggression among male juvenile offenders. *Journal of Clinical Child and Adolescent Psychology, 50*, 353-366.

Simmons, C., Kan, E., Simpkins, S., Datta, S., **Steinberg, L.**, Frick, P., & *Cauffman, E. (2021). Assessing the association between participation in extracurricular activities and delinquent behavior among justice-involved young men. *Journal of Research on Adolescence, 31*, 335-350.

Skinner, A. T., Godwin, J., Alampay, L. P., Lansford, J. E., Bacchini, D., Bornstein, M. H., Deater-Deckard, K., Di Giunta, L., Dodge, K. A., Gurdal, S., Pastorelli, C., Sorbring, E., **Steinberg, L.**, Tapanya, S., & Yotanyamaneewong, S. (2021). Parent–adolescent relationship quality as a moderator of links between COVID-19 disruption and reported changes in mothers' and young adults' adjustment in five countries. *Developmental Psychology, 57*, 1648–1666.

Vaughan, E., Frick, P., Ray, J., Robertson, E., Thornton, L., **Steinberg, L.**, & *Cauffman, E. (2021). The associations of maternal warmth and hostility with prosocial and antisocial outcomes in justice-involved adolescents. *Developmental Psychology, 57*, 2179-2191.

2020

*Albert, W., Hanson, J., Skinner, A., Dodge, K., **Steinberg, L.**, Deater-Deckard, K. . . . Lansford, J. (2020). Individual differences in executive function partially explain the socioeconomic gradient in middle-school academic achievement. *Developmental Science, 5*, e12937.

Chen, D., Strang, J., Kobuck, V., Rosenthal, S., Wallen, K., Waber, D., **Steinberg, L.**, . . . Garafalo, R. (2020) Consensus parameter: Research methodologies to evaluate neurodevelopmental effects of pubertal suppression in transgender youth. *Transgender Health, 5*, 246-257.

Di Giunta, L., Rothenberg, W.A., Lunetti, C. Lansford, J., Pastorelli, C., Eisenberg, N., Thartori, E., Basili, E., Favini, A., Al-Hassan, S.,  Yotanyamaneewong, S., Alampay, L., Bacchini, D., Bornstein, M., Chang, L., Deater-Deckard, K., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.**, . . . Tirado, L. (2020). Longitudinal associations between mothers' and fathers' anger/irritability expressiveness, harsh parenting, and adolescents' socioemotional functioning in nine countries. *Developmental Psychology, 56*, 458–474.

*Duell, N., & **Steinberg, L.** (2020). Differential correlates of positive and negative risk taking in adolescence. *Journal of Youth and Adolescence, 49*, 1162-1178.

Kan E., Beardslee J., Frick P., **Steinberg, L.**, & *Cauffman, E. (2020). Marijuana use among justice-involved youth after California state-wide legalization, 2015-2018. *American Journal of Public Health, 110*, 1386-1392.

Steinberg, Laurence                                                                11

Kapetanovic, S., Rothenberg, W. A., Lansford, J. E., Bornstein, M. H., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Gurdal, S., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.,** . . . Bacchini, D. (2020). Cross-cultural examination of links between parent-adolescent communication and adolescent psychological problems in 12 cultural groups. *Journal of Youth and Adolescence, 49*, 1225-1244.

Knowles, A., Rinehart, J., **Steinberg, L.,** Frick, A., & *Cauffman, E. (2020). Risky sexual behavior among arrested adolescent males: The role of future expectations and impulse control. *Journal of Research on Adolescence, 30*, 562-579.

Lansford, J. E., Zietz, S., Bornstein, M. H., Deater-Deckard, K., Di Giunta, L., Dodge, K. A., Gurdal, S., Liu, Q., Long, Q., Malone, P. S., Oburu, P., Pastorelli, C., Skinner, A. T., Sorbring, E., **Steinberg, L.,** . . . Chang, L. (2020). Opportunities and peer support for aggression and delinquency during adolescence in nine countries. *New Directions for Child and Adolescent Development, 2020*, 73-88.

Matlasz, T., Frick, P., Robertson, E., Ray, J., Thornton, L., Wall Myers, T., **Steinberg, L.,** & *Cauffman, E. (2020). Does self-report of aggression after first arrest predict future offending and do the forms and functions of aggression matter? *Psychological Assessment*; 32, 265-276

Robertson, E., Frick, P., Walker, T., Kemp, E., Ray, J., Thornton, L., Wall Myers, T., **Steinberg, L.,** & *Cauffman, E. (2020). Callous-unemotional traits and risk of gun carrying and use during crime. *American Journal of Psychiatry, 177*, 827-833.

Rothenberg, W. A., Lansford, J., Alampay, L., Al-Hassan, S., Bacchini, D., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.,** . . . Yotanyamaneewong, S. (2020). Examining effects of mother and father warmth and control on child externalizing and internalizing problems from age 8 to 13 in nine countries. *Development and Psychopathology, 32*, 1113-1137.

Rothenberg, W. A., Lansford, J., Al-Hassan, S., Bacchini, D., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.,** . . . Alampay, L. P. (2020). Examining effects of parent warmth and control on internalizing behavior clusters from age 8 to 12 in 12 cultural groups in nine countries. *Journal of Child Psychology and Psychiatry, 61*, 436-446.

Rothenberg, W. A., Lansford, J., Bacchini, D., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.,** . . . Al-Hassan, S. (2020). Cross-cultural effects of parent warmth and control on aggression and rule-breaking from ages 8-13. *Aggressive Behavior, 46*, 327-340.

Rothenberg, W. A., Lansford, J., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.,** . . . Bacchini, D. (2020). Effects of parental warmth and behavioral control on adolescent externalizing and internalizing trajectories across cultures. *Journal of Research on Adolescence, 30*, 835-855.

Rothenberg, W. A., Lansford, J., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.,** . . . Bornstein, M. (2020). Examining the internalizing pathway to substance use frequency in 10 cultural groups. *Addictive Behaviors, 102,* 106214.

Schenck-Fontaine, A., Lansford, J., Skinner, A., Deater-Deckard, K., Di Giunta, L., Dodge, K., Oburu, P., Pastorelli, C., Sorbring, E., **Steinberg, L.,** . . . Chang, L. (2020). Associations between perceived material deprivation, parents' discipline practices, and children's behavior problems: An international perspective. *Child Development, 91*, 307-326.

*Silva, K., Chein, J., & **Steinberg, L.** (2020). The influence of romantic partners on male risk taking. *Journal of Social and Personal Relationships, 37*, 1405-1415.

Steinberg, Laurence                                                          12

Simmons, C., Fine, A., Knowles, A., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2020). The relation between callous-unemotional traits, psychosocial maturity, and delinquent behavior among justice-involved youth. *Child Development*, *91*, e120-e133.

Walker, T., Robertson, E., Frick, P., Ray, J., Thornton, L., Myers, T., **Steinberg, L.**, & *Cauffman, E. (2020). Relationships among callous-unemotional traits, future orientation, optimism, and self-esteem in justice involved adolescents. *Journal of Child and Family Studies*, *29*, 2434-2442.

2019

Beardslee, J., Miltimore, S., Fine, A., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2019). Under the radar or under arrest: How does adolescent boys' first contact with the juvenile justice system affect later offending? *Law and Human Behavior*, *43*, 342-357.

Chang, L., Lu, H., Lansford, J. E., Bornstein, M. H., **Steinberg, L.**, Chen, B., . . . Yotanyamaneewong, S. (2019). External environment and internal state in relation to life history behavioral profiles of adolescents in nine countries. *Proceedings of the Royal Society B: Biological Sciences*, *286*, 20192097

Chang, L., Lu, H., Lansford, J., Skinner, A., Bornstein, M., **Steinberg, L.** . . . Topanya, S. (2019). Environmental harshness and unpredictability, life history, and social and academic behavior of adolescents in nine countries. *Developmental Psychology*, *55*, 890-903.

Deater-Deckard, K., Godwin, J., Lansford, J., Tirado, L., Yotanyamaneewong, S., Alampay, L. P., Al-Hassan, S., Bacchini, D., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.**, & Tapanya, S. (2019). Chaos, danger, and maternal parenting in families: Links with adolescent adjustment in low- and middle-income countries. *Developmental Science*, *22*, e12855.

*Duell, N., & **Steinberg, L.** (2019). Positive risk taking in adolescence. *Child Development Perspectives*, *13*, 48-52.

*Icenogle, G., **Steinberg, L.**, *Duell, N., Chein, J., Chang, L., Chaudary, N., . . . Bacchini, D. (2019). Adolescents' cognitive capacity reaches adult levels prior to their psychosocial maturity: Evidence for a "maturity gap" in a multinational sample. *Law and Human Behavior*, *43*, 69-85.

Lansford, J. E., Malone, P. S., Tapanya, S., Uribe Tirado, L. M., Zelli, A., Alampay, L. P., . . . **Steinberg, L.** (2019). Household income predicts trajectories of child internalizing and externalizing behavior in high-, middle-, and low-income countries. *International Journal of Behavioral Development*, *43*, 74-79.

Li, M., Lauharatanahirun, N., **Steinberg, L.**, King-Casas, B., Kim-Spoon, J., & Deater-Deckard, K. (2019). Longitudinal link between trait motivation and risk-taking behaviors via neural risk processing. *Developmental Cognitive Neuroscience*, *40*, 100725.

*Palitz, S., Rifkin, L., Norris, L., Knepley, M., Fleischer, N., **Steinberg, L.**, & Kendall, P. (2019). But what will the results be?: Learning to tolerate uncertainty is associated with treatment-produced gains. *Journal of Anxiety Disorders, 68*, 102146.

Ray, J., Frick, P., Thornton, L., Myers, T., **Steinberg, L.**, & *Cauffman, E. (2019). Estimating and predicting the course of callous-unemotional traits in first-time adolescent offenders. *Developmental Psychology*, *55*, 1709-1719.

Scott, E., & **Steinberg, L.** (2019). In defense of developmental science in juvenile sentencing: A response to Christopher Berk. *Law and Social Inquiry*, *44*, 780-786.

*Sherman, L., Rosenbaum, G., *Smith, A., Botdorf, M., Fettich, K., Patrianakos, J., McCloskey, M., **Steinberg, L.**, & Chein, J. (2019). The interactive effects of peers and alcohol on functional brain connectivity in young adults. *Neuroimage*, *197*, 264-272.

Steinberg, Laurence                                                        13

Simmons, C., Rowan, Z., Knowles, A., **Steinberg, L.**, Frick, P., & *Cauffman, E. (2019). A life history approach to understanding juvenile offending and aggression. *Aggression and Violent Behavior, 49*, 101317 (published online only).

Skinner, A., Lansford, J., Bornstein, M., Deater-Deckard, K., Dodge, K., Malone, P., & **Steinberg, L.** (2019). Education and parenting in the United States. In E. Sorbring & J. Lansford (Eds.) S*chool systems, parent behavior, and academic achievement: An international perspective*, pp. 123-138. New York: Springer.

**Steinberg, L.** (2019). Raging hormones. In R. Sternberg (Ed.), *My biggest research mistake: Adventures and misadventures in psychological research*, pp. 66-69. Sage: Thousand Oaks, CA.

**Steinberg, L.**, & *Icenogle, G. (2019). Using developmental science to distinguish adolescents and adults under the law. *Annual Review of Developmental Psychology*, *1*, 21-40

Thornton, L., Frick, P., Ray, J., Meyers, T., **Steinberg, L.**, & *Cauffman, E. (2019). Risky sex, drugs, sensation seeking, and callous-unemotional traits in justice-involved adolescent males. *Journal of Clinical Child and Adolescent Psychology*, *48*, 68-79.

Walsh, H., Meyers, T., Ray, J., Frick, P., Thornton, L., **Steinberg, L.**, & *Cauffman, E. (2019). Perceptions of police-juvenile contact predicts self-reported offending in adolescent males. *Psychology, Crime, and Law, 25*, 963-976.

2018

*Ammerman, B., **Steinberg, L.**, & McCloskey, M. (2018). Risk-taking behavior and suicidality: The unique role of adolescent drug use. *Journal of Clinical Child and Adolescent Psychology*, *47*, 131-141.

*Breiner, K., Li, A.., Cohen, A., **Steinberg, L.**, Bonnie, R., Taylor-Thompson, K., . . . Galvan, A. (2018). Combined effects of peer presence, social cues and rewards on cognitive control in adolescents. *Developmental Psychobiology*, *60*, 292-302.

Bersani, B., Fine, A., *Cauffman, E., **Steinberg, L.**, Frick, P., & Piquero, A. (2018). Investigating the offending histories of undocumented immigrants. *Migration Letters*, *15*, 147-156.

Deater-Deckard, K., Godwin, J., Lansford, J., Bacchini, D., Bombi, A., Bornstein. M., Chang, L., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.** . . Al-Hassan, S. (2018). Within- and between-person and group variance in behavior and beliefs. *Journal of Adolescence*, *62*, 207-217.

*Duell, N., *Icenogle, G., Chein, J., **Steinberg, L.**, Banich, M., . . . Chaudhary, N. (2018). A cross-sectional examination of response inhibition and working memory on the Stroop task *Cognitive Development*, *47*, 19-31.

*Duell, N., **Steinberg, L.**, *Icenogle, G., Chein, J., Chaudhary, N., Di Giunta, L., . . . Chang, L. (2018). Age patterns in risk taking across the world. *Journal of Youth and Adolescence*, *47*, 1052-1072. [Correction published February 28, 2019].

Fine, A., Simmons, C., Miltimore, S., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2018). The school experiences of male adolescent offenders: Implications for academic performance and recidivism. *Crime & Delinquency, 64*, 1326-1350.

Fine, A., Wolff, K. T., Baglivio, M. T., Piquero, A. R., Frick, P. J., **Steinberg, L.**, & Cauffman, E. (2018). Does the Effect of Justice System Attitudes on Adolescent Crime Vary Based on Psychosocial Maturity?. *Child Development*, *89*, e468–e479.

Harden, K.P., Mann, F., Grozinger, A., Patterson, M., **Steinberg, L.**, Tackett, J., & Tucker-Drob, E. (2018). Developmental differences in reward sensitivity and sensation seeking in adolescence: Testing sex-specific associations with gonadal hormones and pubertal development. *Journal of Personality and Social Psychology: Personality Processes and Individual Differences, 115*, 151-178.

Steinberg, Laurence                                                          14

Lansford, J., Godwin, J., Al-Hassan, S., Bacchini, D., Bornstein, M. H., Chang, L., Chen, X., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.**, . . . Zelli, A. (2018).  Longitudinal associations between parenting and youth adjustment in twelve cultural groups: Cultural normativeness of parenting as a moderator. *Developmental Psychology*, *54*, 362-377.

Lansford, J., Godwin, J., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.**, . . . Bacchini, D. (2018). Parenting, culture, and the development of externalizing behaviors from age seven to 14 in nine countries. *Development and Psychopathology*, 30, 1937-1958.

Lansford, J., Rothenberg, W. A., Jensen, T., Lippold, M., Bacchini, D., Bornstein, M., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.**, . . . Al-Hassan, S. (2018). Bidirectional relations between parenting and behavior problems from age 8 to 13 in nine countries. *Journal of Research on Adolescence*, *28*, 571-590.

Last, B., Lawson, G., *Breiner, K., **Steinberg, L.**, & Farah, M. (2018). Childhood socioeconomic status and executive function in childhood and beyond. *PLoS One, 24*, e0202964.

Mahler, A., Fine, A., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2018). Expecting the unexpected? Expectations for future success among adolescent first-time offenders. *Child Development*, *89*, 535-551.

Robertson, E., Frick, Ray, J., Thornton, L., Meyers, T., P., **Steinberg, L.**, & *Cauffman, E. (2018). The associations among callous-unemotional traits, worry, and aggression in justice involved adolescent boys. *Clinical Psychological Science, 6*, 671-684.

Rosenbaum, G., Venkatraman, V., **Steinberg, L.**, & Chein, J. (2018). The influences of described and experienced information on adolescent risky decision making. *Developmental Review*, *47*, 23-43.

Scott, E., *Duell, N., & **Steinberg, L.** (2018). Brain development, social context, and justice policy. *Washington University Journal of Law and Policy*, *57*, 13-74.

*Sherman, L., **Steinberg, L.**, & Chein, J. (2018). Connecting brain responsivity and real-world risk taking: Strengths and limitations of current methodological approaches. *Developmental Cognitive Neuroscience*, *33*, 27-41.

Simmons, C., **Steinberg, L.**, Frick, P., & *Cauffman, E. (2018). The differential influence of absent and harsh fathers on juvenile delinquency. *Journal of Adolescence*, *62*, 9-17.

*Smith, A., Rosenbaum, G., Botdorf, M., **Steinberg, L.**, & Chein, J. (2018). Peers influence adolescent reward processing, but not response inhibition. *Cognitive, Affective, and Behavioral Neuroscience, 18*, 284-295.

**Steinberg, L.** (2018). Regulating our enthusiasm for self-regulation interventions. (Editorial). *JAMA Pediatrics*, *172*, 520-522.

**Steinberg, L.**, *Icenogle, G., *Shulman, E., *Breiner, K., Chein, J., Bacchini, D., . . . Takash, H. (2018). Around the world, adolescence is a time of heightened sensation seeking and immature self-regulation. *Developmental Science*, *21*, 1-13.

Thomas, A., Ozbardakci, N., Fine, A., **Steinberg, L.**, Frick, P., & *Cauffman, E. (2018). Effects of physical and emotional maternal hostility on adolescents' depression and reoffending. *Journal of Research on Adolescence*, *28*, 427-437.

Wall Myers, T., Salcedo, Frick, P., Ray, J., Thornton, L., **Steinberg, L.**, & *Cauffman, E. (2018). Understanding the link between exposure to violence and aggression in justice-involved adolescents. *Development and Psychopathology*, *30*, 593-603.

2017

Bornstein, M. H., Putnick, D. L., Lansford, J. E., Al-Hassan, S. M., Bacchini, D., Bombi, A. S., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Skinner, A., Sorbring, E., **Steinberg, L.**, . . . Alampay, L. P. (2017). "Mixed blessings": Religiousness, parenting, and child adjustment in global perspective. *Journal of Child Psychology and Psychiatry*, *58*, 880-892.

Botdorf, M., Rosenbaum, G., Patrianakos, J., **Steinberg, L.**, & Chein, J. (2017). Adolescent risk-taking is predicted by individual differences in cognitive control over emotional, but not non-emotional, response conflict. *Cognition and Emotion, 31*, 972-979.

Daryanani, I., Hamilton, J., MacArthur, B., **Steinberg, L.**, Abramson, L., & Alloy, L. (2017). Cognitive vulnerabilities to depression for adolescents in single-mother and two-parent families. *Journal of Youth and Adolescence*, *46*, 213-227.

Fine, A., Cavanagh, C., Donley, S., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2017). Is the effect of justice system attitudes on recidivism stable after youths' first arrest? Race and legal socialization among first-time youth offenders. *Law and Human Behavior, 41*, 146-158.

Fine, A., Cavanagh, C., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2017). Can probation officers identify remorse among male adolescent offenders? *Psychological Assessment*, *29*, 754-761

Fine, A., Donley, S., Cavanagh, C., Miltimore, S., **Steinberg, L.**, Frick, P., & *Cauffman, E. (2017). And justice for all: Determinants and effects of probation officers' processing decisions regarding first-time juvenile offenders. *Psychology, Public Policy, and Law, 23*, 105-117.

Fine, A., Mahler, A., **Steinberg, L.**, Frick, P., & *Cauffman, E. (2017). Individual in context: The role of impulse control on the association between the home, school, and neighborhood developmental contexts and adolescent delinquency. *Journal of Youth and Adolescence, 46*, 1488-1502.

Harden, K., Kretsch, N., Mann, F., Herzhoff, Tackett, J., **Steinberg, L.**, & Tucker-Drob, E. (2017). Beyond dual systems: Four heritable dimensions underlie behavioral and self-report measures of self-control in adolescence. *Developmental Cognitive Neuroscience*, 25, 221-234.

*Icenogle, G., **Steinberg, L.**, Olino, T., *Shulman, E., Chein, J., Alampay, L., . . .Tirado, L. (2017). Puberty predicts approach but not avoidance on the Iowa Gambling Task in a multinational sample. *Child Development*, *88*, 1598-1614.

Lansford, J., Al-Hassan, S., Bacchini, D., Bornstein, M., Chang, L., Chen, B., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Skinner, A., Pastorelli, C., Sorbring, E., **Steinberg, L.**, . . . Zelli, A. (2017). Parenting and positive adjustment for adolescents in nine countries. In R. Dimitrova (Ed.), *Well-being of youth and emerging adults across cultures*, pp. 235-248. New York: Springer.

Lansford, J. E., Godwin, J., Bornstein, M. H., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Skinner, A., Pastorelli, C., Sorbring, E., **Steinberg, L.**, . . . Bacchini, D. (2017). Reward sensitivity, impulse control, and social cognition as mediators of the link between childhood family adversity and externalizing behavior in eight countries. *Development and Psychopathology, 29,* 1675-1688.

Mahler A., Simmons, C., Frick, P., **Steinberg, L.**, & *Cauffman, E. (2017). Aspirations, expectations and delinquency: The moderating effect of impulse control. *Journal of Youth and Adolescence*, *46*, 1503-1514.

Ray, J., Frick, P., Thornton, L., Wall, T., **Steinberg, L.**, & *Cauffman, E. (2017). Callous-unemotional traits predict self-reported offending in adolescent boys: The mediating role of delinquent peers and the moderating role of parenting practices. *Developmental Psychology*, *53*, 319-328.

Rhodes, E., Devlin, K., **Steinberg, L.**, & Giovannetti, T. (2017). Grit in adolescence is protective of late-life cognition: Non-cognitive factors and cognitive reserve. *Journal of Aging, Neuropsychology, and Cognition*, *24*, 321-332.

Rosenbaum, G., Botdorf, M., Patrianakos, J., **Steinberg, L.**, & Chein, J. (2017). Working memory training in adolescents decreases laboratory risk taking in the presence of peers. *Journal of Cognitive Enhancement*, *1*, 513-525.

Rudolph, M., Miranda-Dominguez, O., Cohen, A., *Breiner, K., **Steinberg, L.**, . . . Fair, D. (2017). At risk of being risky: The relationship between "brain age" under emotional states and risk preference. *Developmental Cognitive Neuroscience*, *24*, 93-106.

*Shulman, E., *Monahan, K., & **Steinberg, L.** (2017). Severe violence during adolescence and early adulthood and its relation to anticipated rewards and costs. *Child Development*, *88*, 16-26.

*Silva, K., Patrianakos, J., Chein, J., & **Steinberg, L.** (2017). Joint effects of peer pressure and fatigue on risk and reward processing in adolescence. *Journal of Youth and Adolescence*, *46*, 1878-1890.

Skinner, A. T., Sorbring, E., Gurdal, S., Lansford, J. E., Bornstein, M. H., Chang, L., Deater-Deckard, K., Di Giunta, L., Dodge, K., Malone, P., Oburu, P., Pastorelli, C., Sorbring, E., **Steinberg, L.**, . . . Bombi, A. S. (2017). Cross-national collaboration in the study of parenting and child adjustment. In G. Egloff (Ed.), *Child-rearing: Practices, attitudes and cultural differences*, pp. 1-19. Hauppauge, NY: Nova Science Publishers.

**Steinberg, L.** (2017). Adolescent brain science and juvenile justice policymaking. *Psychology, Public Policy, and Law*, *23*, 410-420.

2016

Cohen, A., *Breiner, K., **Steinberg, L.**, Bonnie, R., Scott, E., Taylor-Thompson, K., . . . Casey, B.J. (2016). When is an adolescent an adult? Assessing cognitive control in emotional and non-emotional contexts. *Psychological Science*, *4*, 549-562. (Corrigendum. *Psychological Science, 28*, 399-402.)

*Duell, N., *Icenogle, G., & **Steinberg, L.** (2016). Adolescent decision making and risk taking. In L. Balter & C. Tamis-Lemonda (Eds.), *Child psychology: A handbook of contemporary issues* (pp. 263-284). New York: Routledge.

*Duell, N., **Steinberg, L.**, Chein, J., Al-Hassan, S., Bacchini, D., Chang, L., . . . Alampay, L. (2016). Interaction of reward seeking and self-regulation in the prediction of risk taking: A cross-national test of the dual systems model. *Developmental Psychology*, *52*, 1593-1605.

Fanti, K., Kimonis, E., Hadjicharalambous, M., & **Steinberg, L.** (2016). Do neurocognitive deficits in decision making differentiate conduct disorder subtypes? *European Child & Adolescent Psychiatry*, *25*, 989-996.

Fine, A., Cavanagh, C., Donley, S., **Steinberg, L.**, Frick, P., & *Cauffman, E. (2016). The role of peer arrests in the development of youths' attitudes towards the justice system. *Law and Human Behavior, 40*, 211-218.

Fine, A., **Steinberg, L.**, Frick, P., & *Cauffman, E. (2016). Self-control assessments and implications for predicting adolescent offending. *Journal of Youth and Adolescence*, *45*, 701-712.

Kern, M., Benson, L., Larson, E., Bevans, K., Forrest, C., & **Steinberg, L.** (2016). The Anatomy of Developmental Predictors Of Healthy Lives Study (TADPOHLS). *Journal of Applied Developmental Psychology, 20*, 135-145.

Kern, M., Benson, L., Steinberg, E.,* & **Steinberg, L.** (2016). The EPOCH measure of adolescent well-being. *Psychological Assessment*, *5*, 586-597.

Kim-Spoon, J., Kahn, R., Deater-Deckard, K., Chiu, P., **Steinberg, L.**, & King-Casas, B. (2016). Risky decision making in a laboratory driving task is associated with health risk behaviors during late adolescence but not adulthood. *International Journal of Behavioral Development*, *40*, 58-63.

Lansford, J., Bornstein, M., Deater-Deckard, K., Dodge, K., Al-Hassan, S., Bacchini, D., . . . Zelli, A. (2016). How international research on parenting advances understanding of child development. *Child Development Perspectives*, *10*, 202-207.

*Monahan, K., Guyer, A., *Silk, J., Fitzwater, T., & **Steinberg, L.** (2016). Integration of developmental neuroscience and contextual approaches to the study of adolescent psychopathology. In D. Cicchetti (Ed.), *Developmental psychopathology* (3rd ed., pp. 720-765). New York: Wiley.

Ray, J., Frick, P., Thornton, L., **Steinberg, L.**, & *Cauffman, E. (2016). Impulse control and callous-unemotional traits distinguish patterns of delinquency and substance use in justice involved adolescents: Examining the moderating role of neighborhood context. *Journal of Abnormal Child Psychology*, *44*, 599-611.

Ray, J., Frick, P., Thornton, L., **Steinberg, L.**, & *Cauffman, E. (2016). Positive and negative item wording and its influence on the assessment of callous-unemotional traits. *Psychological Assessment,* 28, 394-404.

Scott, E., Grisso, T., Levick, M., & **Steinberg, L.** (2016). Juvenile sentencing reform in a constitutional framework. *Temple Law Review*, *88*, 675-715.

Scott, E., Bonnie, R., & **Steinberg, L.** (2016). Young adulthood as a transitional legal category: Science, social change, and justice policy. *Fordham Law Review*, *85*, 641-666.

*Shulman, E., Harden, K., Chein, J., & **Steinberg, L.** (2016). The development of impulse control and sensation-seeking in adolescence: Independent or interdependent processes? *Journal of Research on Adolescence*, *26*, 37-44.

*Shulman, E., *Smith, A., *Silva, K., *Icenogle, G., *Duell, N., Chein, J., & **Steinberg, L.** (2016). The dual systems model: Review, reappraisal, and reaffirmation. *Developmental Cognitive Neuroscience, 17*, 103-117.

*Shulman, E., & **Steinberg, L.** (2016). Human development and juvenile justice. In K. Heilbrun, D. DeMatteo, & N. Goldstein (Eds.), *APA handbook of psychology and juvenile justice* (pp. 69-90). Washington: APA Books.

*Silva, K., Chein, J., & **Steinberg, L.** (2016). Adolescents in peer groups make more prudent decisions when a slightly older adult is present. *Psychological Science*, *27,* 322-330.

*Silva, K., Shulman, E., Chein, J., & **Steinberg, L.** (2016). Peers increase late adolescents' exploratory behavior and sensitivity to positive and negative feedback. *Journal of Research on Adolescence*, *26,* 696-705.

**Steinberg, L.** (2016). Commentary on Special Issue on the Adolescent Brain: Redefining adolescence. *Neuroscience and Biobehavioral Reviews*, *70*, 343-346.


2015


*Cauffman, E., *Shulman, E.,  Bechtold, J., & **Steinberg, L.** (2015). Children and the law. In R. M. Lerner (Series Ed.) & M. Bornstein & T. Leventhal (Vol. Eds.), *Handbook of child psychology and developmental science* (7th ed.). *Volume 4: Ecological settings and processes in developmental systems* (pp. 616-653). New York: Wiley.

Duckworth, A., & **Steinberg, L.** (2015). Unpacking self-control. *Child Development Perspectives*, *9*, 32-37.

*Monahan, K., **Steinberg, L.**, & Piquero, A. (2015). Juvenile justice policy and practice: A developmental perspective. *Crime and Justice, 44*, 577-619.

*Shulman, E., Harden, K., Chein, J., & **Steinberg, L.** (2015). Sex differences in the developmental trajectories of impulse control and sensation-seeking from early adolescence to early adulthood. *Journal of Youth and Adolescence*, *44*, 1-17.

Smith, A.,* **Steinberg, L.**, Strang, N.,* & Chein, J. (2015). Age differences in the impact of peers on adolescents' and adults' neural response to reward. *Developmental Cognitive Neuroscience*, *11*, 75-82.

**Steinberg, L.** (2015). The neural underpinnings of adolescent risk-taking: The roles of reward-seeking, impulse control and peers. In G. Oettingen & P. Gollwitzer (Eds.), *Self regulation in adolescence*. (pp. 173-192). New York: Cambridge University Press.

**Steinberg, L.** (2015). How to improve the health of American adolescents. *Perspectives on Psychological Science*, *10*, 711-715.

**Steinberg, L.**, *Cauffman, E., & *Monahan, K. (2015). Psychosocial maturity and desistance from crime in a sample of serious juvenile offenders. *Juvenile Justice Bulletin, March,* 1-12.

**Steinberg, L.**, & Chein, J. (2015). Multiple accounts of adolescent impulsivity. *PNAS*, *112*, 8807-8808.

Thornton, L., Frick, P., *Shulman, E., Ray, J., **Steinberg, L.**, & *Cauffman, E. (2015). Callous-unemotional traits and adolescents' role in group crime. *Law and Human Behavior*, *39*, 368-377.

2014

*Dmitrieva, J., Gibson, L., **Steinberg, L.**, Piquero, A., & Fagan, J. (2014). Predictors and consequences of gang membership: comparing gang members, gang leaders, and non-gang-affiliated adjudicated youth. *Journal of Research on Adolescence*, *24*, 220-234.

Hampton, A., Drabick, D., & **Steinberg, L.** (2014). Does IQ moderate the relation between psychopathy and juvenile offending? *Law and Human Behavior*, *38*, 23-33.

Harden, K., Kretsch, N., **Steinberg, L.**, & Tucker-Drob, E. (2014). Genetically distinct facets of risky decision-making in adolescents: Integrating behavioral and self-report measures. *Behavior Genetics, 44*, 661-662. (Abstract only).

Jones, O., Bonnie, R., Casey, B.J., Davis, A., Faigman, D., Hoffman, M., Montague, R., Morse, S., Raichle, M., Richeson, J., Scott, E., **Steinberg, L.**, Taylor-Thompson, K., Wagner, A., & Yaffee, G. (2014). Law and Neuroscience: Recommendations submitted to the President's Bioethics Commission. *Journal of Law and the Biosciences*, *1*, 222-236.

Logue, S., Chein, J., Gould, T., Holliday, E., & **Steinberg, L.** (2014). Adolescent mice, unlike adults, consume more alcohol in the presence of peers than when alone. *Developmental Science, 17*, 79-85.

Peterman, J., Labelle, D., & **Steinberg, L.** (2014). Devoutly anxious: The relationship between anxiety and religiosity in adolescence. *Psychology of Religion and Spirituality*, *6*, 113-122.

*Shulman, E., **Steinberg, L.**, & Piquero, A. (2014). A mistaken account of the age-crime curve: Response to Males and Brown (2013). *Journal of Adolescent Research, 29,* 25-34.

*Smith, A., Chein, J., & **Steinberg, L.** (2014). Peers increase adolescent risk taking even when the probabilities of negative outcomes are known. *Developmental Psychology*, *50*, 1564-1568.

*Smith, A., **Steinberg, L.**, & Chein, J. (2014). The role of the anterior insula in adolescent decision making. *Developmental Neuroscience*, *36*, 196-209.

**Steinberg, L.** (2014). Using scientific research to transform juvenile justice policy and practice: A modest success story and some suggestions for the next four decades. In H. Yoshikawa, L. Forcier, & K. McCartney (Eds.), *Improving the odds for America's children: Future directions for policy and practice* (pp. 174-178). Cambridge: Harvard Education Press.

**Steinberg, L.** (2014). How should the science of adolescent brain development inform legal policy? In J. Bhabha (Ed.), *Human rights and adolescence*. (pp. 59-76). Philadelphia: University of Pennsylvania Press.

**Steinberg, L.** (2014). Should the science of adolescent brain development inform public policy? *Court Review*, *50*, 70-77.

Steinberg, Laurence                                                                                    19

*Weigard, A., Chein, J., *Albert, D., *Smith, A., & **Steinberg, L.** (2014). Effects of anonymous peer observation on adolescents' preference for immediate rewards. *Developmental Science*, *17*, 71-78.

### 2013

*Albert, D., Chein, J., & **Steinberg, L.** (2013). The teenage brain: Peer influences on adolescent decision-making. *Current Directions in Psychological Science*, *22*, 114-120.

*Monahan, K., **Steinberg, L.**, & *Cauffman, E. (2013). Age differences in the impact of employment on antisocial behavior. *Child Development*, *84*, 791-801.

*Monahan, K., **Steinberg, L.**, *Cauffman, E., & Mulvey, E. (2013). Psychosocial (im)maturity from adolescence to early adulthood: Distinguishing between adolescence-limited and persistent antisocial behavior. *Development and Psychopathology*, 25, 1093–1105.

Shapero, B., & **Steinberg, L.** (2013). Emotional reactivity and exposure to household stress in childhood predict psychological problems in adolescence. *Journal of Youth and Adolescence*, *42*, 1573-1582.

*Shulman, E., **Steinberg, L.**, & Piquero, A. (2013). The age-crime curve in adolescence and early adulthood is not due to age differences in economic status. *Journal of Youth and Adolescence*, *42*, 848-860.

*Smith, A., Chein, J., & **Steinberg, L.** (2013). Impact of socio-emotional context, brain development, and pubertal maturation on adolescent decision-making. *Hormones and Behavior*, *64*, 323-332.

**Steinberg, L.** (2013). Does recent research on adolescent brain development inform the mature minor doctrine? *Journal of Medicine and Philosophy*, *38*, 256-267.

**Steinberg, L.** (2013). The influence of neuroscience on U.S. Supreme Court decisions involving adolescents' criminal culpability. *Nature Reviews Neuroscience*, *14,* 513-518.

*Strang, N., Chein, J., & **Steinberg, L.** (2013). The value of the dual systems model of adolescent risk-taking. *Frontiers in Human Neuroscience*. 7, 223.

Sweeten, G., Piquero, A., & **Steinberg, L.** (2013). Age and the explanation of crime, revisited. *Journal of Youth and Adolescence*, *42,* 921-938.

### 2012

Bornstein, M. H., Jager, J., & **Steinberg, L.** (2012). Adolescents, parents, friends/peers: A relationships model. In I. Weiner (Ed.), *Handbook of psychology* (2nd ed.), R. M. Lerner, M. A. Easterbrooks, & J. Mistry (Eds.), Volume 6. *Developmental Psychology* (pp. 657-745). New York: Wiley.

*Cauffman, E., & **Steinberg, L.** (2012). Emerging findings from research on adolescent development and juvenile justice. *Victims and Offenders*, *7*, 428-449.

*Dmitrieva, J., *Monahan, K., *Cauffman, E., & **Steinberg, L.** (2012). Arrested development: The effects of incarceration on the development of psychosocial maturity. *Development and Psychopathology*, *24*, 1073-1090.

*Morris, A., Cui, L., & **Steinberg, L.** (2012). Parenting research and themes: What we've learned, and where to go next. In R. Larzelere, A. Morris, & A. Harrist (Eds.), Authoritative parenting: Synthesizing nurturance and discipline for optimal child development. (pp. 35-58). Washington, D.C: American Psychological Association.

**Steinberg, L.** (2012). Should the science of adolescent brain development inform public policy? *Issues in Science and Technology*, *Spring*, 67-78.

2011

*Albert, D., & **Steinberg, L.** (2011). Judgment and decision making in adolescence. *Journal of Research on Adolescence*, *21*, 211-224.

*Albert, D., & **Steinberg, L.** (2011). Age differences in strategic planning as indexed by the Tower of London. *Child Development*, *82*, 1501-1517.

Albert, D.,* & **Steinberg, L.** (2011). Peer influences on adolescent risk behavior. In M. Bardo, D. Fishbein, & R. Milich (Eds.), *Inhibitory control and drug abuse prevention: From research to translation*. (Part 3, pp. 211-226). New York: Springer.

Burchinal, M., McCartney, K., **Steinberg, L.**, Crosnoe, R., Friedman, S., & McLoyd, V. (2011). Examining the black-white achievement gap using the NICHD study of early child care and youth development. *Child Development*, *82*, 1404-1420.

Chein, J., *Albert, D., O'Brien, L.,* Uckert, K.,* & **Steinberg, L.** (2011). Peers increase adolescent risk taking by enhancing activity in the brain's reward circuitry. *Developmental Science*, *14*, F1–F10.

*Chung, H., Mulvey, E., & **Steinberg, L.** (2011). Understanding the school outcomes of juvenile offenders: An exploration of neighborhood influences and motivational resources. *Journal of Youth and Adolescence, 40*, 1025-1038.

Drabick, D., & **Steinberg, L.** (2011). Developmental psychopathology. In B. Brown and M. Prinstein (Eds.). *Encyclopedia of adolescence* (Vol. 3, pp. 136-142). San Diego: Academic Press.

Goldweber, A., *Cauffman, E., *Dmitrieva, J., Piquero, A., & **Steinberg, L.** (2011). The development of criminal style in adolescence and young adulthood: Separating the lemmings from the loners. *Journal of Youth and Adolescence*, *40*, 332–346.

*Lee, J., **Steinberg, L.**, Piquero, A., & Knight, G. (2011). Identity-linked perceptions of the police among African American juvenile offenders: A developmental perspective. *Journal of Youth and Adolescence*, *40*, 23-37.

Lerner, R., Boyd, M., Kiely, M., Napolitano, C., Schmid, K., and **Steinberg, L.** (2011). The history of the study of adolescence. In B. Brown and M. Prinstein (Eds.). *Encyclopedia of adolescence* (Vol. 1). Pp. 169-176. San Diego: Academic Press.

Maslowsky, J., Buvinger, E., Keating, D., **Steinberg, L.** & *Cauffman, E. (2011). Cost-benefit analysis mediation of the relationship between sensation seeking and risk behavior. *Personality and Individual Differences*, 51, 802-806.

*Monahan, K., Lee, J.,* & **Steinberg, L.** (2011). Revisiting the negative impact of part-time work on adolescent adjustment: Distinguishing between selection and socialization using propensity score matching. *Child Development*, *82*, 96-112.

*Monahan, K., & **Steinberg, L.** (2011). Accentuation of individual differences in social competence from early childhood to mid-adolescence. *Journal of Research on Adolescence*, *21*, 576-585.

*Morris, A., *Silk, J., *Morris, M., **Steinberg, L.**, Aucoin, K., & Keyes, A. (2011). The influence of mother–child emotion regulation strategies on children's expression of anger and sadness. *Developmental Psychology*, 47, 213-225.

*O'Brien, L., *Albert, D., Chein, J., & **Steinberg, L.** (2011). Adolescents prefer more immediate rewards when in the presence of their peers. *Journal of Research on Adolescence*, *21*, 747-753.

**Steinberg, L.** (2011). Parenting the adolescent. In M. Fisher, E. Alderman, R. Kreipe, & W. Rosenfeld (Eds.). *Textbook of adolescent health care*. Elk Grove, IL: American Academy of Pediatrics.

**Steinberg, L.** (2011). Adolescent risk-taking: A social neuroscience perspective. In E. Amsel & J. Smetana (Eds.), *Adolescent vulnerabilities and opportunities: Constructivist developmental perspectives* (pp. 41-64). New York: Cambridge University Press.

**Steinberg, L.** (2011). Adolescents' risky driving in context. *Journal of Adolescent Health, 49*, 557-558.

**Steinberg, L.**, & Collins, W.A. (2011). Adolescent psychosocial development and behavior. In M. Fisher, E. Alderman, R. Kreipe, & W. Rosenfeld (Eds.). *Textbook of adolescent health care* (pp. 39-44). Elk Grove, IL: American Academy of Pediatrics.

**Steinberg, L.**, & *Monahan, K. (2011). Adolescents' exposure to sexy media does not hasten the initiation of sexual intercourse. *Developmental Psychology*, *47*, 562-576.

**Steinberg, L.**, & *Monahan, K. (2011). Premature dissemination of advice undermines our credibility as scientists: Response to Brown (2011) and to Collins, Martino, and Elliot (2011). *Developmental Psychology*, *47*, 582-584.

*Williams, L., & **Steinberg, L.** (2011). Reciprocal relations between parenting and adjustment in a sample of juvenile offenders. *Child Development*, *82*, 633-645.

2010

Belsky, J., **Steinberg, L.**, Houts, R., & Halpern-Felsher, B. (2010). The development of reproductive strategy in females: Maternal harshness→earlier menarche→increased sexual risk taking. *Developmental Psychology*, *46*, 120-128.

*Cauffman, E., *Shulman, E., **Steinberg, L.**, Claus, E., Banich, M., Graham, S., & Woolard, J. (2010). Age differences in affective decision making as indexed by performance on the Iowa Gambling Task. *Developmental Psychology*, *46*, 193-207.

Chassin, L., *Dmietrieva, J., Modecki, K., **Steinberg, L.**, *Cauffman, E., Piquero, A., Knight, G., & Losoya, S. (2010). Does adolescent alcohol and marijuana use predict suppressed growth in psychosocial maturity? *Psychology of Addictive Behaviors*, *24*, 48-60.

*Lee, J., **Steinberg, L.**, & Piquero, A. (2010). Ethnic identity and attitudes toward the police among African American juvenile offenders. *Journal of Criminal Justice*. 38, 781–789.

Loughran, T., Mulvey, E., Schubert, C., Chassin, L., **Steinberg, L.**, Piquero, A., Fagan, J., *Cota-Robles, S., *Cauffman, E., & Losoya, S. (2010). Differential effects of adult court transfer on juvenile offender recidivism. *Law and Human Behavior*, *34*, 476–488.

*Morris, A., *Silk, J., **Steinberg, L.**, Terranova, A., & Kithakye, M. (2010). Concurrent and longitudinal links between children's externalizing behavior in school and observed anger regulation in the parent-child dyad. *Journal of Psychopathology and Behavioral Assessment*, *32*, 48-56.

Mulvey, E., **Steinberg, L.**, Piquero, A., Besana, M., Fagan, J., Schubert, C., & *Cauffman, E. (2010). Trajectories of desistance and continuity in antisocial behavior following court adjudication among serious adolescent offenders. *Development and Psychopathology*, *22*, 453-475.

Piquero, A., & **Steinberg, L.** (2010). Public preferences for rehabilitation versus incarceration of juvenile offenders. *Journal of Criminal Justice*, *38*, 1-6.

Roisman, G., *Monahan, K., Campbell, S., **Steinberg, L.**, *Cauffman, E., & The National Institute of Child Health and Human Development Early Child Care Research Network. (2010). Is adolescence-onset antisocial behavior developmentally normative? *Development and Psychopathology*, *22*, 295-311.

Schubert, C., Mulvey, E., Loughran, T., Fagan, J., Chassin, L., Piquero, A., Losoya, S., **Steinberg, L.**, & *Cauffman, E. (2010). Predicting outcomes for transferred youth: Findings and policy implications. *Law and Human Behavior*, *34*, 460–475.

Scott, E., & **Steinberg, L.** (2010). Social welfare and fairness in juvenile crime regulation. *Louisiana Law Review*, *71*, 35-97.

**Steinberg, L.** (2010). A behavioral scientist looks at the science of adolescent brain development. *Brain and Cognition*, *72*, 160-164.

**Steinberg, L.** (2010). A dual systems model of adolescent risk-taking. *Developmental Psychobiology*, *52*, 216-224.

**Steinberg, L.**, & Piquero, A. (2010). Manipulating public opinion about trying juveniles as adults: An experimental study. *Crime & Delinquency*, *50*, 487-506.

Susman, E., Houts, R., Halpern-Felsher, B., **Steinberg, L.**, Belsky, J., *Cauffman, E., DeHart, G., Friedman, S., Roisman, G., & the NICHD Early Child Care Research Network. (2010). Longitudinal development of secondary sexual characteristics in girls and boys between ages 91/2 and 151/2 years. *Archives of Pediatrics & Adolescent Medicine, 164*, 166-173.

*Testa, C., & **Steinberg, L.** (2010). Depressive symptoms and health-related risk taking. *Suicide and Life-Threatening Behavior*, *40,* 298-305.

Vandell, D., Belsky, J., Burchinal, M., **Steinberg, L.**, Vandergrift, N., & The National Institute of Child Health and Human Development Early Child Care Research Network. (2010). Do effects of early child care extend to age 15 years? *Child Development*, *81*, 737-756.

*Williams, L., Fox, N., Lejuez, C., Reynolds, E., Henderson, H., Perez-Edgar, K., **Steinberg, L.**, & Pine, D. (2010). Early temperament, propensity for risk-taking and adolescent substance-related problems: A prospective multi-method investigation. *Addictive Behaviors*, *35*, 1148-1151.

2009

*Avenevoli, S., & **Steinberg, L.** (2009). Continuity of depression across development. In R. Ingram (Ed.), *International encyclopedia of depression*. Pp. 186-188. New York: Springer.

*Blatt-Eisengart, I., Drabick, D., *Monahan, K., & **Steinberg, L.** (2009). Sex differences in the longitudinal relations among family risk factors and childhood externalizing symptoms. *Developmental Psychology*, *45*, 491-502.

Bornstein, M. H., & **Steinberg, L.** (2009). The practice of child development research. In R. Shweder, T. Bidell, A. Dailey, S. Dixon, P. Miller, & J. Modell (Eds). *The child: An encyclopedic companion*. Pp. 833-836. Chicago: University of Chicago Press.

Lerner, R., & **Steinberg, L.** (2009). Preface. In R. Lerner and L. Steinberg (Eds.), *Handbook of adolescent psychology* (3rd edition). Vol. 1., pp. xiii-xv. New York: Wiley.

Lerner, R., & **Steinberg, L.** (2009). The scientific study of adolescence: Past, present, and future. In R. Lerner and L. Steinberg (Eds.), *Handbook of adolescent psychology* (3rd edition). Vol. 1., pp. 3-14. New York: Wiley.

*Monahan, K., **Steinberg, L.**, & *Cauffman, E. (2009). Affiliation with antisocial peers, susceptibility to peer influence, and desistance from antisocial behavior during the transition to adulthood. *Developmental Psychology*, *45*, 1520-1530.

*Monahan, K., **Steinberg, L.**, *Cauffman, E., & Mulvey, E. (2009). Trajectories of antisocial behavior and psychosocial maturity from adolescence to young adulthood. *Developmental Psychology*, *45*, 1654-1668.

Roisman, G., Susman, E., Barnett-Walker, K., Booth-LaForce, C., Owen, M., Belsky, J., Bradley, R., Houts, R., **Steinberg, L.**, & The National Institute of Child Health and Human Development Early Child Care Research Network. (2009). Early family and child care antecedents of awakening cortisol levels in adolescence. *Child Development*, *80*, 907-920.

*Silk, J., & **Steinberg, L.** (2009). Adolescence and emotion. In D. Sander & K. Scherer (Eds.). *The Oxford companion to the affective sciences*. New York: Oxford University Press.

**Steinberg, L.** (2009). Adolescent development and juvenile justice. *Annual Review of Clinical Psychology*, *5*, 459-485.

**Steinberg, L.** (2009). Juvenile justice: Adolescent development. In A. Jamieson & A. Moenssens (Eds.). *Wiley encyclopedia of forensic science*. Pp. 1608-1612. New York: Wiley.

**Steinberg, L.** (2009). Should the science of adolescent brain development inform public policy? *American Psychologist*, *64*, 739-750.

**Steinberg, L.**, *Cauffman, E., Woolard, J., Graham, S., & Banich, M. (2009). Are adolescents less mature than adults? Minors' access to abortion, the juvenile death penalty, and the alleged APA "flip-flop". *American Psychologist, 64*, 583-594. (Reprinted in: Serafini, T., Rye, B., and Drysdale, M. (Eds.) *Taking sides: Clashing views in adolescence* (3rd ed.). New York: McGraw-Hill.

**Steinberg, L.**, *Cauffman, E., Woolard, J., Graham, S., & Banich, M. (2009). Reconciling the complexity of human development with the reality of legal policy. *American Psychologist, 64*, 601-604.

**Steinberg, L.**, Graham, S., *O'Brien, L., Woolard, J., *Cauffman, E., & Banich, M. (2009). Age differences in future orientation and delay discounting. *Child Development, 80*, 28-44.

**Steinberg, L.**, & Scott, E. (2009). Legal perspectives on adolescent decision-making. In R. Shweder, T. Bidell, A. Dailey, S. Dixon, P. Miller, & J. Modell (Eds) *The child: An encyclopedic companion*. Pp. 21-23. Chicago: University of Chicago Press.

Sumter, S., Bokhorst, C., **Steinberg, L.**, & Westenberg, P. (2009). The developmental pattern of resistance to peer influence in adolescence: Will the teenager ever be able to resist? *Journal of Adolescence, 32*, 1009-1021.

*Williams, L., Degnan, K., Perez-Edgar, K., Henderson, H., Rubin, K., Pine, D., **Steinberg, L.**, & Fox, N. (2009). Impact of behavioral inhibition and parenting style on internalizing and externalizing problems from early childhood through adolescence. *Journal of Abnormal Child Psychology, 37*, 1063-1075.

2008

Brown, B., Von Bank, H., & Steinberg. L. (2008). Smoke in the looking glass: Effects of discordance between self- and peer rated crowd affiliation on adolescent anxiety, depression and self-feelings. *Journal of Youth and Adolescence, 37*, 1163–1177.

Chassin, L., Dmitrieva, J., Knight, G., Modecki, K., *Cauffman, E., **Steinberg, L.**, & Losoya, S. (2008). Does adolescent alcohol and marijuana use suppress the development of psychosocial maturity? *Alcoholism: Clinical and Experimental Research, 6*, 333A (abstract only).

Collins, W.A., & **Steinberg, L.** (2008). Adolescent development in interpersonal context. In W. Damon & R. Lerner (Eds.) *Developmental Psychology: An advanced course.* Pp. 551-592. Hoboken, NJ: Wiley.

Paus, T., Toro, R., Leonard, G., Lerner, J., Lerner, R., Perron, M., Pike, G., Richer, L., **Steinberg, L.**, Veillette, S., & Pausova, Z. (2008). Morphological properties of the action-observation cortical network in adolescents with low and high resistance to peer influence. *Social Neuroscience, 3*, 303-316.

Scott, E., & **Steinberg, L.** (2008). Adolescence and the regulation of youth crime. *The Future of Children, 18*, 15-34.

**Steinberg, L.** (2008). A social neuroscience perspective on adolescent risk-taking. *Developmental Review, 28*, 78-106. (Reprinted in K. Beaver & A. Walsh (Eds.) (2010). *Biosocial theories of crime.* Surrey, UK: Ashgate; translated and reprinted in Cyrulnik, B. (Ed.), *Faut-il imiter pour exister? (Must we imitate to exist?*). Savigny-sur-Orge, France: Philippe Duval, 2019).

**Steinberg, L.** (2008). Introducing the issue. In L. Steinberg (Ed.) *The Future of Children, 18*, 3-14.

**Steinberg, L.**, *Albert, D., *Cauffman, E., Banich, M., Graham, S., & Woolard, J. (2008). Age differences in sensation seeking and impulsivity as indexed by behavior and self-report: Evidence for a dual systems model. *Developmental Psychology, 44*, 1764-1778.

2007

Belsky, J., **Steinberg, L.**, Houts, R., Friedman, S., DeHart, G., *Cauffman, E., Roisman, G., Halpern-Felsher, B., Susman, E., & The NICHD Early Child Care Research Network. (2007). Family rearing antecedents of pubertal timing. *Child Development, 78,* 1302-1321..

*Cauffman, E., Piquero, A., Kimonis, E., **Steinberg, L.**, & Chassin, L. (2007). Legal, individual, and contextual predictors of court disposition. *Law and Human Behavior, 31,* 519-535.

*Dmitrieva, J., **Steinberg, L.**, & Belsky, J. (2007). Child-care history, classroom composition and children's functioning in kindergarten. *Psychological Science, 18,* 1032-1039.

Grosbras, M., Jansen, M., Leonard, G., McIntosh, A., Osswald, K., Poulsen, C., **Steinberg, L.**, Toro, R., & Paus, T. (2007). Neural mechanisms of resistance to peer influence in early adolescence. *Journal of Neuroscience, 27,* 8040-8045.

*Morris, A., *Silk, J., **Steinberg, L.**, Myers, S., & Robinson, L. (2007). The role of the family context in the development of emotion regulation. *Social Development, 16,* 361-388.

**Steinberg, L.** (2007). Commentary on Kagan, Snidman, Kahn, & Towsley. *Monographs of the Society for Research in Child Development, 72(2),* 76-80.

**Steinberg, L.** (2007). Risk-taking in adolescence: New perspectives from brain and behavioral science. *Current Directions in Psychological Science, 16,* 55-59. (Reprinted in K. Cauley & G. Pannozzo (Eds.) (2009). *Annual Editions: Educational Psychology.* New York: McGraw-Hill; A. Guest (Ed.) (2012). *Taking Sides: Clashing Views in Life Span Development.* New York: McGraw-Hill; and C. Bartol and A. Bartol (Eds.) (2015). *Current Perspectives in Forensic Psychology and Criminal Behavior* (4th ed.), Thousand Oaks, CA: Sage).

**Steinberg, L.**, & *Monahan, K. (2007). Age differences in resistance to peer influence. *Developmental Psychology, 43,* 1531-1543.

2006

*Chung, H., & **Steinberg, L.** (2006). Relations between neighborhood factors, parenting behaviors, peer deviance, and delinquency among serious juvenile offenders. *Developmental Psychology, 42,* 319-331.

Collins, W. A., & **Steinberg, L.** (2006). Adolescent development in interpersonal context. In W. Damon & R. M. Lerner (Series Eds.) & N. Eisenberg (Vol. Ed.), *Handbook of child psychology: Vol. 3. Social, emotional, and personality development* (6th ed., pp. 1003-1067).

*Little, M., & **Steinberg, L.** (2006). Psychosocial predictors of adolescent drug dealing in the inner-city: Potential roles of opportunity, conventional commitments, and maturity. *Journal of Research on Crime and Delinquency, 4,* 357-386.

Nagin, D., Piquero, A., Scott, E., and **Steinberg, L.** (2006). Public preferences for rehabilitation versus incarceration of juvenile offenders: Evidence from a contingent valuation survey. *Crime and Public Policy, 5,* 301-326.

Poythress, N., Lexcen, F., Grisso, T., & **Steinberg, L.** (2006). The competence-related abilities of youths charged in criminal court. *Law and Human Behavior, 30,* 75-92.

**Steinberg, L.**, *Blatt-Eisengart, I., & *Cauffman, E. (2006). Patterns of competence and adjustment among adolescents from authoritative, authoritarian, indulgent, and neglectful homes: Replication in a sample of serious juvenile offenders. *Journal of Research on Adolescence, 16,* 47-58.

**Steinberg, L.**, & *Cauffman, E. (2006). Juvenile justice. In L. Sherrod, C. Flanagan, R. Kassimir, & A. Syvertsen (Eds.). *Youth activism: An international encyclopedia* (Vol 1.) Pp. 369-374. Westport, CT: Greenwood.

Steinberg, Laurence                                                                    25

**Steinberg, L.**, Dahl, R., Keating, D., Kupfer, D., Masten, A., & Pine, D. (2006). Psychopathology in adolescence: Integrating affective neuroscience with the study of context. In D. Cicchetti and D. Cohen (Eds.). *Developmental psychopathology, Vol. 2: Developmental neuroscience*. Pp. 710-741. New York: Wiley.

2005

*Cauffman, E., **Steinberg, L.**, & Piquero, A. (2005). Psychological, neuropsychological, and psychophysiological correlates of serious antisocial behavior in adolescence: The role of self-control. *Criminology, 43*, 133-176.

*Chung, H.,*Little, M., & **Steinberg, L.** (2005). The transition to adulthood for adolescents in the juvenile justice system: A developmental perspective. In W. Osgood, M. Foster, C. Flanagan, & G. Ruth (Eds.). *On your own without a net: The transition to adulthood for vulnerable populations*. Pp. 68-91. Chicago: University of Chicago Press.

*Gardner, M., & **Steinberg, L.** (2005). Peer influence on risk-taking, risk preference, and risky decision-making in adolescence and adulthood: An experimental study. *Developmental Psychology, 41*, 625-635. (Reprinted as Gardner, M., & **Steinberg, L.** (2007). Peer pressure is a risk for adolescents. In J. Carroll (Ed.), *America's youth*. Pp. 146-152. Detroit: Greenhaven Press.)

Grisso, T., & **Steinberg, L.** (2005). Between a rock and a soft place: Developmental research and the child advocacy process. *Journal of Clinical Child and Adolescent Psychology, 34*, 619-627. (Reprinted in *Child and Family Policy and Practice Review*, 2006, 3-7.)

Piquero, A., Fagan, J., Mulvey, E., **Steinberg, L.**, & Odgers, C. (2005). Developmental trajectories of legal socialization among serious adolescent offenders. *Journal of Criminal Law and Criminology, 96*, 267-298.

**Steinberg, L.** (2005). Cognitive and affective development in adolescence. *Trends in Cognitive Sciences, 9*, 69-74. (Reprinted in B. Maugham & M. Little (Eds.) (2010). *The library of essays in child welfare and development.* Surrey, UK: Ashgate).

**Steinberg, L.** (2005). Psychological control: Style or substance?  In J. Smetana (Ed.), Changes in parental authority during adolescence. *New Directions for Child Development*. (No. 108), pp. 71-78. San Francisco: Jossey-Bass.

2004

Brame, R., Fagan, J., Piquero, A., Schubert, C., & **Steinberg, L.** (2004). Criminal careers of serious delinquents in two cities. *Youth Violence and Juvenile Justice, 2,* 256-272.

*Fletcher, A., **Steinberg, L.**, & Williams, M. (2004). Parental influences on adolescent problem behavior: Revisiting Stattin and Kerr. *Child Development, 75*, 781-796.

Lerner, R., & **Steinberg, L.** (2004). Preface. In R. Lerner and L. Steinberg (Eds.), *Handbook of adolescent psychology* (2nd edition). Pp. xi-xiii. New York: Wiley.

Lerner, R., & **Steinberg, L.** (2004). The scientific study of adolescence: Past, present, and future. In R. Lerner and L. Steinberg (Eds.), *Handbook of adolescent psychology* (2nd edition). pp. 1-12. New York: Wiley.

Lexcen, F., Grisso, T., & **Steinberg, L.** (2004). Children's competence to stand trial. *Children's Legal Rights Journal, 24,* 1-15.

Mulvey, E., **Steinberg, L.**, Fagan, J., *Cauffman, E., Piquero, A., Chassin, L., Knight, G., Brame, R., Schubert, C., *Hecker, T., & Losoya, S. (2004). Theory and research on desistance from antisocial activity among serious adolescent offenders. *Youth Violence and Juvenile Justice, 2,* 213-236.

Schubert, C., Mulvey, E., *Cauffman, E., **Steinberg, L.**, Losoya, S., Hecker, T.,* Chassin, L., & Knight, G. (2004). Operational lessons from the Pathways to Desistance Study. *Youth Violence and Juvenile Justice, 2,* 237-255.

*Silk, J., *Sessa, F., *Morris, A., **Steinberg, L.**, & *Avenevoli, S. (2004). The protective effect of neighborhood cohesion: A multi-informant perspective. *Journal of Family Psychology, 18,* 135-146.

**Steinberg, L.** (2004). Risk-taking in adolescence: What changes, and why? *Annals of the New York Academy of Sciences, 1021,* 51-58.

**Steinberg, L.**, & Lerner, R. (2004). A brief history of research on adolescence. *Journal of Early Adolescence, 24,* 45-54.

**Steinberg, L.**, *Chung, H., & *Little, M. (2004). Reentry of young offenders from the justice system: A developmental perspective. *Youth Violence and Juvenile Justice, 1,* 21-38.

2003

Grisso, T., & **Steinberg, L.** (2003). Juvenile competence: Can immaturity alone make an adolescent incompetent to stand trial? *Juvenile Justice Update, 9,* p. 1 and ff.

Grisso, T., **Steinberg, L.**, Woolard, J., *Cauffman, E., Scott, E., Graham, S., Lexcen, F., Reppucci, N., & Schwartz, R. (2003). Juveniles' competence to stand trial: A comparison of adolescents' and adults' capacities as trial defendants. *Law and Human Behavior, 27,* 333-363.

Scott, E., & **Steinberg, L.** (2003). Blaming youth. *Texas Law Review, 81,* 799-840.

*Silk, J., *Morris, A., *Kanaya, T., & Steinberg L. (2003). Psychological control and autonomy granting: Opposite ends of a continuum or distinct constructs? *Journal of Research on Adolescence, 13,* 113-128.

*Silk, J., **Steinberg, L.**, & *Morris, A. (2003). Adolescents' emotion regulation in daily life: Links to depressive symptoms and problem behavior. *Child Development, 74,* 1869-1880.

**Steinberg, L.** (2003). Is decision-making the right framework for the study of adolescent risk-taking?  In D. Romer (Ed.), *Reducing adolescent risk: Toward an integrated approach.* Pp. 18-24. Sage: Thousand Oaks, CA.

**Steinberg, L.**, Grisso, T., Woolard, J., Cauffman, E., Scott, E., Graham, S., Lexcen, F., Reppucci, N., & Schwartz, R. (2003). Juveniles' competence to stand trial as adults. *SRCD Policy Report, 17* (4).

**Steinberg, L.**, & Scott, E. (2003). Less guilty by reason of adolescence: Developmental immaturity, diminished responsibility, and the juvenile death penalty. *American Psychologist, 58,* 1009-1018. (Reprinted in Gale Group (2004). *At Issue: Should Juveniles Be Tried as Adults?*; M. Gardner & A. Dupre (Eds.) (2006). *Children and the Law: Cases and Materials* (2nd ed.). LexisNexis Publishing; T. Bernard (Ed.). (2006). *Serious delinquency: An anthology.* Los Angeles: Roxbury Publishing; and M. Drysdale & B. Rye, (Eds.). (2006). *Taking sides: Clashing views in adolescence.* New York: Dushkin.)

2002

*Hecker, T., and **Steinberg, L.** (2002). Psychological evaluation at juvenile court disposition. *Professional Psychology: Research and Practice, 33,* 300-306.

*Morris, A., *Silk, J., **Steinberg, L.**, *Sessa, F., *Avenevoli, S., & Essex, M. (2002). Temperamental vulnerability and negative parenting as interacting predictors of child adjustment. *Journal of Marriage and the Family, 64,* 461-471.

**Steinberg, L.** (2002). Clinical adolescent psychology: What it is, and what it needs to be. *Journal of Consulting and Clinical Psychology, 70,* 124-128.

**Steinberg, L.** (2002). Parenting: Overview. In J. Guthrie (Ed.), *Encyclopedia of education* (2nd ed.). New York: Macmillan Reference.

**Steinberg, L.** (2002). The juvenile psychopath: Fads, fictions, and facts. *National Institute of Justice Perspectives on Crime and Justice: 2001 Lecture Series, vol. V.*, 35-64.

**Steinberg, L.**, & Duncan, P. (2002). Increasing the capacity of parents, families, and adults living with adolescents to improve adolescent health outcomes. *Journal of Adolescent Health*, *31*, 261-263.

**Steinberg, L.**, & *Silk, J. (2002). Parenting adolescents. In M. Bornstein (Ed.), *Handbook of parenting: Volume 1. Children and parenting* (2nd ed., pp. 103-133). Mahwah, NJ: Erlbaum.

2001

*Avenevoli, S., & **Steinberg, L.** (2001). The continuity of depression across the adolescent transition. In H. Reese and R. Kail, (Eds.), *Advances in child development and behavior*, Volume 28. Pp. 139-173. New York: Academic Press.

Collins, W.A., Maccoby, E., **Steinberg, L.**, Hetherington, E.M., & Bornstein, M. (2001). Toward nature *with* nurture. *American Psychologist*, 56, 171-173.

*Morris, A., **Steinberg, L.**, *Sessa, F., *Avenevoli, S., *Silk, J., & Essex, M. (2001). Measuring children's perceptions of psychological control: Developmental and conceptual considerations. In B. Barber (Ed.), *Intrusive parenting: How psychological control affects children and adolescents.* Pp. 125-159. Washington: American Psychological Association Press.

*Sessa, F., *Avenevoli, S., *Morris, A., & **Steinberg, L.** (2001). Correspondence among informants on parenting: preschool children, mothers, and observers. *Journal of Family Psychology*, *15*, 53-68.

**Steinberg, L.** (2001). Adolescence. In J. Kagan (Ed.), *Gale encyclopedia of psychology*. Farmington Hills, MI: Gale Group.

**Steinberg, L.** (2001). Adolescent development, theories of. In N. Smelser, & P. Baltes, (Eds.), *International encyclopedia of the social & behavioral sciences*. New York: Pergamon.

**Steinberg, L.** (2001). Contextual studies, methodology. In N. Smelser, & P. Baltes, (Eds.), *International encyclopedia of the social & behavioral sciences*. New York: Pergamon.

**Steinberg, L.** (2001). Parent-child relationships. In J. Kagan (Ed.), *Gale encyclopedia of psychology*. Farmington Hills, MI: Gale Group.

**Steinberg, L.** (2001). Socialization in adolescence. In N. Smelser, & P. Baltes, (Eds.), *International encyclopedia of the social & behavioral sciences*. New York: Pergamon.

**Steinberg, L.** (2001). We know some things: Adolescent-parent relationships in retrospect and prospect. *Journal of Research on Adolescence*, *11*, 1-20. (Reissued in 2011 as part of the journal's "virtual issue" containing the 10 most frequently cited articles during the decade 2000-2010.)

**Steinberg, L.**, & *Cauffman, E. (2001). Adolescents as adults in court: A developmental perspective on the transfer of juveniles to criminal court. *SRCD Social Policy Report*, *15*(4).

**Steinberg, L.**, & *Morris, A. (2001). Adolescent development. *Annual Review of Psychology*, *52*, 83-110.

2000

*Cauffman, E., & **Steinberg, L.** (2000). Researching adolescents' judgment and culpability. In T. Grisso and R. Schwartz (Eds.), *Youth on trial: A developmental perspective on juvenile justice.* Pp. 325-344. Chicago: University of Chicago Press.

*Cauffman, E., & **Steinberg, L.** (2000). (Im)maturity of judgment in adolescence: Why adolescents may be less culpable than adults. *Behavioral Sciences and the Law*, *18*, 741-760.

Steinberg, Laurence                                                                                    28

Collins, W.A., Maccoby, E., **Steinberg, L.**, Hetherington, E.M., & Bornstein, M. (2000). Contemporary research on parenting: The case for nature *and* nurture. *American Psychologist*, *55*, 218-232. (Reprinted in E. N. Junn & C. J. Boyatzis (Eds.). (2001). *Annual Editions: Child Growth and Development* (8e, pp. 102-115). Guilford, CT: McGraw Hill/Dushkin; and in M. Hertzig & Farber, E. (Eds). (2003). *Annual progress in child psychiatry and child development: 2000-2001*. New York: Brunner-Routledge. pp. 125-153.)

**Steinberg, L.** (2000). Punishment: Developmental perspectives. In A. Kazdin (Ed.), *The encyclopedia of psychology, Vol. 6*. Pp. 484-487. New York: Oxford University Press.

**Steinberg, L.** (2000). The family at adolescence: Transition and transformation. *Journal of Adolescent Health*, *26*, 170-178.

**Steinberg, L.** (2000). Youth violence: Do parents and families make a difference? *National Institute of Justice Journal*, *April*, 30-38.

**Steinberg, L.**, & *Avenevoli, S. (2000). The role of context in the development of psychopathology: A conceptual framework and some speculative propositions. *Child Development*, *71*, 66-74.

**Steinberg, L.**, & *Cauffman, E. (2000). Developmental perspectives on jurisdictional boundary. In J. Fagan and F. Zimring (Eds.), *The changing borders of juvenile justice: Transfer of adolescents to the criminal court*. Pp. 379-406. Chicago: University of Chicago Press.

**Steinberg, L.**, & Schwartz, R. (2000). Developmental psychology goes to court. In T. Grisso and R. Schwartz (Eds.), *Youth on trial: A developmental perspective on juvenile justice.* Pp. 9-31. Chicago: University of Chicago Press.

1999

*Avenevoli, S., *Sessa, F., & **Steinberg, L.** (1999). Family structure, parenting practices, and adolescent adjustment: An ecological examination. In E.M. Hetherington (Ed.). *Coping with divorce, single parenting, and remarriage.* Pp. 65-90. Mahwah, NJ: Erlbaum.

*Fletcher, A., **Steinberg, L.**, & *Sellers, E. (1999). Adolescents' well-being as a function of perceived inter-parental consistency. *Journal of Marriage and the Family*, *61*, 599-610.

*Gray, M., & **Steinberg, L.** (1999). Adolescent romance and the parent-child relationship: Bi-directional links across settings. In W. Furman, B. Brown, and C. Feiring (Eds.), *Contemporary perspectives on adolescent romantic relationships*. Pp. 235-265. New York: Cambridge University Press.

*Gray, M., & **Steinberg, L.** (1999). Unpacking authoritative parenting: Reassessing a multidimensional construct. *Journal of Marriage and the Family*, *61*, 574-587.

**Steinberg, L.**, & *Cauffman, E. (1999). The elephant in the courtroom: Developmental perspectives on the adjudication of youthful offenders. *Virginia Journal of Social Policy & the Law*, *6*, 389-417.

1998

Boyce, T., Frank, E., Jensen, P., Kessler, R., Nelson, C., & **Steinberg, L.** (1998). The role of context in the development of psychopathology. *Development and Psychopathology*, *10*, 143-164.

Jensen, P., Mrazek, D., Knapp, P., **Steinberg, L.**, Pfeffer, C., Schowalter, J., & Shapiro, T. (1998). Evolution, adaptation, and ADHD: Response to Hecht. *Journal of the American Academy of Child and Adolescent Psychiatry*.

Jensen, P., Mrazek, D., Knapp, P., **Steinberg, L.**, Pfeffer, C., Schowalter, J., & Shapiro, T. (1998). A revolution in progress: Response to Carey and Carrey. *Journal of the American Academy of Child and Adolescent Psychiatry*.

**Steinberg, L.** (1998). Adolescent. In *The World Book Encyclopedia*. Pp. 60-65. Chicago: World Book Publishing.

**Steinberg, L.** (1998). Standards outside the classroom. In D. Ravitch (Ed.). *The State of student performance in American schools: Brookings papers on education policy, Volume 1*. Pp. 319-357 Washington: Brookings Institution.

**Steinberg, L.** & *Avenevoli, S. (1998). Disengagement from school and problem behavior in adolescence: A developmental-contextual analysis of the influences of family and part-time work. In R. Jessor & M. Chase (Eds.), *New perspectives on adolescent risk behavior*. Pp. 392-424. New York: Cambridge University Press.

**Steinberg, L.**, & *Fletcher, A. (1998). Data analytic strategies in research on ethnic minority youth. In V. McLoyd and L. Steinberg (Eds.) *Studying minority adolescents: Conceptual, methodological, and theoretical issues*. pp. 279-294. Mahwah, NJ: Erlbaum.

1997

*Darling, N., and **Steinberg, L.** (1997). Community influences on adolescent achievement and deviance. In J. Brooks-Gunn, G. Duncan, & L. Aber (Eds.), *Neighborhood poverty: Context and consequences for children. Volume 2: Conceptual, methodological, and policy approaches to studying neighborhoods*. Pp 120-131. New York: Russell Sage Foundation.

Glasgow, K., Dornbusch, S., Ritter, P., Troyer, L., & **Steinberg, L.** (1997). Parenting styles, dysfunctional attributions, and adolescent outcomes in diverse groups. *Child Development*, *67*, 507-529.

Jensen, P., Mrazek, D., Knapp, P., **Steinberg, L.**, Schowalter, J., & Shapiro, T. (1997). Evolution and revolution in child psychiatry: ADHD and child psychopathology as disorders of adaptation. *Journal of the American Academy of Child and Adolescent Psychiatry*, *36*, 1672-1679. (Reprinted in: P. Jensen, P. Knapp, & D. Mrazek (Eds.) (2006). *Toward a new diagnostic system for child psychopathology: Moving beyond the DSM*. Pp. 96-110. New York: Guilford Press.)

1996

*Cauffman, E., & **Steinberg, L.** (1996). The cognitive and affective influences on adolescent decision-making. *Temple Law Review*, *68*, 1763-1789.

*Cauffman, E., & **Steinberg, L.** (1996). Interactive effects of menarche, dating, and heterosocial involvement on dieting behavior in early adolescence. *Developmental Psychology*, *32*, 631-635. (Reprinted in: R. Muuss (Ed.), (1998). *Adolescent behavior and society: A book of readings* [5th edition]. New York: McGraw-Hill.)

*Lamborn, S., Dornbusch, S., & **Steinberg, L.** (1996). Ethnicity and community context as moderators of the relation between family decision-making and adolescent adjustment. *Child Development*, *66*, 283-301.

*Siqueland, L., Kendall, P., & **Steinberg, L.** (1996). Anxiety in children: Perceived family environments and observed family interaction. *Journal of Clinical Child Psychology*, *25*, 225-237.

**Steinberg, L.** (1996). The impact of employment on adolescent development. In M. Merrens and G. Brannigan (Eds.), *The developmental psychologists*. New York: McGraw-Hill.

**Steinberg, L.**, & Belsky, J. (1996). An evolutionary perspective on psychopathology in adolescence. In D. Cicchetti and S. Toth (Eds.), *Rochester Symposium on Developmental Psychopathology (Volume 7)*. Pp. 93-124. Rochester, NY: University of Rochester Press.

**Steinberg, L.**, & *Cauffman, E. (1996). Maturity of judgment in adolescence: Psychosocial factors in adolescent decisionmaking. *Law and Human Behavior*, *20*, 249-272.

Steinberg, Laurence                                                                 30

## 1995

*Fletcher, A., *Darling, N., & **Steinberg, L.** (1995). Parenting practices as moderators of peer influence on adolescent deviance. In J. McCord (Ed.), *Coercion and punishment in long-term perspectives*. New York: Cambridge University Press.

*Fletcher, A., *Darling, N., **Steinberg, L.,** & Dornbusch, S. (1995). The company they keep: Relation of adolescents' adjustment and behavior to their friends' perceptions of authoritative parenting in the social network. *Developmental Psychology*, *31*, 300-310.

*Hogue, A., & **Steinberg, L.** (1995). Homophily of internalized distress in adolescent peer groups. *Developmental Psychology*, *31*, 897-906.

*Mounts, N., & **Steinberg, L.** (1995). An ecological analysis of peer influence on adolescent grade point average and drug use. *Developmental Psychology*, *31*, 915-922.

**Steinberg, L.** (1995). Commentary: On developmental trajectories and social contexts in adolescence. In L. Crockett and N. Crouter (Eds.), *Pathways Through Adolescence: Individual Development in Relation to Social Contexts*. Pp. 245-253. Hillsdale, NJ: Erlbaum.

**Steinberg, L.,** & *Cauffman, E. (1995). The impact of school-year employment on adolescent development. *Annals of Child Development*, *11*, 131-166.

**Steinberg, L.,** *Darling, N., *Fletcher, A., Brown, B., & Dornbusch, S. (1995). Authoritative parenting and adolescent adjustment: An ecological journey. In P. Moen, G. Elder, Jr., and K. Luscher (Eds.), *Examining lives in context: Perspectives on the ecology of human development*. Pp. 223-266. Washington: American Psychological Association.

## 1994

*Bogenschneider, K., & **Steinberg, L.** (1994). Maternal employment and adolescent academic achievement: A developmental analysis. *Sociology of Education*, *67*, 60-77.

**Steinberg, L.** (1994). The uses of out of school time. In H. Walberg and L. Anderson (Eds.), *Timepiece: Extending and Enhancing Learning Time*. Pp. 35-40. Washington: National Association of Secondary School Principals.

**Steinberg, L.,** & *Darling, N. (1994). The broader context of adolescent development. In R. Silbereisen and E. Todt (Eds.), *Adolescence in context: The interplay of family, school, peers, and work in adjustment*. Pp. 25-45. New York: Springer-Verlag.

**Steinberg, L.,** *Fletcher, A., and *Darling, N. (1994). Parental monitoring and peer influences on adolescent substance use. *Pediatrics*, *93(6)*, 1060-1064.

**Steinberg, L.,** *Lamborn, S., *Darling, N., *Mounts, N., & Dornbusch, S. (1994). Over-time changes in adjustment and competence among adolescents from authoritative, authoritarian, indulgent, and neglectful families. *Child Development*, *65*, 754-770.

## 1993

Brown, B., *Mounts, N., *Lamborn, S., & **Steinberg, L.** (1993). Parenting practices and peer group affiliation in adolescence. *Child Development*, *64*, 467-482.

*Darling, N., & **Steinberg, L.** (1993). Parenting style as context: An integrative model. *Psychological Bulletin, 113*, 487-496.

*Durbin, D., *Darling, N., **Steinberg, L.,** & Brown, B. (1993). Parenting style and peer group membership among European-American adolescents. *Journal of Research on Adolescence*, *3*, 87-100.

Steinberg, Laurence                                                                31

*Lamborn, S., & **Steinberg, L.** (1993). Emotional autonomy redux: Revisiting Ryan and Lynch. *Child Development*, *64*, 483-499.

**Steinberg, L.**, *Fegley, S., & Dornbusch, S. (1993). Negative impact of part-time work on adolescent adjustment: Evidence from a longitudinal study. *Developmental Psychology*, *29*, 171-180.

1992

*Lamborn, S., *Mounts, N., Brown, B., & **Steinberg, L.** (1992). Putting school in perspective: The influence of family, peers, extracurricular participation, and part-time work on academic engagement. In F. Newmann (Ed.), *Student engagement and achievement in American secondary schools*. Pp. 153-181. New York: Teachers College Press.

**Steinberg, L.** (1992). Adolescent transitions and other drug use prevention. In E. Goplerud (Ed.), *Preventing adolescent drug use: From theory to practice*. Pp. 13-51. Washington: Office of Substance Abuse Prevention, U.S. Department of Health and Human Services (OSAP Prevention Monograph-8).

**Steinberg, L.**, Dornbusch, S., & Brown, B. (1992). Ethnic differences in adolescent achievement: An ecological perspective. *American Psychologist*, *47*, 723-729. (Reprinted in M. Hertzig and E. Farber (Eds.) (1993). *Annual Progress in Child Psychiatry*; in H. Clarizio, W. Mehrens, & W Hapkiewicz, (Eds.) (1993). *Contemporary Issues in Educational Psychology*. New York: McGraw-Hill; and in R. Lerner (Ed.) (1999). *Adolescence: Development, diversity, and context*. Hamden, CT: Garland.)

**Steinberg, L.**, *Lamborn, S., Dornbusch, S., & *Darling, N. (1992). Impact of parenting practices on adolescent achievement: Authoritative parenting, school involvement, and encouragement to succeed. *Child Development*, *63*, 1266-1281.

1991

Belsky, J., **Steinberg, L.**, & Draper, P. (1991). Childhood experience, interpersonal development, and reproductive strategy: An evolutionary theory of socialization. *Child Development*, *62*, 647-670. (Reprinted in W. Bukowski, B. Laursen, & K. Rubin (Eds.) (2009). *Social and Emotional Development*. London: Routledge.)

Belsky, J., **Steinberg, L.**, & Draper, P. (1991). Further reflections on an evolutionary theory of socialization. *Child Development*, *62*, 682-685.

Dornbusch, S., Mont-Reynaud, R., Ritter, P., Chen, Z., & **Steinberg, L.** (1991). Stressful events and their correlates among adolescents of diverse backgrounds. In M. Colten and S. Gore (Eds.), *Adolescent stress: Causes and consequences*. Pp. 111-130. Hawthorne, NY: Aldine de Gruyter.

Dornbusch, S., Ritter, P., & **Steinberg, L.** (1991). Community influences on the relation of family statuses to adolescent school performance: Differences between African Americans and non-Hispanic Whites. *American Journal of Education*, *99*, 543-567.

*Lamborn, S., *Mounts, N., **Steinberg, L.**, & Dornbusch, S. (1991). Patterns of competence and adjustment among adolescents from authoritative, authoritarian, indulgent, and neglectful homes. *Child Development*, *62*, 1049-1065.

*Sessa, F., & **Steinberg, L.** (1991). Family structure and the development of autonomy in adolescence. *Journal of Early Adolescence*, *11*, 38-55.

**Steinberg, L.** (1991). Developmental considerations in youth advocacy. In J. Westman (Ed.), *Who speaks for the children? The handbook of individual and class advocacy*. Pp. 23-37. Sarasota, FL: Professional Resource Exchange.

**Steinberg, L.** (1991). Parent-adolescent relations. In R. Lerner, A. Petersen, and J. Brooks-Gunn (Eds.), *The encyclopedia of adolescence*. Pp. 724-728. New York: Garland.

Steinberg, Laurence                                                                                  32

**Steinberg, L.** (1991). The logic of adolescence. In P. Edelman and J. Ladner (Eds.), *Adolescence and poverty: Challenge for the 1990s.* Pp. 19-36. Washington: National Policy Press.

**Steinberg, L.,** & Dornbusch, S. (1991). Negative correlates of part-time work in adolescence: Replication and elaboration. *Developmental Psychology*, *27*, 304-313.

**Steinberg, L.,** *Mounts, N., *Lamborn, S., & Dornbusch, S. (1991). Authoritative parenting and adolescent adjustment across various ecological niches. *Journal of Research on Adolescence*, *1*, 19-36. (Reprinted in R. Lerner (Ed.) (1999). *Adolescence: Development, diversity, and context*. Hamden, CT: Garland.)

### 1990

Brown, B., & **Steinberg, L.** (March, 1990). Academic achievement and social acceptance. *The Education Digest*, pp. 57-60.

*Koski, K., & **Steinberg, L.** (1990). Parenting satisfaction of mothers during midlife. *Journal of Youth and Adolescence*, *19*, 465-474.

*Silverberg, S., & **Steinberg, L.** (1990). Psychological well-being of parents at midlife: The impact of early adolescent children. *Developmental Psychology*, *26*, 658-666.

**Steinberg, L.** (1990). Autonomy, conflict, and harmony in the family relationship. In S. Feldman and G. Elliot (Eds.), *At the threshold: The developing adolescent*. Pp. 255-276. Cambridge, MA: Harvard University Press.

### 1989

**Steinberg, L.** (1989). Communities of families and education. In W. Weston (Ed.), *Education and the American family: A research synthesis*. Pp. 138-168. New York: New York University Press.

**Steinberg, L.** (1989). Pubertal maturation and parent-adolescent distance: An evolutionary perspective. In G. Adams, R. Montemayor, and T. Gulotta (Eds.), *Advances in adolescent development* (Volume 1) Pp. 71-97. Beverly Hills, CA: Sage.

**Steinberg, L.,** *Elmen, J., & *Mounts, N. (1989). Authoritative parenting, psychosocial maturity, and academic success among adolescents. *Child Development*, *60*, 1424-1436.

### 1988

**Steinberg, L.** (1988). Reciprocal relation between parent-child distance and pubertal maturation. *Developmental Psychology*, *24*, 122-128.

**Steinberg, L.** (1988). Simple solutions to a complex problem: A response to Rodman, Pratto, and Nelson. *Developmental Psychology*, *24*, 295-296.

### 1987

*Silverberg, S., & **Steinberg, L.** (1987). Adolescent autonomy, parent-adolescent conflict, and parental well-being. *Journal of Youth and Adolescence*, *16*, 293-312.

**Steinberg, L.** (1987). Familial factors in delinquency: A developmental perspective. *Journal of Adolescent Research*, *2*, 255-268.

**Steinberg, L.** (1987). Family processes at adolescence: A developmental perspective. *Family Therapy*, *14*, 77-86.

**Steinberg, L.** (1987). Recent research on the family at adolescence: The extent and nature of sex differences. *Journal of Youth and Adolescence*, *16*, 191-198.

**Steinberg, L.** (1987). Single parents, stepparents, and the susceptibility of adolescents to antisocial peer pressure. *Child Development*, *58*, 269-275.

**Steinberg, L.** (1987). Stability of Type A behavior from early childhood to young adulthood. In P. Baltes, D. Featherman, and R. Lerner (Eds.), *Lifespan development and behavior* (Volume 8) Pp. 129-161. Hillsdsale, NJ: Erlbaum.

**Steinberg, L.** (1987). The ABCs of transformations in family relations at adolescence: Changes in affect, behavior, and cognition. In E.M. Hetherington and R.D. Parke (Eds.), *Contemporary readings in child psychology* (3rd edition). New York: McGraw-Hill.

**Steinberg, L.** (1987). The impact of puberty on family relations: Effects of pubertal status and pubertal timing. *Developmental Psychology*, *23*, 451-460. (Reprinted in: G. Muugi and A. Meehan (Eds.), (1994). *Adolescence*. Acton, MA: Copley; and in R. Lerner (Ed.) (1999), *Adolescence: Development, diversity, and context*. Hamden, CT: Garland.)

**Steinberg, L.**, & *Silverberg, S. (1987). Influences on marital satisfaction during the middle stages of the family life cycle. *Journal of Marriage and the Family*, *49*, 751-760.

1986

**Steinberg, L.** (1986). Latchkey children and susceptibility to peer pressure: An ecological analysis. *Developmental Psychology*, *22*, 433-439.

**Steinberg, L.** (1986). Parents, neglectful and neglected. *Today's Delinquent*, *5*, 7-50.

**Steinberg, L.** (1986). Stability (and instability) of overt Type A behaviors from childhood to young adulthood. *Developmental Psychology*, *22*, 393-402. (Reprinted in: S. Chess and A. Thomas (Eds.). (1987). *Annual progress in child psychology and child development*. New York: Brunner/Mazel.) (Reprinted in: R. Muuss (Ed.), (1989). *Adolescent behavior and society: A book of readings* (4th edition). New York: Random House; and in W. Bukowski, B. Laursen, & K. Rubin (Eds.) (2009). *Social and Emotional Development*. London: Routledge.)

**Steinberg, L.**, & *Silverberg, S. (1986). The vicissitudes of autonomy in early adolescence. *Child Development*, *57*, 841-851. (Reprinted in: R. Muuss (Ed.), (1989). *Adolescent behavior and society: A book of readings* (4th edition). New York: Random House; and in W. Bukowski, B. Laursen, & K. Rubin (Eds.) (2009). *Social and Emotional Development*. London: Routledge.)

1985

**Steinberg, L.** (1985). Early temperamental antecedents of Type A behavior. *Developmental Psychology*, *21*, 1171-1180.

1984

*Brennan, P., & **Steinberg, L.** (1984). Is reminiscence adaptive? Relations among social activity level, reminiscence, and morale. *International Journal of Aging and Human Development*, *18*, 99-110.

**Steinberg, L.** (1984). The varieties and effects of work experience during adolescence. In M. Lamb, A. Brown, and B. Rogoff (Eds.), *Advances in developmental psychology* (Volume 3). Hillsdale, NJ: Erlbaum.

**Steinberg, L.**, Blinde, P., & Chan, K. (1984). Dropping out among language-minority youth. *Review of Educational Research*, *54*, 113-132.

Steinberg, Laurence                                                                          34

### 1983

Greenberger, E., & **Steinberg, L.** (1983). Sex differences in early work experience: A harbinger of things to come. *Social Forces*, *62*, 467-486.

Greenberger, E., & **Steinberg, L.** (1983). Statement on proposed changes in child labor regulations. Hearings of the House Subcommittee on Labor Standards, July 28, 1982. Reprinted in: In E. Greenberger, "A researcher in the policy arena." *American Psychologist*, *38*, 104-111.

### 1982

Greenberger, E., **Steinberg, L.**, & *Ruggiero, M. (1982). A job is a job is a job...Or is it?  Behavioral observations in the adolescent workplace. *Work and Occupations*, *9*, 79-96.

Greenberger, E., **Steinberg, L.**, & *Vaux, A. (1982). Person-environment congruence as a predictor of adolescent health and behavioral disorder. *American Journal of Community Psychology*, *10*, 511-526.

*Ruggiero, M., Greenberger, E., & **Steinberg, L.** (1982). Occupational deviance among first-time workers. *Youth and Society*, *13*, 423-448.

**Steinberg, L.** (1982). Jumping off the work experience bandwagon. *Journal of Youth and Adolescence*, *11*, 183-205.

**Steinberg, L.**, Greenberger, E., *Garduque, L., & *McAuliffe, S. (1982). High school students in the labor force: Some costs and benefits to schooling and learning. *Educational Evaluation and Policy Analysis*, *4*, 363-372.

**Steinberg, L.**, Greenberger, E., *Garduque, L., *Ruggiero, M., & *Vaux, A. (1982). Effects of working on adolescent development. *Developmental Psychology*, *18*, 385-395.

**Steinberg, L.**, Greenberger, E., & *Ruggiero, M. (1982). Assessing job characteristics: When "perceived" and "objective" measures don't converge. *Psychological Reports*, *50*, 771-780.

### 1981

Belsky, J., **Steinberg, L.**, & Walker, A. (1981). The ecology of day care. In M. Lamb (Ed.), *Child rearing in nontraditional families*. Hillsdale, NJ: Erlbaum.

Greenberger, E., & **Steinberg, L.** (1981). The workplace as a context for the socialization of youth. *Journal of Youth and Adolescence*, *10*, 185-210.

*Greenberger, E., **Steinberg, L.**, & Vaux, A. (1981). Adolescents who work: Health and behavioral consequences of job stress. *Developmental Psychology*, *17*, 691-703.

*Ruggiero, M., & **Steinberg, L.** (1981). The empirical study of teenage work: A behavioral code for the assessment of adolescent job environments. *Journal of Vocational Behavior*, *19*, 163-174.

**Steinberg, L.** (1981). Family relations at puberty. In L. Steinberg (Ed.), *The life cycle: Readings in human development*. New York: Columbia University Press.

**Steinberg, L.** (1981). Transformations in family relations at puberty. *Developmental Psychology*, *17*, 833-840.

**Steinberg, L.**, Catalano, R., & Dooley, D. (1981). Economic antecedents of child abuse and neglect. *Child Development*, *52*, 975-985.

**Steinberg, L.**, Greenberger, E., & *Ruggiero, M. (1981). Early work experience: Effects on adolescent occupational socialization. *Youth & Society, 12*, 403-422.

**Steinberg, L.**, Greenberger, E., *Vaux, A., & *Ruggiero, M. (1981). Early work experience: A partial antidote for adolescent egocentrism. *Journal of Youth and Adolescence*, *10*, 141-157.

Steinberg, Laurence                                                                                           35

## 1980

Greenberger, E., & **Steinberg, L.** (1980). Part-time employment of in-school youths: A preliminary assessment of costs and benefits. In B. Linder and R. Taggart (Eds.), *A review of youth employment problems, programs, and policies*. Volume 1. Washington: The Vice-President's Task Force on Youth Employment, U.S. Dept. of Labor.

Greenberger, E., **Steinberg, L.,** *Vaux, A., & *McAuliffe, S. (1980). Adolescents who work: Effects of part-time employment on family and peer relations. *Journal of Youth and Adolescence*, *9*, 189-202.

**Steinberg, L.** (1980). *Understanding Families with Young Adolescents*. Chapel Hill, NC: Center for Early Adolescence, University of North Carolina.

**Steinberg, L.,** & Greenberger, E. (1980). The part-time employment of high school students: A research agenda. *Children and Youth Services Review*, 2, 161-185. (Reprinted in: R. Rist (Ed.). (1980). *Confronting youth employment in the 1980s: Rhetoric versus reality*. New York: Pergamon.)

**Steinberg, L.,** & Greenberger, E. (1980). The transition from adolescence to adulthood: The contribution of part-time work. In F. Monks and P. Heymans (Eds.), *Bidragen tot de Ontwikkelingpsychologie* (Contributions to developmental psychology). Nijmegen, The Netherlands: Deker & van de Vegt.

## 1979

Belsky, J., & **Steinberg, L.** (1979). What does research tell us about day care? A Follow-up report. *Children Today*, *8*, 21-26. (Reprinted in: E.M. Hetherington and R. Parke (Eds.). (1980). *Contemporary readings in child psychology*, (2nd edition). New York: McGraw-Hill.)

**Steinberg, L.,** & Hill, J. (1979). Family interaction patterns during early adolescence. In Rolf E. Muuss (Ed.), *Adolescent behavior and society: A book of readings* (3rd edition). New York: Random House.

## 1978

Belsky, J., & **Steinberg, L.** (1978). The effects of day care: A critical review. *Child Development*, *49*, 929-949. (Reprinted in: S. Chess and A. Thomas (Eds.). (1979). *Annual progress in child psychology and child development*. New York: Brunner/Mazel.)

**Steinberg, L.,** & Hill, J. (1978). Patterns of family interaction as a function of age, the onset of puberty, and formal thinking. *Developmental Psychology*, *14*, 683-684.

## 1976

Hill, J., & **Steinberg, L.** (1976). The development of autonomy during adolescence. In *Jornadas sobre problematica juventil*. Madrid: Fundacion Faustino Orbegozo Eizaguirre.

## ESSAYS, EDITORIALS, AND BOOK REVIEWS

**Steinberg, L.** (in press). The role of serendipity in shaping a career. In F. Kessel (Ed.), *Pillars of developmental psychology*. New York: Cambridge University Press.

**Steinberg, L.** (2021, October 11). Does Instagram harm girls? No one actually knows. *The New York Times*, p. A20.

**Steinberg, L.** (2020, June 16). Expecting students to play it safe if colleges reopen is a fantasy. *The New York Times*, p. A31.

Cauffman, E., & **Steinberg, L.** (2020, April 8). Release nonviolent juvenile offenders from custody to protect them from COVID-19. *Los Angeles Times*. https://www.latimes.com/socal/daily-pilot/opinion/story/2020-04-08/commentary-release-nonviolent-juvenile-offenders-from-custody-to-protect-them-from-covid-19

Hirsh-Pasek, K., & **Steinberg, L.** (2018, November 21). Beyond the midterms: Helping students overcome the impact of No Child Left Behind. Education Plus Development Blog, The Brookings Institution. https://www.brookings.edu/blog/education-plus-development/2018/11/21/beyond-the-midterms-helping-students-overcome-the-impact-of-no-child-left-behind/#disqus_thread

**Steinberg, L.** (2018, September 18). Letter to the editor (Re: Accuser Goes Public, in Risk to Kavanaugh). *The New York Times,* p. A22.

**Steinberg, L.** (2018, March 5). When can you buy a gun, vote, or be sentenced to death? Science suggests US should revise legal age limits. *The Conversation*. https://theconversation.com/when-can-you-buy-a-gun-vote-or-be-sentenced-to-death-science-suggests-us-should-revise-legal-age-limits-92328

**Steinberg, L.** (2018, March 4). Why we should lower the voting age to 16. *The New York Times Sunday Review*, p. 6.

Casey, BJ, Bonnie, R., Davis, A., Faigman, D., Hoffman, M., Jones, O., Montague, R., Morse, S., Raichle, M., Richeson, J., Scott, E., **Steinberg, L.**, Taylor-Thompson, K., & Wagner, A. (2017). *How should justice policy treat young offenders*? Nashville: MacArthur Foundation Research Network on Law and Neuroscience (Vanderbilt Law Research Paper No. 17-9; U of Penn Law School, Public Law Research Paper No. 17-17).

**Steinberg, L.**, Grisso, T., Scott, E., & Bonnie, R. (2016, May 1). Don't treat young adults as teenagers. *The New York Times*, *Sunday Review*, p. 10.

Scott, E., Grisso, T., Levick, M., & **Steinberg, L.** (2015). *The Supreme Court and the transformation of juvenile sentencing*. Chicago: John D. and Catherine T. MacArthur Foundation.

**Steinberg, L.** (2015). Self-control: A driver of student achievement. *Educational Leadership*, *73*, 28-32.

**Steinberg, L.** (2015, March 31). Dzhokhar Tsarnaev, adolescent or adult? *The Boston Globe*, p. A13.

**Steinberg, L.** (2015, February 16). Failings of American high schools. *Teachers College Record*. Online, http://www.tcrecord.org/content.asp?contentid=17864

**Steinberg, L.** (2015, Spring). New foundations of adolescent learning. *Independent School*, 94-99.

**Steinberg, L.** (2015, February 10). Should the legal drinking age be lowered? Opinion piece for "Room for Debate," *The New York Times*. http://www.nytimes.com/roomfordebate/2015/02/10/you-must-be-21-to-drink?rref=homepage

**Steinberg, L.** (2014, November 4). A 16-year-old is as good as an 18-year-old -- or a 40-year-old --at voting. *Los Angeles Times*. http://www.latimes.com/opinion/op-ed/la-oe-steinberg-lower-voting-age-20141104-story.html (reprinted in the *Philadelphia Inquirer* as "It's time to allow 16-year-olds to vote" on November 9, 2014).

**Steinberg, L.** (2014, October 31). Injuries. Stress. Divided attention. Are coaches damaging our kids? *TIME*. http://time.com/3551269/injuries-stress-divided-attention-are-coaches-damaging-our-kids/

**Steinberg, L.** (2014, October 11). Thinking outside the box. *New Scientist*, 30-31.

**Steinberg, L.** (2014, September 22). Obesity, early puberty and why we should be concerned. Opinion piece for CNN.com. http://www.cnn.com/2014/09/22/opinion/steinberg-obesity-puberty/index.html

**Steinberg, L.** (2014, September 21). The case for delayed adulthood. *The New York Times*, *Sunday Review,* p. 12.

**Steinberg, L.** (2014, September 17). Is character education the answer? *Education Gadfly,* http://edexcellence.net/articles/is-character-education-the-answer

Steinberg, Laurence                                                                                     37

**Steinberg, L.** (2014, September 14). Some millennials are this trapped: Income inequality, obesity, and the neuroscience of adolescence. *Salon.* http://www.salon.com/2014/09/14/some_millennials_are_this_trapped_income_inequality_obesity_and_the_neuroscience_of_adolescence/#comments

**Steinberg, L.** (2014, July 5). Letter to the editor (Re: Rape on Campus, and the Law). *The New York Times,* p. A18.

**Steinberg, L.** (2014, April 27). Friends can be dangerous. *The New York Times, Sunday Review*, p. 12.

**Steinberg, L.** (2014, March 11). Justice system is failing young black men. Opinion piece for cnn.com. http://www.cnn.com/2014/03/11/opinion/steinberg-black-youth-prison/

**Steinberg, L.** (2014, February 11). What's holding back American teenagers? *Slate.* http://www.slate.com/articles/life/education/2014/02/high_school_in_america_a_complete_disaster.html

**Steinberg, L.** (2014, January 27). Beyond early childhood education. Letter to the editor (Re: It Takes a Generation). *The New York Times*.

**Steinberg, L.** (2013, September 28). Violence in the media. Letter to the editor. (Re: Does Media Violence Lead to the Real Thing?). *The New York Times, Sunday Dialogue*.

**Steinberg, L.** (2013). The importance of serendipity. In J. Brooks-Gunn, R. Lerner, A. Petersen, & R. Silbereisen (Eds.) *The developmental science of adolescence: History through autobiography.* Pp. 494-501. New York: Psychology Press.

**Steinberg, L.** (2012, June 5). Seeing juveniles' maturity, and immaturity. Opinion piece for "Room for Debate," *The New York Times*. http://www.nytimes.com/roomfordebate/2012/06/05/when-to-punish-a-young-offender-and-when-to-rehabilitate/sentences-should-acknowledge-juveniles-maturity-and-immaturity

**Steinberg, L.** (2012, May 29). What the brain says about maturity. Opinion piece for "Room for Debate," *The New York Times*. http://www.nytimes.com/roomfordebate/2012/05/28/do-we-need-to-redefine-adulthood/adulthood-what-the-brain-says-about-maturity

**Steinberg, L.** (2012, March 19). "Don't put juveniles in jail for life." Opinion piece for cnn.com. http://www.cnn.com/2012/03/19/opinion/steinberg-juvenile-crime/index.html?hpt=hp_bn6

**Steinberg, L.** (2012, February 6). Letter to the editor (Re: Hysterical Teenage Girls). *The New York Times*, p. A22.

**Steinberg, L.** (November 1, 2011). Moshman on adolescent and teen brains: Some valid points, but wrong in several respects. *Human Development*.

**Steinberg, L.** (April 18, 2011). "Raise age to buy cigarettes to 21." Opinion piece for cnn.com. Reprinted in Hill, M. (Ed.). *Teen rights and freedoms: Tobacco and smoking.* Farmington Hills, MI: Gale Group. http://edition.cnn.com/2011/OPINION/04/18/steinberg.smoking.teens/?hpt=C2

**Steinberg, L.** (2011). Demystifying the adolescent brain. *Educational Leadership*, *68,* 42-46.

**Steinberg, L.** (February 25, 2011). "Brain Development Science Sheds Light on Teen Driving." http://www.autoobserver.com/2011/02/brain-development-science-sheds-light-on-teen-driving.html

**Steinberg, L.** (February 14, 2011). "Talk to Your Teen About Sex." http://www.psychologytoday.com/blog/you-and-your-adolescent/201102/talking-your-teen-about-sex

**Steinberg, L.** (February 3, 2011). "How Peers Affect the Teenage Brain." http://www.psychologytoday.com/blog/you-and-your-adolescent/201102/how-peers-affect-the-teenage-brain

**Steinberg, L.** (February 3, 2011). "Learning from the Tragedy in Tampa." http://www.psychologytoday.com/blog/you-and-your-adolescent/201102/learning-the-tragedy-in-tampa

**Steinberg, L.** (2011, January 30). "Parent rage toward teens is not rare." Invited opinion piece for cnn.com. (http://www.cnn.com/2011/OPINION/01/30/steinberg.adolescent.violence/index.html?iref=allsearch).

**Steinberg, L.** (January 18, 2011). "Another Take on Tiger Mothering." http://www.psychologytoday.com/blog/you-and-your-adolescent/201101/another-take-tiger-mothering

**Steinberg, L.**, & Scott, E. (2010). Should juvenile offenders ever be sentenced to life without the possibility of parole? *Human Development*, *53*, 53-54.

Scott, E., & **Steinberg, L.** (2009, November 14). The young and the reckless. *The New York Times*, p. A23.

**Steinberg, L.**, & Haskins, R. (Fall, 2008). Keeping adolescents out of prison. *Future of Children Policy Brief*. Washington: Brookings. (Reprinted in P. Kumar (Ed.), *Doctrine of proportionality: Applications and implications*. Pp. 66-76. Hyderabad, India: Amicus Books).

**Steinberg, L.** (2007). Juveniles in the justice system: New evidence from research on adolescent development. Research brief prepared for the Wisconsin Family Impact Seminars.

**Steinberg, L.** (2007, October 11). Letter to the editor (Re: The "I'm Just Finding Myself" Decade). *The New York Times*.

**Steinberg, L.** (2007). Learning from experience: The adolescence researcher and his adolescent. *NCFR Report*, June, p. F2 and ff.

**Steinberg, L.** (November, 2007). Youth facts vs. a writer's fiction. *Youth Today*.

**Steinberg, L.** (2006). Develop good parenting habits. In S. Ettus (Ed.). *The Experts' Guides to the Baby Years*. Pp. 120-122. New York: Clarkson Potter.

**Steinberg, L.** (2005). The most unpretentious scholar. (In appreciation of Urie Bronfenbrenner). *APS Observer, 18*, 31.

**Steinberg, L.** (July/August, 2005). Parents' roles in children's school success. *ASCA School Counselor*, pp. 36-42.

**Steinberg, L.**, & Piquero, A. (2005, November 15). When tough luck makes tender fans. *Philadelphia Daily News*, p. 17.

**Steinberg, L.** (May, 2004). A brief guide to parenting teens. *Time*, p. 65.

**Steinberg, L.** (May, 2004). The most effective discipline ever. *Parents Magazine*, pp. 73-74.

**Steinberg, L.** (2003). Juvenile competence to stand trial. *Joint Center for Policy Research Policy Briefs*, *5*(1).

**Steinberg, L.** (2003). Juveniles on trial: MacArthur Foundation study calls competency into question. *Criminal Justice*, *18*, 20-25.

**Steinberg, L.** (2003, February 5). Does high-states testing harm students? *Education Week*, p. 48 and ff.

**Steinberg, L.**, & Schwartz, R. (2003). Developmental psychology supports individualized decisions of transfer. *Juvenile Justice Update*, *9*, p.1 and ff.

**Steinberg, L.** (2002, November 10). Judging a juvenile killer. *The Washington Post*, p. B7.

**Steinberg, L.** (2001). "A Fresh Perspective on Nature and Nurture." Review of D. Reiss, J. Neiderhiser, E. M. Hetherington, and R. Plomin, *The relationship code: Deciphering genetic and social influences on adolescent development*. Cambridge, MA: Harvard University Press. Reviewed in *Contemporary Psychology*, *46*, 333-335.

**Steinberg, L.** (2001). The importance of serendipity. *Marriage and Family Review, 31*, 31-47.

**Steinberg, L.** (2001, January). Should juvenile offenders be tried as adults? *USA Today Magazine*, 34-35.

**Steinberg, L.** (2001, February 11). Turning poor judgment into a felony. *The San Diego Union-Tribune*, p. G3.

**Steinberg, L.** (2001, March 11). "Experts" miss the point on youth violence. *The Atlanta Journal-Constitution*.

**Steinberg, L.** (2000). Should juvenile offenders be tried as adults? *Poverty Research, 4*, 3-4. (Reprinted in M. Shelley, J. Swift, & S. Schmidt, (Eds.) (2003). *Readings in American Government* (4th ed.). Wadsworth, and in B. Blouse (Ed.) (2003). *Patterns for a Purpose: A Rhetorical Reader* (3rd ed). New York: McGraw-Hill.)

**Steinberg, L.** (2000, March 9). Too young to incarcerate. *ABCNEWS.COM* (http://abcnews.go.com/sections/us/TakingSides/takingsides6.html#pro)

**Steinberg, L.** (2000, April 22) Software can't make school safe. *The New York Times*, p. A15.

**Steinberg, L.** (1999, May 16). Teen angst, violence not a matter of location. *The Atlanta Journal-Constitution*, p. B1.

**Steinberg, L.**, & *Cauffman, E. (1999). Juvenile offenders: Judging their competence to stand trial. *Criminal Justice Journal*, *Winter*, 24-29.

**Steinberg, L.**, & *Cauffman, E. (1999). A developmental perspective on serious juvenile crime: When should juveniles be treated as adults? *Federal Probation*, *December*, 52-57.

**Steinberg, L.** (1998). "Do Sex and Money Make You Crazy?" Review of P. Cohen and J. Cohen, *Life values and adolescent mental health.* Mahwah, New Jersey: Lawrence Erlbaum, 1996. Reviewed in *Contemporary Psychology*, *43*, 122-123.

**Steinberg, L.** (1998). Review of C. Lightfoot, *The culture of adolescent risk-taking*. New York: The Guilford Press, 1996. Reviewed in *American Sociological Review*, *March*, 1485-1487.

**Steinberg, L.** (1998, Spring). SRA at the Crossroads. *Newsletter of the Society for Research on Adolescence*, p. 1 and ff.

**Steinberg, L.** (1997). "Whose Rational Choices?" Review of J. Owen, *Why Our Kids Don't Study*. Baltimore: Johns Hopkins University Press, 1995. Reviewed in *Teachers College Record*, 1997, *1*, 1-4.

**Steinberg, L.** (1997, January). Parental guidance suggested. *Delta Airlines Sky Magazine*, p.82 and ff.

**Steinberg, L.** (1997, Spring). Beyond the classroom: Why school reform has failed. *Vassar Quarterly*, 8-13.

**Steinberg, L.** (1996, Summer). Ethnicity and student achievement. *American Educator*, p. 28 and ff.

**Steinberg, L.** (1996, July 11). Failure outside the classroom. *The Wall Street Journal*, p. A14. (Reprinted in W. Evers, L. Izumi, & P. Riley (Eds.). *School reform: The critical issues*. Pp. 117-120. Stanford, CA: Hoover Institution Press.

**Steinberg, L.** (1996, August 6). School reform won't work if students don't value education. *School Board News*, p. 2 and ff.

**Steinberg, L.** (1996, September 13). Do Mom and Dad deserve an F in education? *The Forward*, p. 21.

**Steinberg, L.** (1996, September). Checked out parents. *The American Enterprise*, p. 45.

**Steinberg, L.** (1996, October 7). Q: Is the crisis in American education created by conservatives? No: The drop in achievement is genuine across ethnic, socioeconomic and age groups. *Insight Magazine*, p. 23 and ff.

**Steinberg, L.**, & *Sessa, F. (1996). "At Long Last, A Scholarly Compendium of Parenting Research." Review of M. Bornstein (Ed.), *Handbook of Parenting*. Mahwah, NJ: Erlbaum, 1996. Reviewed in *Contemporary Psychology*, *41*, 875-877.

**Steinberg, L.** (1995). "The End of the Life-span?" Review of D. Featherman, R. Lerner, and M. Perlmutter (Eds.), *Lifespan Development and Behavior* (Volume 12). Hillsdale, NJ: Erlbaum. Reviewed in *Contemporary Psychology*, *40*, 1081-1082.

**Steinberg, L.** (1995, Winter). Problems and promises of community research. *SRA Newsletter*, p. 1 and ff.

**Steinberg, L.** (1994). Review of *Early adolescence: Perspectives on research, policy, and intervention*. R. Lerner (Ed.). Hillsdale, NJ: Erlbaum, 1993. Reviewed in *American Scientist*, *May/June*.

Steinberg, Laurence                                                                                          40

**Steinberg, L.** & Steinberg, W. (September, 1994). Crossing paths. *Ladies Home Journal's Parent's Digest*, pp. 44-47.

**Steinberg, L.** (1993). Review of *Parent-child relations throughout life*. K. Pillemer and K. McCartney (Eds.). Hillsdale, NJ: Lawrence Erlbaum, 1991. Reviewed in *Child Development Abstracts and Bibliography*, *67*, 99-100.

**Steinberg, L.** (February, 1993). Home alone: Practical tips for working parents of young adolescents. *Ladies Home Journal*.

**Steinberg, L.**, & Levine, A. (April, 1992). Surviving adolescence. *Ladies Home Journal's Parent's Digest*, p.45 and ff.

**Steinberg, L.**, & Greenberger, E. (1990, July 8). Lousy jobs, worse futures. *The Washington Post*, p.C5. (Reprinted in:  J. Marting, (ed.). (1993). *Making a living: A real world reader*, pp. 159-161). New York: HarperCollins.)

**Steinberg, L.**, & Levine, A. (Fall, 1990). Enjoying your child's teenage years. *Temple Review*, 20-23.

Brown, B., & **Steinberg, L.** (Fall, 1989). Skirting the "Brain-Nerd" connection: How bright students save face among peers. *Newsletter of the National Center on Effective Secondary Schools*, *4*, pp. 2-4.

**Steinberg, L.** (1989). "Surprise Endings, at Least for Some."  Review of F. Furstenberg, Jr., J. Brooks-Gunn, and S. Morgan. (1987). *Adolescent mothers in later life*. New York: Cambridge University Press. Reviewed in *Contemporary Psychology*, *34*, 229-232.

**Steinberg, L.** (1987, April 25). Why Japan's students outdo ours. *The New York Times*, p. A15.

**Steinberg, L.** (September, 1987). Bound to bicker: Pubescent primates leave home for good reasons. Our teens stay with us and squabble. *Psychology Today*, pp. 36-39. (Reprinted in J. Olson-Fallon, (ed.). (1992). *Growing up, growing old*. New York: HarperCollins, pp. 48-54; and in D. McQuade and R. Atwan, (Eds.). (1998). *Thinking in writing: Rhetorical patterns and critical response* (4th edition). New York: McGraw-Hill, pp. 374-379.

Greenberger, E., & **Steinberg, L.** (1986, December 10). The debit side of adolescent employment. *Education Week*, p. 24.

**Steinberg, L.** (1984). "What Makes a Lifespan Development Text Good?"  Review of J. Turner and D. Helms. (1983). *Lifespan development* (2nd edition). New York: Holt, Rinehart, and Winston; J. Gibson. (1983). *Living: Human development through the lifespan*. Reading, MA: Addison-Wesley; and R. Lerner and D. Hultsch. (1983). *Human development: A life-span perspective*. New York: McGraw-Hill. Reviewed in *Contemporary Psychology*, 1984, *29*.

**Steinberg, L.** (1984). Review of *The serious business of growing up*. E. Medrich, J. Roizen, V. Rubin, and S. Buckley. Berkeley, CA: University of California Press. 1982. Reviewed in *Children and Youth Services Review*.

**Steinberg, L.** (1982). Review of *Developmental perspectives on child maltreatment*. R. Rizley and D. Cicchetti (Eds.). San Francisco: Jossey-Bass, 1981. Reviewed in *Child Development Abstracts and Bibliography*.

**Steinberg, L.** (1982). Review of *The adolescent: A psychological self-portrait*. D. Offer, E. Ostrov, and K. Howard. New York: Basic Books, 1981. Reviewed in *Social Casework*.

**Steinberg, L.** (1980). Review of *Child influences on marital and family interaction: A life-span perspective*. R.M. Lerner and G.B. Spanier (Eds.). New York: Academic Press, 1978. Reviewed in *Contemporary Sociology*, *9*, 545-546.

**Steinberg, L.**, & Green, C. (1979). What parents seek in day care. *Human Ecology Forum*, *10*, p. 14 and ff.

**RESEARCH GRANTS, AWARDS, AND CONTRACTS**

**National Institute of Child Health and Human Development**

Steinberg, Laurence                                                                                      41

Jason Chein (PI), "Origins and Outcomes of Smartphone and Social Media Habits Across Development"
(2020-2026) ($1,928,224)                              (Role: Co-Principal Investigator)

**National Institute of Justice**
Elizabeth Cauffman (PI), "Delinquency and Crime From Adolescence Through Young Adulthood: The
        Crossroads Study"
(2020-2023) ($999,918)                               (Role: Co-Principal Investigator)

**William T. Grant Foundation**
Elizabeth Cauffman (PI), "Crossroads: Reducing Inequality and Promoting Positive Youth Development
        by Understanding Juvenile Justice Processing"
(2018-2021) ($598,937)                               (Role: Co-Principal Investigator)

**National Institute of Child Health and Human Development**
Jennifer Lansford (PI), "Childhood Risk Factors and Young Adult Competence"
(2017-2022) ($4,290,686)                             (Role: Co-Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg  (PI), "At the Boundary of Adolescence and Adulthood: The Next Generation of
        Neuroscience, Juvenile, and Criminal Justice Reform Conference"
(2017-2019) ($172,500)                               (Role: Principal Investigator)

**National Institute of Mental Health**
Thomas Olino (PI), "Developmental Changes in Reward Responsivity:  Associations with Depression
        Risk Markers"
(2016-2021) ($3,211,838)                             (Role: Co-Investigator)

**John D. and Catherine T. MacArthur Foundation**
Elizabeth Cauffman (PI), "Crossroads: The Impact of Formal vs. Informal Justice System Processing on
        Juveniles' Desistance from Crime"
(2016-2021) ($1,000,000)                             (Role: Co-Principal Investigator)

**Department of Defense, U.S. Army Medical Research and Materiel Command**
Laurence Steinberg (PI), "Group Influences on Young Adult Warfighters' Risk-Taking"
(2012-2016) ($529,000)                               (Role: Principal Investigator)

**National Institute of Child Health and Human Development**
Jennifer Lansford (PI), "Parenting, Adolescent Self-Regulation, and Risk Taking Across Cultures"
(2012-2017) ($4,891,112)                             (Role: Co-Investigator)

**National Institute on Alcohol Abuse and Alcoholism**
Kathryn Harden (PI), "Genetic Influences on Adolescent Decision-Making and Alcohol Use"
(2012-2015) ($418,381)                               (Role: Co-Investigator)

**National Institute on Drug Abuse**
Jason Chein (PI), "Improving Adolescent Decision Making Through Cognitive Control Training"
(2012-2015) ($420,750)                               (Role: Co-Investigator)

Steinberg, Laurence                                                                                        42

**MacArthur Foundation Research Network on Law and Neuroscience**
BJ Casey (PI), "Neural and Behavioral Correlates of Age Differences in Psychological Capacities
     Relevant to Judgments of Criminal Responsibility"
(2011-2016) ($561,250)                                    (Role: Co-Principal Investigator)

**Pennsylvania Department of Health (Health Research Formula Fund Grant)**
Laurence Steinberg (PI), "Social Influences on Alcohol Consumption in Adolescent Versus Adult Mice"
(2011-2012) ($25,000)                                     (Role: Principal Investigator)

**Robert Wood Johnson Foundation (via subcontract from University of Pennsylvania)**
Laurence Steinberg (PI), "Correlates and Consequences of Positive Health in Adolescence"
(2011-2013) ($231,000)                                    (Role: Principal Investigator)

**National Institute on Alcohol Abuse and Alcoholism**
Jason Chein (PI), "Combined Effects of Alcohol and Peer Context on Behavior and Neural Correlates of
     Risk-Taking"
(2011-2016) ($1,719,935)                                  (Role: Co-Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Models for Change Research Initiative, Phase V"
(2010-2019) ($3,000,000)                                  (Role: Principal Investigator)

**Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice**
Elizabeth Cauffman (PI), "Crossroads: Formal versus Informal Processing in the Juvenile Justice System"
(2010-2013) ($500,000)                                    (Role:  Co-Principal Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Models for Change Research Initiative, Phase IV"
(2009-2016) ($500,000)                                    (Role: Principal Investigator)

**Jacobs Foundation**
Klaus J. Jacobs Research Prize in Productive Youth Development
(2009) (1,000,000 Swiss Francs; approximately $1,000,000)      (Role: Inaugural Prize Recipient)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Models for Change Research Initiative, Phase III"
(2008-2021) ($745,539)                                    (Role: Principal Investigator)

**Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice**
Edward Mulvey (PI), "Pathways to Desistance: A Prospective Study of Serious Adolescent Offenders,
     Renewal Proposal"
(2008-2009) ($600,000)                                    (Role:  Co-Principal Investigator)

**National Institute of Justice, U.S. Department of Justice**
Edward Mulvey (PI), "Pathways to Desistance"
(2008-2010) ($995,707)                                    (Role:  Co-Principal Investigator)

Steinberg, Laurence                                                                              43

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Models for Change Research Initiative, Phase II"
(2007-2021) ($2,692,789)                              (Role: Principal Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Models for Change Research Initiative"
(2007-2016) ($600,000)                               (Role: Principal Investigator)

**Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice**
Edward Mulvey (PI), "Pathways to Desistance: A Prospective Study of Serious Adolescent Offenders"
(2007-2009) ($130,000)                              (Role:  Co-Principal Investigator)

**Pennsylvania Council on Crime and Delinquency**
Edward Mulvey (PI), "Pathways to Desistance: A Prospective Study of Serious Adolescent Offenders"
(2007-2008) ($149,268)                              (Role:  Co-Principal Investigator)

**National Institute of Drug Abuse**
Laurence Steinberg (PI), "Peer Effects on Neural and Behavioral Markers of Risk-Taking"
(2006-2011) ($999,315)                              (Role: Principal Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Continuation of the Pathways to Desistance Study: Renewal Proposal"
(2006-2017) ($1,558,662)                             (Role: Principal Investigator)

**Pennsylvania Council on Crime and Delinquency**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders"
(2006-2007) ($148,163)                              (Role: Co-Principal Investigator)

**Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders, Renewal Proposal"
(2006-2008) ($1,498,131)                             (Role: Co-Principal Investigator)

**National Institute of Drug Abuse**
Edward Mulvey (PI), "Pathways to Desistance from Substance Use Problems and Crime"
(2005-2010) ($4,732,905)                             (Role: Co-Principal Investigator)

**National Institute of Child Health and Human Development**
Laurence Steinberg (PI), "NICHD Study of Early Child Care and Youth Development, Phase IV"
(2005-2009) ($1,354,701)                             (Role: Principal Investigator)

**Pennsylvania Council on Crime and Delinquency**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders in Philadelphia"
(2005-2006) ($149,370)                              (Role: Co-Principal Investigator)

**Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders, Renewal Proposal"
(2005-2006) ($1,499,817)                             (Role: Co-Principal Investigator)

Steinberg, Laurence                                                                44

**Pennsylvania Council on Crime and Delinquency**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders in Philadelphia"
(2004-2005) ($149,122)                              (Role: Co-Principal Investigator)

**National Institute of Mental Health**
Nathan Fox (PI), "The Effects of Early Temperament on Social Behavior in Adolescence"
(2004-2007) ($1,053,624)                           (Role: Co-Principal Investigator)

**Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders, Renewal Proposal"
(2004) ($1,450,000)                                (Role: Co-Principal Investigator)

**Pennsylvania Council on Crime and Delinquency**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders in Philadelphia"
(2003-2004) ($149,975)                             (Role: Co-Principal Investigator)

**Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders, Renewal Proposal"
(2003) ($1,700,000)                                (Role: Co-Principal Investigator)

**Pennsylvania Council on Crime and Delinquency**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders in Philadelphia"
(2002-2003) ($149,659)                             (Role: Co-Principal Investigator)

**National Institute of Mental Health**
Ronald Dahl (PI), "Affect Regulation and Adolescent Brain Maturation"
(2002-2006) ($1,488,333)                           (Role: Co-Investigator)

**William T. Grant Foundation**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders"
(2002-2005) ($350,000)                             (Role: Co-Principal Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Research Network on Adolescent Development and Juvenile Justice"
(2002-2016) ($5,600,000)                           (Role: Principal Investigator)

**William Penn Foundation**
Laurence Steinberg (PI), "A Prospective Study of Serious Juvenile Offenders in Philadelphia"
(2002-2005) ($601,928)                             (Role: Principal Investigator)

**Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders, Renewal Proposal"
(2001-2002) ($1,700,000)                           (Role: Co-Principal Investigator)

**Robert Wood Johnson Foundation**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders"
(2001-2004) ($742,505)                             (Role: Co-Principal Investigator)

Steinberg, Laurence                                                                                     45

**William T. Grant Foundation**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders"
(2001-2004) ($742,505)                                    (Role: Co-Principal Investigator)

**Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders, Renewal Proposal"
(2000-2001) ($1,700,000)                                   (Role: Co-Principal Investigator

**National Institute of Justice, U.S. Department of Justice**
Edward Mulvey (PI), "A Prospective Study of Serious Adolescent Offenders, Renewal Proposal"
(2000) ($1,700,000)                                       (Role: Co-Principal Investigator)

**Open Society Institute, The Soros Foundations**
Laurence Steinberg (PI), "The Competence of Adolescents as Trial Defendants"
(1999-2002) ($225,000)                                    (Role: Principal Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Research Network on Adolescent Development and Juvenile Justice"
(1999-2001) ($4,080,000)                                  (Role: Principal Investigator)

**MacArthur Foundation Research Network on Psychopathology and Development**
Laurence Steinberg (PI), "Development of Assessment Modules for Middle Childhood, Extension and
      Supplement,"
(1999-2000) ($25,696)                                     (Role: Principal Investigator)

**MacArthur Foundation Research Network on Psychopathology and Development**
Laurence Steinberg (PI), "Assessment of Life Stress in Children and Adolescents: Development of the
      PACE/LEDS"
(1999) ($53,000)                                          (Role: Principal Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Research Network on Adolescent Development and Juvenile Justice,
      Supplement"
(1998) ($175,000)                                         (Role: Principal Investigator)

**MacArthur Foundation Research Network on Psychopathology and Development**
Laurence Steinberg (PI), "Assessment of Life Stress in Children and Adolescents: Development of the
      PACE/LEDS"
(1998) ($36,819)                                          (Role: Principal Investigator)

**MacArthur Foundation Research Network on Psychopathology and Development**
Laurence Steinberg (PI), "Development of a Context Module for Middle Childhood, Supplement"
(1998) ($24,780)                                          (Role: Principal Investigator)

**MacArthur Foundation Research Network on Psychopathology and Development**
Laurence Steinberg (PI), "Assessment of Life Stress in Children and Adolescents"
(1997-1998) ($74,100)                                     (Role: Principal Investigator)

Steinberg, Laurence                                                                                    46

**MacArthur Foundation Research Network on Psychopathology and Development**
Laurence Steinberg (PI), "Development of a Context Module for Middle Childhood"
(1997-1998) ($101,600)                                    (Role: Principal Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Research Program on Adolescent Development and Juvenile Justice"
(1997-1998) ($1,250,000)                                  (Role: Principal Investigator)

**MacArthur Foundation Research Network on Psychopathology and Development**
Laurence Steinberg (PI) "Child and Adolescent Life Events Development"
(1996-1997) ($64,830)                                     (Role: Principal Investigator)

**MacArthur Foundation Research Network on Psychopathology and Development**
Laurence Steinberg (PI), "Development of a Context Module"
(1996-1997) ($89,600)                                     (Role: Principal Investigator)

**John D. and Catherine T. MacArthur Foundation**
Laurence Steinberg (PI), "Adolescent Development and Juvenile Justice: Planning Grant"
(1996) ($60,000)                                          (Role: Principal Investigator)

**MacArthur Foundation Research Network on Psychopathology and Development**
Laurence Steinberg (PI), "Adolescent LEDS Collaborative Project"
(1995-1996) ($10,770)                                     (Role: Principal Investigator)

**MacArthur Foundation Research Networks on Successful Pathways Through Middle Childhood**
    **and on Psychopathology and Development**
Laurence Steinberg (PI), "Establishment of a Joint Task Force on Family Processes"
(1995-1996) ($114,644)                                    (Role: Principal Investigator)

**William T. Grant Foundation**
Laurence Steinberg (PI), "Family, Peer, and Community Influences on Psychological Adjustment in Late
    Adolescence"
(1991-1995) ($298,783)                                    (Role: Principal Investigator)

**Temple University Biomedical Research Fund**
Laurence Steinberg (PI), "Parenting Practices Related to Aggressive and Nonaggressive Rule-Breaking
    Behavior in Adolescence"
(1990) ($1,400)                                           (Role: Principal Investigator)

**The Lilly Endowment**
Laurence Steinberg (PI), "Family, Peer, and Community Influences on Adolescent Achievement"
(1990-1993) ($246,610)                                    (Role: Principal Investigator)

**Temple University Research Incentive Fund**
Robert Fauber (PI), "Adolescent Autonomy and Parenting Style"
(1989-1990) ($3,500)                                      (Role: Co-Principal Investigator)

Steinberg, Laurence                                                                             47

**Graduate School Research Committee, University of Wisconsin--Madison**
B. Bradford Brown (PI), "Ethnographic Study of Three High Schools"
(1988-1990) ($23,713)                              (Role: Co-Principal Investigator)

**National Center on Effective Secondary Schools, U.S. Department of Education**
B. Bradford Brown (PI), "Noninstructional Influences on Academic Achievement"
(1988-1990) ($660,000)                             (Role: Co-Principal Investigator)

**William T. Grant Foundation**
Laurence Steinberg (PI) "Adolescent Autonomy and Family Relations"
(1987-1988) ($9,336)                               (Role: Principal Investigator)

**National Center on Effective Secondary Schools, U.S. Department of Education**
B. Bradford Brown (PI), "Noninstructional Influences on Academic Achievement"
(1987-1988) ($51,539)                              (Role: Co-Principal Investigator)

**Graduate School Research Committee, University of Wisconsin**
Laurence Steinberg (PI), "Family Transitions During Adolescence,"
(1986-1987) ($11,586)                              (Role: Principal Investigator)

**National Center on Effective Secondary Schools, U.S. Department of Education**
Laurence Steinberg (PI), "Student Achievement and Responsibility"
(1985-1986) ($17,000)                              (Role: Principal Investigator)

**Graduate School Research Committee, University of Wisconsin**
Laurence Steinberg (PI), "Changes in Family Relations During Adolescence"
(1984-1985) ($11,337)                              (Role: Principal Investigator)

**William T. Grant Foundation**
Laurence Steinberg (PI) "Faculty Scholars Award"
(1983-1988) ($161,250)                             (Role: Principal Investigator)

**University of California Focused Research Program**
Ellen Greenberger (PI) "Early Work Experience and Adolescent Stress"
(1979-1982) ($9,652)                               (Role: Co-Principal Investigator)

**The Ford Foundation**
Ellen Greenberger (PI), "Early Adolescents at Work: Dissemination of Findings to National and
      International Policy-Makers"
(1979-1982) ($25,000)                              (Role: Co-Principal Investigator)

**The Spencer Foundation**
Ellen Greenberger (PI), "Early Adolescents at Work: Effects of Part-Time Employment on Family
      Relations, Peer Relations, and Psychosocial Development"
(1979-1982) ($29,400)                              (Role: Co-Principal Investigator)

Steinberg, Laurence                                                                48

**National Institute of Education**
Ellen Greenberger (PI), "Early Adolescents at Work: Costs and Benefits to Learning and Social
        Development"
(1979-1981) ($122,313)                                (Role: Co-Principal Investigator)

**National Institute of Education**
Ellen Greenberger (PI), "Early Adolescents at Work: Effects of Part-Time Employment on Literacy and
        Maturity"
(1978-1979) ($100,499)                                (Role: Co-Principal Investigator)

**Committee on Instructional Development, University of California**
Laurence Steinberg (PI), "Development of Instructional Materials for 'Human Development over the Life
        Cycle'"
(1978) ($2,492)                                (Role: Principal Investigator)

**College of Human Ecology, Cornell University**
Laurence Steinberg (PI), "A Longitudinal Study of Physical Growth, Intellectual Growth, and Family
        Interaction in Early Adolescence"
(1977) ($509)                                (Role: Principal Investigator)

Steinberg, Laurence                                                                 49

## PRESENTATIONS

### Keynotes, Plenary Addresses, and Named Lectures

National Consortium of Secondary STEM Schools, Student Mental Wellness Summit, April, 2021.
Texas Judicial Commission on Mental Health, Judicial Summit on Mental Health, Virtual Conference,
    November, 2020.
New York State Association of Independent Schools, Admissions and Placement Directors Conference,
    New Paltz, New York, April 2019.
MAPP Summit, University of Pennsylvania, Philadelphia, October, 2018.
National Alliance of Sentencing Advocate and Mitigation Specialists, Philadelphia, April, 2018.
Taipei American School, Taipei, November, 2017.
Lindsay Dryden Speaker, The Odyssey School, Stevenson, MD, November, 2016.
Gray Matters Summit, Confederation of Oregon School Administrators, Eugene, August, 2016.
Claritycon2016, Clarity Child Guidance Center, San Antonio, June, 2016.
Pearl Leibovitch Clinical Day, Agence Ometz, Montreal, Many, 2016.
Betty and Bernard S. Shapiro Family Endowment Lecture, Agence Ometz, Montreal, May, 2016.
37th Annual Conference of Agencies and Organizations Serving Troubled Youth, Snowbird, Utah, May,
    2016.
SPEAK, San Francisco, April, 2016.
Science of Hope, Foundation for Healthy Generations, Seattle, April, 2016.
Teachers College, Columbia University, November, 2015.
Learning & the Brain Society, Boston, November, 2015.
Genoa Science Festival, Genoa, October, 2015.
Lois Bloom Lecture, Child Study Center, Pennsylvania State University, September, 2015.
World Congress on Community Corrections, Los Angeles, July, 2015.
Spiker Memorial Lecture, Department of Psychology, University of Iowa, April, 2015.
34th Annual School Psychology Conference, Temple University, March, 2015.
Catholic Partnership Schools Education Summit, Mt. Laurel, New Jersey, March, 2015.
University of Chicago Crime Lab, January, 2015.
Models for Change Ninth Annual Working Conference, Washington, December, 2014.
Families First Fathers Breakfast, Boston, October, 2014.
Juvenile Defender Leadership Summit, Louisville, October, 2014.
American Academy of Psychiatry and the Law, Chicago, October, 2014.
FLUX (International Congress for Integrative Developmental Cognitive Neuroscience), Los Angeles,
    September, 2014.
European Association for Research on Adolescence, Izmir, Turkey, September, 2014.
National Council of Family and Juvenile Court Judges, Chicago, July, 2014.
National Center for Mental Health and Juvenile Justice, Washington, May, 2014.
Grimes Lecture, Department of Psychology, LaSalle University, March, 2014.
Society for Research on Adolescence, Austin, March, 2014.
Birch Lecture, International Neuropsychological Society, Seattle, February, 2014.
Boyd McCandless Lecture in Developmental Psychology, Department of Psychology, Emory University,
    October, 2013.
P. Browning Hoffman Memorial Lecture in Law and Psychiatry, University of Virginia School of Law,
    October, 2013.
2013 Youth Services Conference, Wisconsin Department of Children and Families, Wisconsin Dells, WI,
    October, 2013.
Models for Change National Court Leadership Symposium, Washington, October, 2013.

Steinberg, Laurence                                                                          50

Society for Research in Psychopathology, Oakland, September, 2013.
Sulzberger Colloquium, Center for Child and Family Policy, Duke University, September, 2013.
Sulzberger Distinguished Lecture, Center for Child and Family Policy, Duke University, September,
        2013.
Teenwise Minnesota, St. Paul, Minnesota, May, 2013.
Teaching Institute, Society for Research in Child Development, Seattle, April, 2013.
Allen L. Edwards Psychology Lecture Series, University of Washington, February, 2013.
Adolescent Brain Development and Trauma: Moving from Theory to Action, Casey Family Programs,
        Philadelphia, October, 2012.
American Psychological Association, Orlando, August, 2012.
Henry and Bryna David Lecture, National Academy of Sciences, Washington, November, 2011.
Cognitive Development Society, Philadelphia, October 15, 2011.
Harrington Distinguished Visiting Professor Lecture, Department of Psychology, Baldwin-Wallace
        College, October, 2011.
Breiland Lecture, University of Illinois School of Social Work, September, 2011.
Gatlinburg Conference on Research and Theory in Intellectual and Developmental Disabilities, San
        Antonio, 2011.
Joint Meeting on Adolescent Treatment Effectiveness, Baltimore, December, 2010.
Woodrow Wilson School of Public and International Affairs, Princeton University, December, 2010.
Phillips Andover Academy, November, 2010.
Third Annual El Paso County Mental Health Law Conference, El Paso, October, 2010.
Mercyhurst Criminal Justice Conference, Erie, PA, October, 2010.
Alaska Addictions Professional Association, Anchorage, May, 2010.
Cherlin Memorial Lecture, Department of Psychology, Yale University, October, 2009.
Award address for Distinguished Contributions to Research in Public Policy, American Psychological
        Association, Toronto, August, 2009.
MacArthur Foundation Models for Change Annual Meeting, Washington, December, 2008.
Presidential address, Division of Developmental Psychology, American Psychological Association,
        Boston, August, 2008.
Minnesota Association for Children's Mental Health, Duluth, Minnesota, April, 2008.
Jean Piaget Society, Quebec City, June, 2008.
Justin Wise Polier Colloquium, Citizen's Committee for Children, New York, April, 2007.
APA Distinguished Scientist Lecture, Rocky Mountain Psychological Association, Phoenix, April, 2005.
Joint Meeting on Adolescent Treatment Effectiveness, Washington, April, 2007.
Barbara Lemann Memorial Lecture, Tulane University Health Science Center, March, 2005.
Russell Barkley Lecture, Department of Psychiatry, University of Massachusetts Medical School,
        November, 2006.
Master Lecture, XVIII Congresso di Psicologia dello Sviluppo, Sciacca, Italy, September, 2004.
National Family & Parenting Institute, London, April, 2002.
University of Virginia Institute of Law, Psychiatry and Public Policy, Richmond, March, 2002.
Presidential address, Society for Research on Adolescence, Chicago, March, 2000.
Konopka Lecture, University of Minnesota, February, 2000.
Parent Education Institute, University of Minnesota, St. Paul, June, 2001.
Children, Youth and Families at Risk Program Initiative, Cooperative Extension Service, U.S.
        Department of Agriculture, San Diego, March, 2001.
Cummins Endowment for Adolescent Medicine Lecture, Morristown Memorial Hospital, Morristown,
        NJ, December, 1999.
Gallagher Lecture, Society for Adolescent Medicine, Los Angeles, March, 1999.
Colorado Principals' Center Winter Institute, Denver, February, 1997.

Steinberg, Laurence                                                                                          51

Golden Apple Foundation Annual Dutch Koldyke Forum, Chicago, October, 1996.
Anathan Foundation Lecture, Western Psychiatric Institute and Clinic, University of Pittsburgh Medical
    Center, September, 1995.
Goucher College Educational Conference, March, 1994.
Matthew Vassar Lecture, Vassar College, New York, September, 1996.
European Association for Research on Adolescence, Liège, Belgium, May, 1996.
Delaware Association of School Administrators, Dover, January, 1991.
Grantmakers for Children and Youth, San Francisco, November, 1987.
Empire State Organization of Youth Employment Services, Syracuse, June, 1987.
Vermont Association for Middle Level Education, Burlington, November, 1985.


**Invited Talks**

Neuroscience and Law Center, Fordham University Law School, November, 2022.
Regional Organization for Child and Adolescent Psychiatry, Greater St. Louis Council, November, 2021.
Ventura County Department of Probation, September, 2021.
Colorado Office of the Alternate Defense Council, Annual Forensic Social Work and Forensic Clinical
    Advocate Annual Conference, Denver, June, 2021.
Chief Probation Officers of California, Sacramento, January, 2021.
Texas Judicial Commission on Mental Health, Austin, November, 2020.
Family Action Network, Chicago, October, 2020
Chief Probation Officers of California, Sacramento, August, 2020.
Lena Pope, Fort Worth, October, 2019
Learning & the Brain, New York, May, 2019.
Flintridge Preparatory School, La Canada, California, April, 2019.
Washington State House of Representatives Committee on Public Safety, Seattle, November, 2018.
Neuroscience School of Advanced Studies, Venice, Italy, September, 2018.
WGBH Innovation IdeaLab, Boston, November, 2017.
Montclair Kimberly Academy, Montclair, NJ, November, 2017.
Center for Neuroscience and Society, University of Pennsylvania, October, 2017.
World Bank and Brazilian Ministry of Education, Brasilia, September, 2017.
Princeton HealthCare System, Princeton, NJ, August, 2017.
OECD, Conference on The Future of Education and Skills, Lisbon, May, 2017.
Child Mind Institute, New York, April, 2017.
Federal Reserve System, Washington, March, 2017.
Miss Edgar's and Miss Cramp's School, Westmount, Quebec, March, 2017.
Aspen Institute Society of Fellows, Aspen, August, 2016.
Aspen Ideas Festival, June, 2016.
The Ford Foundation, June, 2016.
Bermuda Sloop Foundation, Hamilton, Bermuda, June, 2016.
Trinity School and Dalton School, New York, April, 2016.
Clinton Global Initiative Winter Meeting, New York, February, 2016.
St. Clements School, Toronto, February, 2016.
Hinsdale School District, Hinsdale, IL, January, 2016.
DuPage County Health Department, Wheaton, IL, January, 2016.
Glenbard Parent Series, Glen Ellyn, IL, January, 2016.
National Governors Association, Center for Best Practices, Washington, December, 2015.
Jacobs Foundation, Zurich, December, 2015.

Steinberg, Laurence                                                                                          52

Seven College Conference, Smith College, December, 2015.
The Shipley School, Bryn Mawr, PA, November, 2015.
Center for Law, Brain, and Behavior, Harvard Law School, November, 2015.
Temple Law Review Symposium, Temple University, October, 2015.
Philadelphia Family Court Judges, September, 2015.
Neshaminy School District, Langhorne, PA, September, 2015.
Aspen Ideas Festival, Aspen, July, 2015.
The Philadelphia School, Philadelphia, May, 2015.
Woodrow Wilson School, Princeton University, April, 2015.
Vera Institute of Justice, Congressional Briefing, Washington, February, 2015
Glenbard Parent Series, Glen Ellyn, IL, November, 2014.
Family Action Network, Northfield, IL, November, 2014.
Family Action Network, Evanston, November, 2014.
School of Education, University of California, Irvine, October, 2014.
College of Health and Behavioral Sciences, Chapman University, October, 2014.
The Pacific Club, Newport Beach, October, 2014.
Free Library of Philadelphia, September, 2014.
Town Hall, Seattle, September, 2014.
Education/Psychology Library, University of California, Berkeley, September, 2014.
Graduate School of Education, Harvard University, September, 2014.
Teachers College, Columbia University, September, 2014.
Masters in Applied Positive Psychology Program, University of Pennsylvania, September, 2014.
Conference on the Third Decade of Life, Volkswagen Foundation, Hannover, Germany, June, 2014.
Workshop on Development of Recommendations for the Assessment of Adolescents' Competence in
        Clinical Care. World Health Organization, Brocher Foundation, Geneva, June, 2014.
Conference on Preventing and Responding to Prescription Drug Abuse on Campus, Temple University,
        June, 2014.
Hamilton Project Forum, National Press Club, Washington, May, 2014.
Institute of Medicine, Committee on the Health Implications of Raising the Minimum Age for Purchasing
        Tobacco Products, April, 2014.
Advocates for Children of New Jersey, East Windsor, New Jersey, March, 2014.
Camden County Council on Alcoholism and Drug Abuse, Camden, December, 2013.
Talks to Teachers, University of Pennsylvania, November, 2013.
Preconference on evolutionary psychology, Society for Research in Child Development, Seattle, April,
        2013.
Colloquium on Law, Neuroscience, and Criminal Justice, Stanford Law School, March, 2013.
Casey Family Foundation Board of Trustees, Seattle, February, 2013.
National Scientific Council on the Developing Child, Washington, December, 2012.
MacArthur Foundation Models for Change National Conference, Washington, December, 2012.
Lower Merion School District, Ardmore, Pennsylvania, November, 2012.
Cuidad de Las Ideas, Puebla, Mexico, November, 2012.
Calleva Research Centre, Magdelan College, University of Oxford, October, 2012.
Germantown Academy, Philadelphia, October, 2012.
Conference on Promoting Positive Development in the Third Decade of Life, Center for the Advanced
        Study in the Behavioral Sciences, Stanford University, June, 2012.
University of Minnesota Extension, St. Paul, April, 2012.
Population Research Center, Columbia University, April, 2012.
New York State Judicial Institute, White Plains, NY, December, 2011.
Parents Translational Research Center, University of Pennsylvania, October, 2011.

Steinberg, Laurence                                                                                      53

Advocates for Children of New Jersey, East Windsor, New Jersey, April, 2011.
Jacobs Foundation Conference, Marbach, Germany, April, 2011.
Raymond and Beverly Sackler U.S.A.-U.K. Scientific Forum, The National Academy of Sciences/The
          Royal Society, Irvine, CA, March, 2011.
Jacobs Foundation, Zurich, December, 2010.
Citizens for Juvenile Justice Leadership, Boston, December, 2010.
Parents of Students of Phillips Academy, Andover, MA, November, 2010.
National Institute of Child Health and Human Development, Rockville, MD, July, 2010.
German Psychological Association, Dornburg, Germany, June, 2010.
Corporate Alliance for Drug Education, Philadelphia, June, 2010.
Association for Psychological Science, Boston, May, 2010.
Alaska Addictions Professional Association, Anchorage, May, 2010.
State of Alaska Division of Juvenile Justice, Anchorage, May, 2010.
University of Chicago School of Law, April, 2010.
Bloomberg School of Public Health, The Johns Hopkins University, October, 2009.
New York City Bar Association, New York, May, 2009.
Learning and the Brain Society, Washington, May, 2009.
U.S. House of Representatives Education and Labor Committee, Washington, April, 2009.
University of North Carolina at Greensboro, January, 2009.
Woodrow Wilson School of Public and International Affairs, Princeton University, November, 2008.
The World Bank, Washington, November, 2008.
Pennsylvania Senate Judiciary Committee, Harrisburg, September, 2008.
Jacobs Foundation Forum on Youth, Berlin, July, 2008.
Newkirk Center for Science and Society and the Center for Psychology and Law, University of
          California, Irvine, May, 2008.
Minnesota Association for Children's Mental Health, Duluth, April, 2008.
National Institute on the Teaching of Psychology (NITOP), St. Pete Beach, Florida, January, 2008.
U.S. Food and Drug Administration, Washington, December, 2007.
Norfolk Academy, Norfolk, Virginia, November, 2007.
APA Grand Challenges Summit, Baltimore, October, 2007.
Wisconsin Family Impact Seminar, Madison, October, 2007.
CAB Health and Recovery Services, Salem State College, Salem, Massachusetts, October, 2007.
National Governors' Association Service Policy Advisors' Retreat, New Orleans, June, 2007.
Coalition for Juvenile Justice, Washington, June, 2007.
United States Senate Judiciary Committee, June, 2007.
Leiden University, The Netherlands, May, 2007.
National Conference of State Legislatures Spring Forum, Washington, April, 2007.
Philadelphia Prison Society and the Institute for Violence Research and Prevention, Philadelphia, April,
          2007.
Carrier Clinic, Bridgewater, New Jersey, March, 2007.
City and Juvenile Judges Association, New Orleans, January, 2007.
Grantmakers for Children, Youth, and Families, Los Angeles, September, 2006.
NIH conference on Reward Neurocircuitry in Adolescent Development and Decision Making, Bethesda,
          January, 2006.
Governor's Commission on College and Career Success, Harrisburg, November, 2005.
Grantmakers for Children and Youth, Denver, September, 2005.
National Institute of Justice, Washington, July, 2005.
Subcommittee on Select Education, U.S. House of Representatives Committee on Education and the
          Workforce, July, 2005.

Steinberg, Laurence                                                                         54

Young Presidents' Organization Southern 7 Chapter, Greenbrier, West Virginia, June, 2005.
American Psychological Society, Los Angeles, May, 2005.
Rock Island/Milan School District, Rock Island, Illinois, April, 2005.
Chapin Hall, University of Chicago, November, 2004.
Fred Friendly Seminar on Juvenile Justice (produced for PBS). Filmed in Berkeley, California, October,
      2004.
Fall Mental Health Forum, Riverbend Foundation, Florence, Alabama, October, 2004.
Illinois State Legislature Taskforce on Trying Juveniles as Adults, Chicago, October, 2004.
International Society for Addiction Medicine, Helsinki, June, 2004.
Young Presidents' Organization Philadelphia Forum, May, 2004.
Ohio Juvenile Defenders' Summit, Dayton, Ohio, April, 2004.
Young Presidents' Organization Philadelphia Forum, March, 2004.
Young Presidents' Organization South America University, Rio de Janeiro, Brazil, January, 2004.
New York Academy of Sciences, New York, September, 2003.
National Consortium on Violence Research (NCOVR) Summer Workshop, San Juan, June, 2003.
Urban Institute, San Francisco, May, 2003.
Pennsylvania House of Representatives, Committees on Health and Human Services and Children and
      Youth, April, 2003.
Young Presidents' Organization Philadelphia Forum, 2003.
Master Lecture, Society for Research in Child Development, Tampa, Florida, April, 2003.
National Conference of Juvenile and Family Court Judges, Philadelphia, March, 2003.
Council of Juvenile Corrections Administrators, Charlotte, January, 2003.
Annie E. Casey Foundation Roundtable on Family Strengthening Youth Development, Baltimore,
      December, 2002.
Florida Conference of Circuit Judges, Amelia Island, Florida, December, 2002.
University Extension, Iowa State University, October, 2002.
Iowa State University, October, 2002.
Young Presidents' Organization Prague University, Prague, October, 2002.
Institute for Adolescent Risk Communication, University of Pennsylvania, June, 2002.
Adolescent Health Institute, University of New Hampshire Cooperative Extension, Lake Winnipesaukee,
      New Hampshire, June, 2002.
National Consortium on Violence Research (NCOVR) Summer Workshop, St. Augustine, Florida, June,
      2002.
White House Conference on Character and Community, June, 2002.
Brookings Institution, Washington, May, 2002.
Practical Parenting Partnerships, Lake Osage, Missouri, April, 2002.
European Association for Research on Adolescence Summer School, Puidoux-Chexbres, Switzerland,
      July, 2001.
Young Presidents' Organization Venice University, Venice, Italy, June, 2001.
National Institute of Justice, Washington, March, 2001.
Casey Journalism Conference, College Park, Maryland, June, 2000.
Brookings Institution, Washington, May, 2000.
White House Conference on Teenagers, May, 2000.
Congressional Research Briefing, Joint Center for Poverty Research, Washington, January, 2000.
Bill and Melinda Gates Foundation and the Daniel J. Evans Graduate School of Public Affairs of the
      University of Washington, Kirkland, Washington, December, 1999.
Rochester Child Health Congress, University of Rochester Medical Center, October, 1999.
National Association of Secondary School Principals, Hershey, PA, October, 1999.
U.S. House of Representatives Bi-Partisan Working Group on Youth Violence, September, 1999.

Steinberg, Laurence                                                                                          55

National Research Council, Committee on Law and Justice, May, 1999.
EdSource Conference on Public Schools, Irvine and San Ramon California, March, 1999.
National Conference on Juvenile Justice, Minneapolis, March, 1999.
Subcommittee on Crime, Committee on the Judiciary, U.S. House of Representatives, March, 1999.
Center for Children, Families, and the Law, University of Virginia, November, 1998.
Robert Wood Johnson Foundation, Annapolis, November, 1998.
American Bar Association Criminal Justice Standards Task Force on Juveniles in the Adult Criminal
        System, Washington, October, 1998.
Family Resource Network of the School District of Philadelphia, September, 1998.
Arkansas Governor's Working Group on Juvenile Violence, Little Rock, August, 1998.
Arkansas Public Defenders Commission, Little Rock, August, 1998.
Senate of Pennsylvania Committee on Education, June, 1998.
Corrections Program Office, U.S. Department of Justice, Houston, May, 1998.
National Institute of Drug Abuse, Rockville, November, 1997.
Teachers College, Columbia University, July, 1997.
Vice President and Mrs. Gore's "Family Re-Union" conference on Families and Learning, Nashville,
        June, 1997.
The Communitarian Network, Washington, June, 1997.
Brookings Institution, Washington, May, 1997.
Fourth Annual Invitational Public Schools Conference, Temple University, May, 1997.
National Urban League, National Press Club, Washington, February, 1997.
Chester County Intermediate Unit, Exton, Pennsylvania, December, 1996.
Alliance for Education, Worcester, Massachusetts, December, 1996.
Center for School Study Councils, University of Pennsylvania, December, 1996.
Pennsylvania State Board of Education, Philadelphia, November, 1996.
National Academy of Sciences, Commission on Behavioral and Social Sciences and Education,
        September, 1996.
Central New York State Psychological Association, Syracuse, October, 1995.
Vassar College, September, 1995.
Penn State University, Delaware County Campus, April, 1994.
Center for Substance Abuse Prevention, School of Medicine, University of Maryland, Baltimore,
        November, 1993.
New Jersey Public Health Association, Jamesburg, New Jersey, October, 1993.
Josselyn Center for Mental Health, Northfield, IL, October, 1993.
Rochester Symposium on Developmental Psychology, University of Rochester, October, 1993.
Urie Bronfenbrenner Symposium, Cornell University, September, 1993.
Social Science Research Council, New York, May, 1992.
Pennsylvania Family Policy Seminar, Harrisburg, April, 1992.
National Commission on Children, St. Paul, October, 1990.
Division of Developmental Psychology, American Psychological Association, Boston, August, 1990.
Council on Foundations, Toronto, April, 1989.
National Council for Families and Television, Studio City, California, December, 1988.
Carnegie Council on Adolescent Development, Washington, September, 1988.
Puget Sound Community Colleges, Seattle, September, 1987.
Temple University Medical School, November, 1986.
Pennsylvania Juvenile Court Judges Seminar, National Center for Juvenile Justice, Hershey,
        Pennsylvania, October, 1986.
National Invitational Conference on the Health Futures of Adolescents, Daytona Beach, April, 1986.
Social Science Research Council, Santa Barbara, December, 1983.

Steinberg, Laurence                                                                                          56

House Subcommittee on Labor Standards, United States House of Representatives, Washington (co-
        authored testimony presented by E. Greenberger).
Aspen Institute for Humanistic Studies, July, 1982.
National Center for Vocational Education, Ohio State University, May, 1980.
National Institute of Education, Washington, March, 1979.
Foundation for Child Development, Palo Alto, California, November, 1978.

Steinberg, Laurence                                                                                          57

## TEACHING

<u>Undergraduate and Graduate Courses Taught</u>

*Cornell University* (1976-77)
Adolescence and Adulthood
Adolescence in Modern Society

*University of California, Irvine* (1977-83)
Introduction to Human Behavior
Human Development Over the Life-Cycle
Abnormal Behavior
Adolescent Development
Perspectives on Child Rearing
Seminar in Human Development (Graduate)

*University of Wisconsin--Madison* (1983-88)
Development from Middle Childhood to Late Adulthood
Adolescent Development in Social Context
Adolescence, Family, and Work (Graduate)
Adolescence and the Family (Graduate)
The Family at Mid-Life (Graduate)
Interdisciplinary Perspectives on Adolescent Development (Graduate)

*Temple University* (1988-)
Introduction to Psychology (Developmental Psychology Unit)
Developmental Research Methods
Adolescent Development
Capstone Course in Psychology
Core Course in Developmental Psychology (Graduate)
Developmental Research Methods (Graduate)
Seminar in Socioemotional Development (Graduate)
Seminar in Adolescent Development (Graduate)
Seminar in Developmental Psychopathology (Graduate)
Seminar on Neuroscience and the Law (Graduate)

<u>Supervision of Master's Students</u> (Committee Chair/Thesis Advisor)

Raymond Aguilar (1980). "Value Systems, Attitudes, and the Effects of Job Experiences: A Comparison
        Between Mexican-American and Anglo-American Youngsters."  Program in Social Ecology,
        University of California, Irvine.
Deborah Ogawa (1980). "Environmental Correlates of Classroom Aggression." Program in Social
        Ecology, University of California, Irvine.
Pamela Adelmann (1982). "Achievement Attributions and Sex-Role Stereotypes." Program in Social
        Ecology, University of California, Irvine.
Christine Jackson (1984). "Measurement of Coronary Prone Behavior in Children." Program in Social
        Ecology, University of California, Irvine.
Ronald Saletsky (1986). "Adolescent Decision-Making Autonomy and Parent-Adolescent Conflict."
        Department of Child and Family Studies, University of Wisconsin--Madison.

Steinberg, Laurence                                                                      58

Dorian Schattell (1986). "Child Development Knowledge and Punitiveness in College Students."
Department of Child and Family Studies, University of Wisconsin--Madison.

Layli Phillips (1990). "Ethnic Identity and Adjustment in Adolescence." Department of Psychology, The
Pennsylvania State University.

He Len Chung (2000). "Investigating Violent and Nonviolent Criminal Offending Across Gender: Pre-
/Perinatal Disturbances and Familial Factors as Predictors." Department of Psychology, Temple
University.

Lori Siegel (2000). "The Utility of a Checklist Versus the PACE/LEDS Interview in the Prediction of
Children's Behavioral and Emotional Problems." Department of Psychology, Temple University.

Jennifer Silk (2000). "The Interaction Between Parenting and Temperament In The Prediction Of Child
Psychopathology: A Replication Using The Child's Perspective." Department of Psychology,
Temple University.

Jessica Keyser (2006). "The Impact of Ethnicity, Socioeconomic Status, Sexual Attraction, and Family
Structure on Dieting Among Adolescent Girls in the Add Health Study." Department of
Psychology, Temple University.

Hilary Hodgdon (2006). "The Impact of Childhood Sexual Abuse, Physical Abuse, and Neglect on
Adolescent Psychological Functioning and the Effects of Supportive Peer Relationships.
Department of Psychology, Temple University.

Cheryl Testa (2006). "Depression and Health Risk-Taking During Adolescence." Department of
Psychology, Temple University.


<u>Supervision of Doctoral Students</u> (Committee Chair/Dissertation Advisor)

Susan (Silverberg) Koerner (1986). "Psychological Well-Being of Parents with Early Adolescent
Children." Dept. of Child and Family Studies, University of Wisconsin--Madison.

Marguerite Clark (1987). "Patterns of Friendship among Middle-Aged Adults." School of Social
Sciences, University of California, Irvine.

David Norton (1988). "Adolescent Autonomy and Family Cohesion During Early Adolescence."
Department of Child and Family Studies, University of Wisconsin--Madison.

Julie Elmen (1988). "Achievement Orientation in Early Adolescence: Social Correlates and
Developmental Patterns." Department of Child and Family Studies, University of Wisconsin—
Madison.

Karen Bogenschneider (1990). "Maternal Employment and High School Achievement: Mediators,
Moderators, and Developmental Effects." Department of Child and Family Studies, University of
Wisconsin--Madison.

Nina Mounts (1990). "Peer Influence in Adolescence: An Ecological Approach." Department of Child
and Family Studies, University of Wisconsin--Madison.

Lance Weinmann (1991). "Patterns of Change in Middle Adolescent Adjustment: The Role of
Relationships with Parents and Peers." Department of Psychology, Temple University. (Winner
of the 1991 Georgoudi Dissertation Prize given by the Temple University Department of
Psychology.)

Frances Sessa (1991). "Family Structure, Parenting, and Adolescent Adjustment." Department of
Psychology, Temple University.

Marcy Gringlas (1994). "Parent-Adolescent Interaction in Homes of Depressed Mothers." Department of
Psychology, Temple University.

Aaron Hogue (1994). "Peer Influences on Adolescent Depression." Department of Psychology, Temple
University.

Layli Phillips (1994). "Psychological Adjustment and Identity Development Among Biethnic
Adolescents." Department of Psychology, Temple University.

Steinberg, Laurence                                                                                      59

Anne Fletcher (1994). "Psychosocial Influences on Academic Success of African-American
    Adolescents."  Department of Psychology, Temple University.
Doris Sasse (1995). "Personality Features, Familial Characteristics, Heterosocial Relations, and Body Fat
    as Risk Factors for Eating Disorder Symptoms in Early Adolescence: A Causal Modeling
    Analysis."  Department of Psychology, Temple University.
Audrey Gennes (1996). "Homophily of Disordered Eating in Middle School Peer Groups." Department of
    Psychology, Temple University.
Elizabeth Cauffman (1996). "Maturity of Judgment in Adolescence: Psychosocial Factors in Adolescent
    Decision-Making."  Department of Psychology, Temple University.
Mitchell Greene (1997). "Psychological Adjustment of Hispanic-American Adolescents." Department of
    Psychology, Temple University.
Suzanne Fegley (1997). "False Self Presentation in Early Adolescence." Department of Psychology,
    Temple University.
Michele Reimer (1997). "The Development of Shame in Early Adolescence." Department of Psychology,
    Temple University. (Winner of the 1997 Page Award for Research on Personality and
    Psychopathology and the 1997 Georgoudi Dissertation Prize, both given by the Temple
    University Department of Psychology.)
Victoria Green (1997). "Maternal Employment and Adolescent Adjustment." Department of Psychology,
    Temple University.
Jennifer Shukat Rosenau (1998). "Familial Antecedents of Academic Difficulties Among Disadvantaged
    High School Youth." Department of Psychology, Temple University.
Shelli Avenevoli (1998). "The Continuity of Depression from Childhood to Adolescence." Department of
    Psychology, Temple University.
Thomas Hecker (1998). "Uses of Mental Heath Evaluations in the Juvenile Justice System." Department
    of Psychology, Temple University. (Winner of the 1998 Georgoudi Dissertation Prize given by
    the Temple University Department of Psychology.)
Amanda Sheffield Morris (2000). "Familial Influences on Emotion Regulation in Early Childhood."
    Department of Psychology, Temple University. (Winner of the 2000 Georgoudi Dissertation
    Prize given by the Temple University Department of Psychology.)
Marjory Roberts Gray (2001). "Development of Romantic Relationships in Adolescence." Department of
    Psychology, Temple University.
Michael Fraser (2001). "An Examination of the Specificity of the Link Between Stress and Disorder
    Using the Adolescent Life Events and Difficulties Schedule."  Department of Psychology,
    Temple University.
Amy Sugarman (2001). "Peer Influences on Adolescent Girls' Eating Behavior and Attitudes:  A
    Grounded Theory Approach." Department of Psychology, Temple University.
Jennifer Silk (2002). "Emotion Regulation in the Daily Lives of Adolescents: Links to Adolescent
    Adjustment." Department of Psychology, Temple University. (Winner of the 2002 Georgoudi
    Dissertation Prize given by the Temple University Department of Psychology and runner-up for
    the 2004 Hershel Thornburg Dissertation Award given by the Society for Research on
    Adolescence.)
He Len Chung (2004). "Family, Peer, and Neighborhood Influences on Desistance Among Serious
    Juvenile Offenders." Department of Psychology, Temple University.
Lori Siegel (2004). "Peer Relationships and Depression in Adolescence."  Department of Psychology,
    Temple University.
Margo Noel Gardner (2005). "A Typology of Serious Juvenile Offenders." Department of Psychology,
    Temple University. (Winner of the 2006 Hershel Thornburg Dissertation Award given by the
    Society for Research on Adolescence.)

Steinberg, Laurence                                                                          60

Michelle Little (2005). "Formal Legal Sanctions and Adolescent Social Development: Social Disruption
        and Iatrogenic Influence within Secure Juvenile Settings." Department of Psychology, Temple
        University.
Joanna Lee (2008). "Black Youth and The Boys in Blue: Associations Between Police Treatment, Mental
        Health and Ethnic Identity in African American Juvenile Offenders."  Department of Psychology,
        Temple University.
Kathryn Monahan (2008). "The Development of Social Competence from Early Childhood Through
        Middle Adolescence: Continuity and Accentuation of Individual Differences Over Time."
        Department of Psychology, Temple University. (Winner of the 2010 Dissertation Award from
        Division 7 of the American Psychological Association.)
Hilary Hodgdon (2009). "Child Maltreatment and Aggression: The Mediating Role of Moral
        Disengagement, Emotion Regulation, and Emotional Callousness among Juvenile Offenders."
        Department of Psychology, Temple University.
Dustin Albert (2011). "Neurodevelopmental Substrates of Peer Influences on Adolescents' Choice
        Evaluation and Decision Making." Department of Psychology, Temple University.
Ashley Smith (2015). "Development of the Anterior Insula: Implications for Adolescent Risk-Taking."
        Department of Psychology, Temple University (Co-chair with Jason Chein).
Karol Silva (2017). "The Influence of Romantic Partners on Males' Decision-Making." Department of
        Psychology, Temple University.
Natasha Duell (2018). "Positive Risk Taking in Adolescence." Department of Psychology, Temple
        University.
Grace Icenogle (2018). "Coming of Age: A Tale of Two Maturities." Department of Psychology, Temple
        University.


Supervision of Postdoctoral Fellows

Susie Lamborn, Ph.D. (University of Wisconsin, 1986-1989)
Nancy Darling, Ph.D. (Temple University, 1990-1993)
Frances Sessa, Ph.D. (Temple University, 1995-1998)
Joanna Lapkin, Ph.D. (Temple University, 1996-1998)
Thomas Hecker, Ph.D. (Temple University, 1999-2003)
Lela Rankin, Ph.D. (Temple University, 2006-2008)
Julia Dmitrevia, Ph.D. (Temple University, 2006-2008)
Nicole Strang, Ph.D. (Temple University, 2011-2013)
Elizabeth Shulman, Ph.D. (Temple University, 2012-14)
Lauren Sherman, Ph.D. (Temple University, 2016-2018)


**SELECTED UNIVERSITY SERVICE**

*University of California, Irvine*
Committee on Courses (1982-83)

*University of Wisconsin--Madison* (1983-88)
Executive Committee, Institute on Aging (1983-86)
University Senate (1984-86)
Chancellor's Search Committee for Dean of the School of Family Resources and Consumer Sciences
        (1984-85)

Steinberg, Laurence                                                                61

Vice-Chancellor's Committee to Review Child and Family Studies Doctoral Program (1985-86)
Graduate School Research Committee (1986-88)

*Temple University* (1988-)
Invited Participant, Faculty Senate Forum on the Future of Temple University (1991)
College of Arts and Sciences Committee on Interdisciplinary Activities (1991-92)
Director, Division of Developmental Psychology, Department of Psychology (1991-94)
Chair, Personnel Committee, Department of Psychology (1992-93, 1995-96, 2005-06, 2009-10)
Awards Committee, College of Arts and Sciences (1993-96) (Chair, 1994-95)
Provost's Committee on Strategic Planning for Girard College (1994)
Executive Committee, College of Arts and Sciences (1994-96)
Chair, Graduate Board, Department of Psychology (1994-99, 2001-07)
Great Teachers Award Committee (1995-97)
Graduate Committee, College of Arts and Sciences (1996-97)
Provost's Academic Planning Priorities Committee (1996-97)
University Affirmative Action Committee (1997-99)
Presentation of Camille Cosby for honorary degree at commencement (1997)
Commencement Address, President's Scholars Commencement (1998)
Exceptional Salary Adjustment Award Committee (1999-)
Commencement Marshal (1999-2002)
Research Policies Advisory Committee, College of Liberal Arts (2001)
Symposium Planning Committee, Center for Public Policy (2001)
Search Committee for Vice-President for Research and Dean of the Graduate School (2001-02)
Internal Research Advisory Committee of the Vice-Provost for Research (2001-04)
Co-Chair, Million Dollar Club (2004-05)
Graduate Committee, College of Liberal Arts (2005-06)
Search Committee for Vice President for Research and Strategic Planning (2007)
Budget Priorities Committee, College of Liberal Arts (2008-2011)
Chair, Provost's Research Review Committee (2009-10)
Search Committee for Senior Vice-Provost for Research Administration and Graduate Education (2009-
        10)
Ad hoc Committee on Graduate Education, College of Liberal Arts (2015)
Provost's Committee on a Smoke-Free Campus (2017-18)
Search Committee for Professor of Interdisciplinary Knowledge, College of Liberal Arts (2019)